LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Jessica J. Kokal/Bar No. 029042
jjk@bowwlaw.com

*Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, as Personal Representative and on behalf of the Estate of Leontae Kirk; Sharon Roberts, individually; Brittnie Turner, on behalf of and as legal guardian and parent of her minor child, MC,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Autumn Ladines and John Doe Ladines, husband and wife; Officer Antonio Garza and Jane Doe Garza, husband and wife; Sergeant Eric Roy and Jane Doe Roy, husband and wife; Officer Makic and Jane Doe Makic, husband and wife; Jaclyn Ravelo and John Doe Ravelo, husband and wife; Steven Ramirez and Jane Doe Ramirez, husband and wife; Jonathan Howard and Jane Doe Howard, husband and wife; Officer Morgan Traylor and Jane Doe Traylor, husband and wife; Officer Reddy and Jane Doe Reddy, husband and wife; and, | Case No.: 2:23-cv-00836-MTL-CDB<br><br>**NOTICE OF EXTENSION OF TIME TO FILE ANSWER ON BEHALF OF DEFENDANTS CITY OF PHOENIX, MICHAEL SULLIVAN, AUTUMN LADINES, ANTONIO GARZA, ERIC ROY, OFFICER MAKIC, JACLYN RAVELO, STEVEN RAMIREZ, JONATHAN HOWARD, MORGAN TRAYLOR, AND BRANDON REDDY** |

| | |
|---|---|
| 1 | Humberto Gonzalez-Rios and Jane Doe Gonzalez-Rios, husband and wife; |
| 2 | |
| 3 | Defendants. |
| 4 | |

Pursuant to Ariz.R.Civ.P. 7.1(g), Defendants City of Phoenix, Phoenix Police Department, Chief Michael Sullivan, Autumn Ladines, Officer Antonio Garza, Sergeant Eric Roy, Officer Makic, Jaclyn Ravelo, Steven Ramirez, Jonathan Howard, and Officer Morgan Traylor, Officer Reddy (collectively referred to hereinafter as "Defendants"), together with Plaintiffs, hereby give notice that the parties have stipulated and agreed that the deadline for Defendants to file its Answer has been extended to **October 2, 2023**. This extension does not otherwise conflict with any currently pending deadlines in this matter.

Dated this 3rd day of August 2023.

BROENING OBERG WOODS & WILSON, P.C.

By /s/ *Jessica J. Kokal*
Jessica J. Kokal
*Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

_CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with copies submitted by U.S. mail and/or electronically to the following recipients:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.5169
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

By: /s/ *Monica Duran*

3