T. Scott Legal Support Services
Gary Steiner  ID#  MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

In re the matter of:                )
                                    )
KASHANE KIRK, et al,                )      Case No: 2:23-cv-00836-PHX-MTL (CDB)
                                    )
         Plaintiff(s),              )
                                    )      **CERTIFICATE OF ATTEMPTED SERVICE**
v.                                  )
                                    )
CITY OF PHOENIX, et al,             )
                                    )
         Defendant(s)               )
_____    )

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on July 12, 2023, I received: <u>Summons, Complaint and a Plaintiff's Initial Disclosure Statement Pursuant To FED. R. CIV. P. 26€(1)</u> tfrom The Plaintiff(s).

2. I then proceeded to unsuccessfully serve the above described documents on Officer Antonio Garza at 6180 W. Encanto Blvd., Phoenix, Arizona on July 19, 2023 at approximately 12:00 pm. I asked for Antonio Garza at the lobby reception area. I was then told he was not at work. I emailed but he refused to reply. I made additional attempts to serve at work on July 24 & 26, 2023 but he still didn't show up for either shift. I was then told, about August 1, 2023, that the attorney for the Defendants was accepting service.

3. This is considered to be personal service.

4. The fee I charged for this service was $25.

I declare under the penalty of perjury that the foregoing is true and correct

_____                          _8/4/23_
Gary Steiner                                        Date

Page 1