```
T. Scott Legal Support Services
Gary Steiner  ID#  MC 7767
(480) 227-7297
Tscottlegal2007@aol.com
```

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

In re the matter of:  )
  )
KASHANE KIRK, et al,  )   Case No: 2:23-cv-00836-PHX-MTL (CDB)
  )
         ,  )
  )
    Plaintiff(s),  )   **CERTIFICATE OF ATTEMPTED SERVICE**
  )
v.  )
  )
CITY OF PHOENIX, et al,  )
  )
    Defendant(s)  )
_____ )

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on July 12, 2023, I received; <u>Summons, Complaint and a Plaintiff's Initial Disclosure Statement Pursuant To FED. R. CIV. P. 26€(1)</u> tfrom The Plaintiff(s).

2. I then proceeded to unsuccessfully serve the above described documents on Officer Autumn Ladines at 6180 W. Encanto Blvd., Phoenix, Arizona on July 19, 2023 at approximately 12:00 pm. I asked for Autumn Ladines at the lobby reception area. I was then told she was back aty the Academy and wouldn't be available until the 2nd week of August. I was then told, about August 1, 2023, that the attorney for the Defendants was accepting service.

3. This is considered to be personal service.

4. The fee I charged for this service was $25.

I declare under the penalty of perjury that the foregoing is true and correct

_____                              8/4/23
Gary Steiner                                                Date

Page 1