T. Scott Legal Support Services
Gary Steiner  ID# MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

In re the matter of:

KASHANE KIRK, et al,

    Plaintiff(s),

v.

CITY OF PHOENIX, et al,

    Defendant(s)

Case No: 2:23-cv-00836-PHX-MTL (CDB)

**CERTIFICATE OF ATTEMPTED SERVICE**

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on July 12, 2023, I received: Summons, Complaint and a Plaintiff's Initial Disclosure Statement Pursuant To FED. R. CIV. P. 26€(1) tfrom The Plaintiff(s).

2. I then proceeded to unsuccessfully serve the above described documents on Officer Jaclyn Ravelo at 6180 W. Encanto Blvd., Phoenix, Arizona on July 19, 2023 at approximately 12:00 pm. I asked for Jaclyn Ravelo at the lobby reception area. I was then told she was not at work. I emailed and she replied that she would meet me at her home that weekend and sent me her phone number. I called multiple times and emailed her but she refused to reply. I made additional attempts to serve at work on July 24 & 26, 2023 but she still didn't show up for either shift. I was then told, about August 1, 2023, that the attorney for the Defendants was accepting service.

3. This is considered to be personal service.

4. The fee I charged for this service was $25.

I declare under the penalty of perjury that the foregoing is true and correct

_____                                    8/4/23
Gary Steiner                                                         Date