IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., | No. CV 23-00836 PHX MTL (CDB) **ORDER** |
| Plaintiffs, | |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties at ECF No. 14,

**IT IS ORDERED that** Defendants shall have until October 2, 2023, to answer or otherwise respond to the Complaint.

Dated this 7th day of August, 2023.

_____

Camille D. Bibles
United States Magistrate Judge