LAW OFFICES
**BROENING OBERG WOODS & WILSON**
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
E-mail: slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
mjk@bowwlaw.com
*Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*, | Case No.: CV 23-00836-MTL (CDB) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| City of Phoenix, *et al.*, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Sarah L. Barnes and Kelly M. Jancaitis are appearing as counsel for Defendants City of Phoenix, Phoenix Police Department Chief Michael Sullivan, Autumn Ladines, Officer Antonio Garza, Sergeant Eric Roy, Officer Makic, Jaclyn Ravelo, Steven Ramirez, Jonathan Howard, Officer Morgan Traylor and Officer Reddy. Please direct a copy of all documents and communications to the address, phone number, and emails listed above for Sarah L. Barnes and Kelly M. Jancaitis.

RESPECTFULLY SUBMITTED this 22nd day of August, 2023.

BROENING OBERG WOODS & WILSON, P.C.

By /s/ *Sarah L. Barnes*
Sarah L. Barnes
Kelley M. Jancaitis

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

*Attorney for Defendants City of Phoenix,
Sullivan, Ladines, Garza, Roy, Makic, Ravelo,
Ramirez, Howard, Traylor, and Reddy*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2023, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, with copies submitted electronically to the following recipients:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

/s/ *Kathy Lake*