LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
E-mail: slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
mjk@bowwlaw.com
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

**IN THE UNITED STATES DISTICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, *et al.*, | Case No. CV 23-00836-MTL (CDB) |
| Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE INITIAL RESPONSIVE PLEADING** |
| vs. | |
| City of Phoenix, *et al.*, | **(Second Request)** |
| Defendants. | **EXPEDITED CONSIDERATION REQUESTED** |

Plaintiffs Kashane Kirk, Sharon Roberts, and Brittnie Turner (collectively referred to hereinafter as "Plaintiffs"), and Defendants City of Phoenix, Phoenix Police Department, Chief Michael Sullivan, Officer Autumn Ladines, Officer Antonio Garza, Sergeant Eric Roy, Officer Makic, Officer Jaclyn Ravelo, Officer Steven Ramirez, Sergeant Jonathan Howard, Officer Morgan Traylor and Officer Reddy (collectively referred to hereinafter as "Defendants"), by and through counsel undersigned, and pursuant to LRCiv 7.3, hereby stipulate and jointly request an extension of time for Defendants to file their responsive pleading to Plaintiffs' Complaint from October 2, 2023, until October 20, 2023.

Good cause exists for the extension because the parties are currently discussing several positions Defendants intend to raise in a motion to dismiss. Defendants' counsel communicated their position regarding their motion to dismiss in accordance with Local Rule 12.1(c), on September 21, 2023, and Plaintiffs' counsel requires additional time to evaluate and respond to those positions. Additionally, Defendants' lead counsel will be out of the Country for two weeks, from September 29, 2023, through October 13, 2023, with very limited telephone/computer access for the better part of that time, and Defendants' lead counsel would like to be available for final discussion regarding Defendants' positions on the motion to dismiss, as well as the opportunity to review ultimate drafts of the responsive pleadings prior to filing.

This second request is not for the purpose of delay and is sought only for good cause and to allow time for the parties to potentially reach agreements on streamlining briefing and pleading herein.

For the foregoing reasons, the parties respectfully request a brief extension for Defendants to file their initial responsive pleading to Plaintiffs' Complaint. A proposed order is filed herewith.

RESPECTFULLY SUBMITTED this 2nd day of October, 2023.

BROENING OBERG WOODS & WILSON, P.C.

By /s/ *Sarah L. Barnes*
Sarah L. Barnes
Kelley M. Jancaitis
*Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

MILLS + WOODS LAW, PLLC

By /s/ Sean A. Woods (*w/permission*)
Sean A. Woods
Robert T. Mills
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2023, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, with copies submitted electronically to the following recipients:

Sean A. Woods<br>
Robert T. Mills<br>
MILLS + WOODS LAW, PLLC<br>
5055 North 12th Street, Suite 101<br>
Phoenix, Arizona 85014<br>
*Attorneys for Plaintiffs*

/s/ *Kathy Lake*