# IN THE UNITED STATES DISTICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*, | Case No. CV 23-00836-MTL (CDB) |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| City of Phoenix, *et al.*, | |
| Defendants. | |

The Court, having reviewed the parties' Stipulation to Extend Time to File Responsive Pleading, and finding good cause therein:

**IT IS ORDERED** that the deadline for Defendants to file their initial responsive pleading to Plaintiffs' is extended from October 2, 2023, to October 20, 2023.

DATED this _____ day of _____, 2023.

United States District Judge