# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., <br><br>Plaintiffs, <br><br>v. <br><br>City of Phoenix, et al., <br><br>Defendants. | No. CV 23-00836 PHX MTL (CDB) <br><br>**ORDER** |

The Court notes the Complaint in this matter was docketed May 12, 2023.

Pursuant to the stipulation of the parties at ECF No. 21,

**IT IS ORDERED that** Defendants shall have until **October 20, 2023**, to answer or otherwise respond to the Complaint. Given that this allows Defendants City of Phoenix, Sullivan, Roy, Howard, Ramirez, Makic, and Traylor ninety days to formulate a response to the Complaint, and allows Defendants Garza, Ladines, Ravelo, and Reddy eighty days to formulate a response to the Complaint, and all Defendants who have appeared are represented by the same counsel, this deadline **will not be extended for any reason regardless of any stipulation of the parties.**

**IT IS FURTHER ORDERED that** Plaintiffs shall have until **October 20, 2023**, **to show cause why Defendant Gonzalez-Rios should not be dismissed for the failure to timely serve this Defendant**.

//

Dated this 3rd day of October, 2023.

Camille D. Bibles
United States Magistrate Judge