Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as Personal Representative and on behalf of the Estate of Leontae Kirk; Sharon Roberts, individually; Brittnie Turner, on behalf of and as legal guardian and parent of her minor child, MC,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Autumn Ladines and John Doe Ladines, husband and wife; Officer Antonio Garza and Jane Doe Garza, husband and wife; Sergeant Eric Roy and Jane Doe Roy, husband and wife; Officer Makic and Jane Doe Makic, husband and wife; Jaclyn Ravelo and John Doe Ravelo, husband and wife; Steven Ramirez and Jane Doe Ramirez, husband and wife; Jonathan Howard and Jane Doe Howard, husband and wife; Officer Morgan Traylor and Jane Doe Traylor, husband and wife; Officer Reddy and Jane Doe Reddy, husband and wife; and, Humberto Gonzalez-Rios and Jane Doe Gonzalez-Rios, husband and wife,<br><br>Defendants. | Case No.: CV–23–00836–PHX–MTL (CDB)<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANTS**<br><br>(Assigned to the Honorable Michael T. Liburdi and referred to the Honorable Camille D. Bibles) |

Through counsel undersigned and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby notify the Court and the parties that they do hereby dismiss Humberto Gonzalez-Rios, Jane Doe Gonzalez-Rios, Officer Reddy, Jane Doe Reddy, Officer Morgan Traylor, Jane Doe Traylor, Officer Makic, and Jane Doe Makic (collectively, the "Dismissed Defendants") without prejudice as Defendants in this action. This dismissal is effective upon filing because none of the Dismissed Defendants have filed an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

**RESPECTFULLY SUBMITTED** this 19th day of October 2023.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Sarah L. Barnes
Kelley M. Jancaitis
slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
mjk@bowwlaw.com
**BROENING OBERG WOODS & WILSON, P.C.**
2800 N Central, 16th Floor
Phoenix, AZ 85004
*Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

　　　　/s/ Ben Dangerfield