Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as Personal Representative and on behalf of the Estate of Leontae Kirk; Sharon Roberts, individually; Brittnie Turner, on behalf of and as legal guardian and parent of her minor child, MC,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Autumn Ladines and John Doe Ladines, husband and wife; Officer Antonio Garza and Jane Doe Garza, husband and wife; Sergeant Eric Roy and Jane Doe Roy, husband and wife; Officer Makic and Jane Doe Makic, husband and wife; Jaclyn Ravelo and John Doe Ravelo, husband and wife; Steven Ramirez and Jane Doe Ramirez, husband and wife; Jonathan Howard and Jane Doe Howard, husband and wife; Officer Morgan Traylor and Jane Doe Traylor, husband and wife; Officer Reddy and Jane Doe Reddy, husband and wife; and, Humberto Gonzalez-Rios and Jane Doe Gonzalez-Rios, husband and wife,<br><br>Defendants. | Case No.: CV-23-00836-PHX-MTL (CDB)<br><br>**PLAINTIFFS' MOTION TO EXTEND ANSWER DEADLINE**<br><br>(Assigned to the Honorable Michael T. Liburdi and referred to the Honorable Camille D. Bibles) |

Through counsel undersigned, Plaintiffs hereby respectfully request and move that the deadline for Defendants to file an answer, or otherwise respond, to the Complaint (currently October 20, 2023), be extended until up to and including November 3, 2023. The parties have engaged in discussions that could help focus this lawsuit in terms of parties and claims. Specifically, on October 17, 2023, the parties held a meet and confer regarding potential issues with the Complaint and Plaintiffs' claims as pled therein. Plaintiffs' counsel agreed to file an amended complaint that would address those issues and hopefully obviate the need for Defendants to file their planned motion to dismiss. Plaintiffs' counsel endeavored to file that amendment by today's answer deadline. However, he has unfortunately been out of the office this week for personal reasons, and thus was unable to file the amended complaint by today's deadline. Plaintiffs' counsel will return to the office next week, and the amended complaint will be filed no later than October 25, 2023. Now that Plaintiffs have voluntarily dismissed the Gonzalez-Rios, Reddy, Traylor, and Makic Defendants, all parties have been served, and there is no prejudice to the remaining Defendants because, as set forth above, counsel have discussed and agreed that an amended complaint will help streamline this matter and hopefully obviate the need for a motion to dismiss.

///

///

///

///

///

///

**RESPECTFULLY SUBMITTED** this 20th day of October 2023.

                             **MILLS + WOODS LAW, PLLC**

                             By   */s/ Sean A. Woods*
                                   Robert T. Mills
                                   Sean A. Woods
                                   5055 North 12th Street, Suite 101
                                   Phoenix, AZ 85014
                                   *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Sarah L. Barnes
Kelley M. Jancaitis
slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
mjk@bowwlaw.com
**BROENING OBERG WOODS & WILSON, P.C.**
2800 N Central, 16th Floor
Phoenix, AZ 85004
*Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

    */s/ Ben Dangerfield*