MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as Personal Representative and on behalf of the Estate of Leontae Kirk; Sharon Roberts, individually; Brittnie Turner, on behalf of and as legal guardian and parent of her minor child, MC,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Autumn Ladines and John Doe Ladines, husband and wife; Officer Antonio Garza and Jane Doe Garza, husband and wife; Sergeant Eric Roy and Jane Doe Roy, husband and wife; Officer Makic and Jane Doe Makic, husband and wife; Jaclyn Ravelo and John Doe Ravelo, husband and wife; Steven Ramirez and Jane Doe Ramirez, husband and wife; Jonathan Howard and Jane Doe Howard, husband and wife; Officer Morgan Traylor and Jane Doe Traylor, husband and wife; Officer Reddy and Jane Doe Reddy, husband and wife; and, Humberto Gonzalez-Rios and Jane Doe Gonzalez-Rios, husband and wife,<br><br>Defendants. | Case No.: CV-23-00836-PHX-MTL (CDB)<br><br>**ORDER EXTENDING ANSWER DEADLINE**<br><br>(Assigned to the Honorable Michael T. Liburdi and referred to the Honorable Camille D. Bibles) |

The Court, having reviewed *Plaintiffs' Motion to Extend Answer Deadline* (the "Motion to Extend"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Motion to Extend.

**IT IS FURTHER ORDERED** extending the time within which Defendants may file an answer, or otherwise respond, to the Complaint until up to and including November 3, 2023.