LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
E-mail:slb@bowwlaw.com
        kel@bowwlaw.com
        kmj@bowwlaw.com
        mjk@bowwlaw.com
*Attorney for Defendants City of Phoenix,
Sullivan, Ladines, Garza, Roy, Ravelo,
Ramirez and Howard*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*,<br><br>          Plaintiffs,<br><br>vs.<br><br>City of Phoenix, *et al.*,<br><br>          Defendants. | Case No.: CV 23-00836-MTL (CDB)<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXTEND ANSWER DEADLINE** |

Defendants City of Phoenix, Phoenix Police Department, Chief Michael Sullivan, Autumn Ladines, Officer Antonio Garza, Sergeant Eric Roy, Jaclyn Ravelo, Steven Ramirez and Jonathan Howard (collectively referred to hereinafter as "Defendants"), by and through counsel undersigned, hereby file their Response to Plaintiffs' Motion to Extend Answer Deadline ("Plaintiffs' Motion"), filed on October 20, 2023. While Defendants do not oppose Plaintiffs' Motion, Defendants file this Response to provide a complete background regarding why Plaintiffs' Motion was filed and in light of this Court's prior Order extending the Defendants' deadline for their responsive pleading to today, while indicating no further extensions would be granted. (Dkt. 22).

On September 21, 2023, Defendants emailed Plaintiff's counsel a detailed list of arguments/issues that Defendants intended to raise in their lengthy Motion to Dismiss

Plaintiffs' Complaint. Because lead counsel for Defendants was leaving the Country the following week for two weeks, and Plaintiff's counsel needed time to analyze the issues raised in the email, the parties filed their joint motion to extend the deadline for Defendants to file their initial responsive pleading just one additional time.

Counsel for the parties were then not able to get on the telephone until Tuesday, October 17, 2023, after Defendant's counsel returned from vacation and Plaintiff's counsel had adequate time to review the multiple positions Defendants provided as bases for their anticipated Motion to Dismiss. On that call, counsel discussed the various issues raised in Defendants' September 21st email and worked together to determine how to narrow and limit the issues in this matter. In that discussion, and to that end, Plaintiffs' counsel agreed that he would file a motion to amend Plaintiffs' Complaint on October 20, 2023, with a proposed amended complaint, to revise many aspects of his operative complaint and hopefully obviate the need for a motion to dismiss, at least in large part.

Because Plaintiffs agreed that they would move to amend their initial Complaint by October 20, 2023, Defendants had no reason to file their motion to dismiss, which they have already prepared and just need to finalize, as the complaint to which the responsive pleading applied would be replaced/mooted by Plaintiffs' amended complaint. And had Plaintiffs decided not to amend their Complaint, Defendants would have been in a position to timely file their lengthy motion to dismiss.

However, on October 20, 2023, at the same time this afternoon that Defendants were reaching out to Plaintiffs' counsel to inquire about the status of their anticipated motion to amend and proposed amended complaint, Plaintiffs' counsel emailed requesting that Defendants agree to a stipulation to extend the answer deadline further or agree not to oppose. While Defendants are not opposed to extending the deadline simply to allow Plaintiffs a little additional time to get their amended complaint on file, versus needing more time themselves for their responsive pleading, they are cognizant of the Court's prior admonishment that the

responsive pleading deadline **will not be extended for any reason regardless of any stipulation of the parties**" (Dkt. 22) (emphasis in original). Defendants' counsel pointed this out to Plaintiffs' counsel, who then revised their Motion to explain the reasons they need more time for their amended complaint, but still decided to file the Motion. As such, Defendants are filing this response to simply point out that they do not need more time for their responsive pleading but have stood down only based on Plaintiffs' counsel's statement they would file the amended complaint by today, but then learned this afternoon that Plaintiffs needed a few more days to file the amendment. Defendants also did not want to needlessly file their lengthy motion to dismiss Plaintiff's voluminous original Complaint, when Plaintiffs have avowed they clearly intend to amend their Complaint and narrow the issues in this matter in hopes of obviating the need for Defendants' motion to dismiss, at least in large part.

Therefore, Defendants respectfully respond they do not have any opposition to giving Plaintiffs until Wednesday, October 25, 2023, to file their amended complaint (and they have already voluntarily dismissed three (3) City of Phoenix Defendants following counsel's discussion regarding the same), thus obviating the need for Defendants to file their lengthy motion to dismiss the current operative complaint. If this Court has any concern about Defendants' decision to stand down, in light of Plaintiffs' counsel's representations about amending their complaint and in an effort to avoid filing an unnecessary and lengthy responsive pleading, Defendants can immediately file their motion to dismiss, and they offer their apologies in advance if this Court disagrees with Defendants' approach herein. Defendants will also be in a position to quickly file their responsive pleading, depending on the contents of the amended complaint, since they have already prepared the draft motion to dismiss, as well as a draft answer to the current complaint.

/ / /
/ / /
/ / /

RESPECTFULLY SUBMITTED this 20th day of October, 2023.

BROENING OBERG WOODS & WILSON, P.C.


By /s/ Sarah L. Barnes
    Sarah L. Barnes
    Kelley M. Jancaitis
    *Attorney for Defendants City of Phoenix,*
    *Sullivan, Ladines, Garza, Roy, Ravelo,*
    *Ramirez and Howard*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, with copies submitted electronically to the following recipients:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

/s/ Kathy Lake