# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, et al., <br><br> Defendants. | No. CV 23-00836 PHX MTL (CDB) <br><br> **ORDER** |

**IT IS ORDERED that** Plaintiff's motion at ECF No. 24 is **granted**. Accordingly, Plaintiff shall have until October 25, 2023, to file an amended complaint, and Defendants shall have until November 3, 2023, to answer or otherwise respond to the amended complaint or to the original complaint if no amended complaint is docketed on or before October 25, 2023.

Dated this 23rd day of October, 2023.

Camille D. Bibles
United States Magistrate Judge