LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ  85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
E-mail: slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
mjk@bowwlaw.com
*Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Ravelo, Ramirez and Howard*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*, <br><br>    Plaintiffs, <br><br> vs. <br><br> City of Phoenix, *et al.*, <br><br>    Defendants. | Case No.: CV 23-00836-MTL (CDB) <br><br> **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF REPLY DEADLINE** <br><br> **(FIRST REQUEST)** <br><br> **EXPEDITED CONSIDERATION REQUESTED** |

Defendants City of Phoenix, Phoenix Police Department, Chief Michael Sullivan, Autumn Ladines, Officer Antonio Garza, Sergeant Eric Roy, Jaclyn Ravelo, Steven Ramirez and Jonathan Howard (collectively referred to hereinafter as "Defendants"), by and through counsel undersigned, hereby move for a brief extension of the deadline for them to Reply in Support of Their Motion to Dismiss (Dkt. 29) ("Motion") which Reply is currently due November 24, 2023.  For the reasons set forth below, Defendants seek an extension of only one (1) week to Reply to December 1, 2023.  This is the first requested extension of this deadline, is made for good cause and should not prejudice Plaintiff.  The undersigned represents that she has contacted Plaintiff's attorney, Sean Woods, and he has agreed not to oppose this extension to reply on behalf of defendants.

This request is also made in good faith and not for the purpose of delay. Lead counsel for Defendants will be out of office for the Thanksgiving holiday with a limited workload while she spends time with family. Additionally, the newest associate at lead counsel's law firm has begun to assist her in this matter. He has passed the bar exam and is expected to be admitted to practice before this Court in mid-December. While this associate is in the process of learning the issues and applicable law in this case, lead counsel has needed to devote additional time to training him and reviewing his work product. Additionally, Plaintiffs' Response raises a number of arguments that require additional research and consideration by Defendants. As such, this brief, one-week extension, will provide Defendants adequate time to prepare a meaningful reply to Plaintiffs' Response.

Therefore, Defendants respectfully request an extension to Reply in Support of their Motion to Dismiss (Dkt. 29) to December 1, 2023.

RESPECTFULLY SUBMITTED this 21st day of November, 2023.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Sarah L. Barnes*
Sarah L. Barnes
Kelley M. Jancaitis
*Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Ravelo, Ramirez and Howard*

# CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, with copies submitted electronically to the following recipients:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

/s/ *Kathy Lake*