**IN THE UNITED STATES DISTICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, *et al.*, | Case No. CV 23-00836-MTL (CDB) |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| City of Phoenix, *et al.*, | |
| Defendants. | |

The Court having reviewed Defendants' Unopposed Motion for Extension of Deadline to Reply in Support of their Motion to Dismiss (Doc. _____), and upon good cause shown,

**IT IS ORDERED** granting Defendants' Motion;

**IT IS FURTHER ORDERED** that Defendants have through _____, 2023, to Reply in Support of Their Motion to Dismiss (Dkt. 29).

DATED this _____ day of _____, 2023.

_____
United States District Judge