IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., | No. CV 23-00836 PHX MTL (CDB) **ORDER** |
| Plaintiffs, | |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

**IT IS ORDERED that** the motion at ECF No. 31 is **granted** and Defendants shall have until **December 1, 2023**, to docket a reply in support of the motion to dismiss at ECF No. 29.

Dated this 27th day of November, 2023.

_____
Camille D. Bibles
United States Magistrate Judge