1
2
3
4
5
6

# IN THE UNITED STATES DISTICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*, | Case No. CV 23-00836-MTL (CDB) |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| City of Phoenix, *et al.*, | |
| Defendants. | |

The Court having reviewed Defendants' Unopposed Motion to Reset Scheduling Conference (Doc. \_\_\_\_), and upon good cause shown,

**IT IS ORDERED** granting Defendants' Motion;

**IT IS FURTHER ORDERED** that the Scheduling Conference, currently scheduled for January 23, 2024, is reset to _____ 2024.

DATED this _____ day of _____, 2024.

_____
United States District Judge