# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., | No. CV 23-00836 PHX MTL (CDB) |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

**IT IS ORDERED that** the motion at ECF No. 35 is **granted**. Accordingly, the telephonic scheduling conference set for **January 23, 2024**, is **vacated** and reset for **February 22, 2024** at **1 p.m.**  All other provisions regarding the scheduling conference as set forth in the order at ECF No. 34 shall apply to the scheduling conference now set for February 22, 2024.

Dated this 17th day of January, 2024.

_____
Camille D. Bibles
United States Magistrate Judge