# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk; Sharon Roberts; Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., <br><br>  Plaintiffs, <br><br> v. <br><br> City of Phoenix, et al., <br><br>  Defendants. | No. CV 23-00836 PHX MTL (CDB) <br><br> **ORDER** |

**IT IS ORDERED that** the telephonic scheduling conference set for February 22, 2024, at 1 p.m., is **vacated.**  A case management order will follow.

Dated this 16th day of February, 2024.

Camille D. Bibles
United States Magistrate Judge