LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ  85004
(602) 271-7700

Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan/Bar No. 038569
E-mail: slb@bowwlaw.com
　　　　kel@bowwlaw.com
　　　　kmj@bowwlaw.com
　　　　jms@bowwlaw.com
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>City of Phoenix, *et al.*, <br><br>　　　　　Defendants. | Case No.: CV 23-00836-MTL (CDB) <br><br> **NOTICE OF SERVICE** |

NOTICE IS HEREBY GIVEN that Defendants City of Phoenix, Chief Michael Sullivan, Autumn Ladines, Officer Antonio Garza, Sergeant Eric Roy, Jaclyn Ravelo, Steven Ramirez and Jonathan Howard (collectively, "Defendants"), electronically served on this date upon plaintiff its ***Initial Disclosure Statement***.

RESPECTFULLY SUBMITTED this 8th day of March, 2024.

　　　　　　　　　　　BROENING OBERG WOODS & WILSON, P.C.

　　　　　　　　　　　By /s/ *Sarah L. Barnes*
　　　　　　　　　　　　　Sarah L. Barnes
　　　　　　　　　　　　　Kelley M. Jancaitis
　　　　　　　　　　　　　Jeremiah M. Sullivan
　　　　　　　　　　　　　*Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2024, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Sean A. Woods<br>
Robert T. Mills<br>
MILLS + WOODS LAW, PLLC<br>
5055 North 12th Street, Suite 101<br>
Phoenix, Arizona 85014<br>
*Attorneys for Plaintiffs*

/s/ *Kathy Lake*