Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as Personal Representative and on behalf of the Estate of Leontae Kirk; Sharon Roberts, individually; Brittnie Turner, on behalf of and as legal guardian and parent of her minor child, MC,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Autumn Ladines and John Doe Ladines, husband and wife; Officer Antonio Garza and Jane Doe Garza, husband and wife; Sergeant Eric Roy and Jane Doe Roy, husband and wife; Jaclyn Ravelo and John Doe Ravelo, husband and wife; Steven Ramirez and Jane Doe Ramirez, husband and wife, and; Jonathan Howard and Jane Doe Howard, husband and wife,<br><br>Defendants. | No.: CV-23-00836-PHX-MTL (CDB)<br><br>**NOTICE OF VIDEO RECORDED DEPOSITION OF KATE GALLEGO**<br><br>(Assigned to the Honorable Michael T. Liburdi and referred to the Honorable Camille D. Bibles) |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, testimony upon oral examination of the person whose name, or general description sufficient to identify the person, are stated below, at the time and place stated below, before an officer authorized by law to administer oath.

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | Mayor Kate Gallego |
| **DATE OF EXAMINATION**: | July 18, 2024 |
| **TIME OF EXAMINATION**: | 1:00 p.m. (AZ time) |
| **PLACE OF EXAMINATION**: | Coash and Coash<br>1802 North 7th Street<br>Phoenix, AZ 85006 |
| **COURT REPORTER**: | Coash and Coash |
| **METHOD OF RECORDING**: | Video Recorded and Transcribed |

If the person to be examined requires an interpreter, please advise the undersigned as soon as possible, and no later than 5 days prior to the date of the deposition.

**RESPECTFULLY SUBMITTED** this 19th day of June 2024.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
 Robert T. Mills
 Sean A. Woods
 5055 North 12th Street, Suite 101
 Phoenix, AZ 85014
 *Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2024, I electronically transmitted the foregoing document via ECF to the following:

Sarah L. Barnes
slb@bowwlaw.com
Kelley M. Jancaitis
kmj@bowwlaw.com
kel@bowwlaw.com
Jeremiah M. Sullivan
jms@bowwlaw.com
szb@bowwlaw.com
**BROENING OBERG WOODS & WILSON, P.C.**
def@bowwlaw.com
2800 N Central, 16th Floor
Phoenix, AZ 85004
*Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

      /s/ Ben Dangerfield

3