1  Robert T. Mills (Arizona Bar #018853)
2  Sean A. Woods (Arizona Bar #028930)
   **MILLS + WOODS LAW, PLLC**
3  5055 North 12th Street, Suite 101
   Phoenix, Arizona 85014
   Telephone 480.999.4556
4  docket@millsandwoods.com
   swoods@millsandwoods.com
5  rmills@millsandwoods.com
   *Attorneys for Plaintiffs*
6

7                **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF ARIZONA**

9

| Kashane Kirk, as Personal Representative and on behalf of the Estate of Leontae Kirk; Sharon Roberts, individually; Brittnie Turner, on behalf of and as legal guardian and parent of her minor child, MC, | No.: CV-23-00836-PHX-MTL (CDB) |
| --- | --- |
| | **FIRST AMENDED NOTICE OF VIDEO RECORDED DEPOSITION OF KATE GALLEGO** |
| Plaintiffs, | |
| vs. | (Assigned to the Honorable Michael T. Liburdi and referred to the Honorable Camille D. Bibles) |
| City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Autumn Ladines and John Doe Ladines, husband and wife; Officer Antonio Garza and Jane Doe Garza, husband and wife; Sergeant Eric Roy and Jane Doe Roy, husband and wife; Jaclyn Ravelo and John Doe Ravelo, husband and wife; Steven Ramirez and Jane Doe Ramirez, husband and wife, and; Jonathan Howard and Jane Doe Howard, husband and wife, | |
| Defendants. | |

10
11
12
13
14
15
16
17
18
19
20
21
22
23

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

24

25      **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, testimony upon oral

26  examination of the person whose name, or general description sufficient to identify the

27  person, are stated below, at the time and place stated below, before an officer authorized

28  by law to administer oath.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**PERSON TO BE EXAMINED:**     Mayor Kate Gallego

**DATE OF EXAMINATION**:     August 16, 2024

**TIME OF EXAMINATION**:     1:00 p.m. (AZ time)

**PLACE OF EXAMINATION**:     Coash and Coash
1802 North 7th Street
Phoenix, AZ 85006

**COURT REPORTER**:     Coash and Coash

**METHOD OF RECORDING**:     Video Recorded and Transcribed

If the person to be examined requires an interpreter, please advise the undersigned as soon as possible, and no later than 5 days prior to the date of the deposition.

**RESPECTFULLY SUBMITTED** this 10th day of July 2024.

**MILLS + WOODS LAW, PLLC**

By___/s/ Sean A. Woods_____
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

2

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, I electronically transmitted the foregoing document via ECF to the following:

Sarah L. Barnes
slb@bowwlaw.com
Kelley M. Jancaitis
kmj@bowwlaw.com
kel@bowwlaw.com
Jeremiah M. Sullivan
jms@bowwlaw.com
szb@bowwlaw.com
**BROENING OBERG WOODS & WILSON, P.C.**
def@bowwlaw.com
2800 N Central, 16th Floor
Phoenix, AZ 85004
*Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*


        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556