LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan /Bar No. 038569
E-mail: slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
szb@bowwlaw.com
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

**IN THE UNITED STATES DISTICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Phoenix, *et al.*, <br><br> Defendants. | Case No. CV 23-00836-MTL (CDB) <br><br> **STIPULATION TO EXTEND REMAINING DEADLINES** <br><br> **First Request** <br><br> **(Expedited Consideration Requested)** |

  Plaintiffs Kashane Kirk, Sharon Roberts, and Brittnie Turner (collectively referred to hereinafter as "Plaintiffs"), and Defendants City of Phoenix, Phoenix Police Department, Chief Michael Sullivan, Officer Autumn Ladines, Officer Antonio Garza, Sergeant Eric Roy, Officer Jaclyn Ravelo, Officer Steven Ramirez, and Sergeant Jonathan Howard, (collectively referred to hereinafter as "Defendants"), by and through counsel undersigned respectfully stipulate and request the Court amend the current Scheduling Order (Dkt. 39) to extend the remaining deadlines ninety (90) days. This Stipulated Request is made in good faith and not for the purpose of delay; it is also only the first request to extend the

remaining deadlines in the operative Scheduling Order in this case.

The parties are requesting an extension of ninety (90) days for the remaining deadlines for several reasons. Despite due diligence, counsel for the Parties have not had adequate time to complete discovery and depositions in this case, although they have exchanged disclosures and some discovery. Moreover, Defendants' Motion to Dismiss (Dkt. 29), and corresponding briefing, is still currently pending, which seeks to dismiss all claims in the case. The Parties anticipate that the Court's ruling on this Motion will allow them to more adequately determine the necessary scope of discovery in this matter, including determining what records, depositions, and expert testimony might be needed for the Parties to further prepare their respective cases.

In addition to the foregoing, the Parties have also experienced some conflict in their respective schedules over this summer due to personal travel, other case deadlines, and illness. Counsel for Plaintiff recently took ill, which sidelined him (and others in his office) for some period of time to recuperate. And Defendants' counsel has had multiple, some unanticipated, deadlines and hearings, depositions and mediations in other cases that have taken longer than anticipated, which have caused more of a drain on counsel's available time. Defendants' counsel was also out nine (9) days at the beginning of July for vacation. Defendants' counsel also currently has a tentative trial set in September and a prebooked vacation during the week of October 7th. The Parties will also then need more time for their respective experts, which, again, is dependent (or could be) on the outcome of the pending Motion to Dismiss.

Finally, counsel for the Parties also anticipate that once they know which claims, if any, will survive the Motion to Dismiss, they will be better equipped to evaluate and report on potential settlement, or other forms of alternative dispute resolution. Counsel for the Parties have continued to have discussions about scheduling an early mediation in this case, and they are trying to locate mediators and also need more time further engage in

discussions about the possibility of an early mediation being fruitful.

Thus, the Parties stipulate and respectfully request the Court agree to extend the remaining deadlines (approximately) ninety (90) days, as set forth below and in the attached proposed Order. The extensions requested will still allow for the dispositive motions to be briefed well within two years of the filing of Plaintiff's First Amended Complaint (Dkt. 27), which is the current operative complaint and was filed on October 25, 2023.

| DEADLINE | CURRENT | PROPOSED |
| --- | --- | --- |
| Engage in settlement talks | August 30, 2024 | **December 2, 2024** |
| Joint report on settlement talks | September 6, 2024 | **December 9, 2024** |
| Plaintiff's expert disclosures | September 13, 2024 | **December 16, 2024** |
| Expert disclosures | October 25, 2024 | **January 27, 2025** |
| Disclosure deadline | September 13, 2024 | **December 16, 2024** |
| Rebuttal expert disclosures | November 29, 2204 | **February 28, 2025** |
| Expert depositions | January 24, 2025 | **April 24, 2025** |
| Fact Discovery | December 23, 2024 | **March 24, 2025** |
| Discovery motions | January 31, 2025 | **May 2, 2025** |
| Dispositive motions | March 31, 2025 | **June 30, 2025** |

RESPECTFULLY SUBMITTED this 16th day of August, 2024.

BROENING OBERG WOODS & WILSON, P.C.

By  /s/ *Sarah L. Barnes*
　　Sarah L. Barnes
　　Kelley M. Jancaitis

|   |   |
|---|---|
| 1 | Jeremiah M. Sullivan<br>*Attorney for Defendants* |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

1

2

3

4

                              MILLS + WOODS LAW, PLLC

                          By  */s/ Sean A. Woods (with permission)*
                                Sean A. Woods
                                Robert T. Mills
                                *Attorneys for Plaintiffs*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2024, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Sean A. Woods<br>
Robert T. Mills<br>
MILLS + WOODS LAW, PLLC<br>
5055 North 12th Street, Suite 101<br>
Phoenix, Arizona 85014<br>
*Attorneys for Plaintiffs*

/s/ *Kathy E. Lake*