# IN THE UNITED STATES DISTICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Kashane Kirk, *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>City of Phoenix, *et al.*,<br><br>　　　　Defendants. | Case No. CV 23-00836-MTL (CDB)<br><br>**[PROPOSED] ORDER** |

The Court has considered the parties' Stipulation to Extend Remaining Deadlines (First) (Doc. \_\_\_\_).  Good cause appearing,

**IT IS ORDERED** granting the Stipulation to Extend Remaining Deadlines.  The remaining deadlines are extended as follows:

| DEADLINE | CURRENT | PROPOSED |
|---|---|---|
| Engage in settlement talks | August 30, 2024 | **December 2, 2024** |
| Joint report on settlement talks | September 6, 2024 | **December 9, 2024** |
| Plaintiff's expert disclosures | September 13, 2024 | **December 16, 2024** |
| Expert disclosures | October 25, 2024 | **January 27, 2025** |

| Disclosure deadline | September 13, 2024 | **December 16, 2024** |
|---|---|---|
| Rebuttal expert disclosures | November 29, 2204 | **February 28, 2025** |
| Expert depositions | January 24, 2025 | **April 24, 2025** |
| Fact Discovery | December 23, 2024 | **March 24, 2025** |
| Discovery motions | January 31, 2025 | **May 2, 2025** |
| Dispositive motions | March 31, 2025 | **June 30, 2025** |

DATED this _____ day of _____, 2024.

_____
United States District Judge