# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., | No. CV 23-00836 PHX MTL (CDB) |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties at ECF No. 50,

**IT IS ORDERED that** the remaining unexpired deadlines in this matter are extended for a period of ninety (90) days. Accordingly,

1. All fact discovery, including the disclosure of electronically stored information ("ESI") and the depositions of all fact/lay witnesses shall be **completed no later than March 24, 2025**. Responses to requests for production and interrogatories shall include all information stored electronically. All ESI must be produced in a searchable, OCR readable, PDF format. All disclosure must be fully supplemented no later than **December 16, 2024.**

2. Plaintiffs shall provide full and complete expert disclosure as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **December 16, 2024**. Defendants shall provide full and complete expert disclosure as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **January 27, 2025**. Rebuttal expert disclosure, if any, shall be made no later than **February 28, 2025**.

Rebuttal experts shall be limited to responding to opinions stated by initial experts. All expert witness depositions shall be completed no later than **April 24, 2025**. As with fact witness depositions, expert depositions shall be scheduled to commence at least five working days before the deadline.

3. All motions regarding the adequacy of discovery shall be submitted no later than **May 2, 2025**.

4. Dispositive motions shall be filed no later than **June 30, 2025.** Such motions must comply in all respects with the Federal Rules of Civil Procedure and the Local Rules.

5. All parties and their counsel shall meet in person and engage in good faith settlement talks no later than **December 2, 2024**. The parties shall jointly notify the Court if and when they seek referral to a different magistrate judge for the purpose of conducting a settlement conference.

Dated this 18th day of August, 2024.

_____
Camille D. Bibles
United States Magistrate Judge