LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700

Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan/Bar No. 038569
E-mail: slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
jms@bowwlaw.com
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Ravelo, Ramirez and Howard*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*, | Case No.: CV 23-00836-MTL (CDB) |
| Plaintiffs, | **NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| City of Phoenix, *et al.*, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that on this date, Defendants served upon Plaintiff electronically:

1.  Defendants' First Supplemental Rule 26.1 Disclosure Statement; and
2.  Defendants' Second Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents.

RESPECTFULLY SUBMITTED this 21st day of August, 2024.

BROENING OBERG WOODS & WILSON, P.C.

By /s/ *Sarah L. Barnes*
Sarah L. Barnes
Kelley M. Jancaitis
Jeremiah M. Sullivan
*Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Ravelo, Ramirez and Howard*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2024, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Sean A. Woods<br>
Robert T. Mills<br>
MILLS + WOODS LAW, PLLC<br>
5055 North 12th Street, Suite 101<br>
Phoenix, Arizona 85014<br>
*Attorneys for Plaintiffs*

/s/ *Kathy Lake*