Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as Personal Representative and on behalf of the Estate of Leontae Kirk; Sharon Roberts, individually; Brittnie Turner, on behalf of and as legal guardian and parent of her minor child, MC, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Autumn Ladines and John Doe Ladines, husband and wife; Officer Antonio Garza and Jane Doe Garza, husband and wife; Sergeant Eric Roy and Jane Doe Roy, husband and wife; Jaclyn Ravelo and John Doe Ravelo, husband and wife; Steven Ramirez and Jane Doe Ramirez, husband and wife, and; Jonathan Howard and Jane Doe Howard, husband and wife, <br><br> Defendants. | No.: CV-23-00836-PHX-MTL (CDB) <br><br> **PLAINTIFFS' NOTICE OF SERVICE OF WITHDRAWAL OF NOTICE OF DEPOSITION OF KATE GALLEGO** <br><br> (Assigned to the Honorable Michael T. Liburdi and referred to the Honorable Camille D. Bibles) |

Through undersigned counsel and pursuant to Local Rule 5.2, Plaintiffs hereby give notice that on September 16, 2024, they served Plaintiff's Withdrawal of Notice of Deposition of Kate Gallego upon Defendants' counsel via email.

///

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

1

**RESPECTFULLY SUBMITTED** this 16th day of September 2024.

2

3                                              **MILLS + WOODS LAW, PLLC**

4

5        By    */s/ Sean A. Woods*
                Robert T. Mills
6               Sean A. Woods
                5055 North 12th Street, Suite 101
7               Phoenix, AZ 85014
                *Attorneys for Plaintiffs*

8

9                           **CERTIFICATE OF SERVICE**

10       I hereby certify that on September 16, 2024, I electronically transmitted the

11  foregoing document to the Clerk's Office using the ECF System for filing and transmittal

12  of a Notice of Electronic Filing to the following ECF registrants:

13

    Sarah L. Barnes
14  slb@bowwlaw.com
    Kelley M. Jancaitis
15  kmj@bowwlaw.com
    Jeremiah M. Sullivan
16  jms@bowwlaw.com
17  **BROENING OBERG WOODS & WILSON, P.C.**
    kel@bowwlaw.com
18  szb@bowwlaw.com
19  rla@bowwlaw.com
20  2800 N Central, 16th Floor
    Phoenix, AZ 85004
21  *Attorney for Defendants City of Phoenix, Sullivan,*
    *Ladines, Garza, Roy, Makic, Ravelo, Ramirez,*
22  *Howard, Traylor, and Reddy*

23

24        */s/ Ben Dangerfield*

25

26

27

28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556