1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**IN THE UNITED STATES DISTICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, *et al.*, | Case No. CV 23-00836-MTL (CDB) |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| City of Phoenix, *et al.*, | |
| Defendants. | |

The Court has considered the parties' Stipulated Motion to Stay Case Deadlines (Doc. ____).  Good cause appearing,

**IT IS ORDERED** granting the Stipulated Motion to Stay Case Deadlines;

**IT IS FURTHER ORDERED** vacating any currently pending matters in the above captioned case;

**IT IS FURTHER ORDERED** requiring the parties to file an amended Joint Report and Proposed Scheduling Order on or before October 31, 2024.

DATED this _____ day of _____, 2024.

_____
United States District Judge