LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan /Bar No. 038569
E-mail: slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
szb@bowwlaw.com
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

**IN THE UNITED STATES DISTICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, *et al.*, | Case No. CV 23-00836-MTL (CDB) |
| Plaintiffs, | **STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT;** |
| vs. | |
| City of Phoenix, *et al.*, | **AND** |
| Defendants. | **STAY THE REMAINING DEADLINES** |
| | **(Expedited Consideration Requested)** |

The parties, by and through counsel undersigned respectfully stipulate and request the Court extend the deadline to respond to Plaintiffs' Second Amended Complaint; and stay the remaining case deadlines while Defendants prepare their anticipated responsive pleading to the Second Amended Complaint. This stipulated request is made in good faith and not for the purpose of delay.

/ /

/ /

**RESPONSE TO SECOND AMENDED COMPLAINT**

On September 5, 2024, the Court denied Defendants Motion to Dismiss without prejudice, and gave Plaintiffs until October 7, 2024, to file a Second Amended Complaint. (Doc. 53.) Plaintiffs filed their Second Amended Complaint on October 5, 2024. (Doc. 57.) Pursuant to Rule 15(a)(3), Defendants have fourteen days to the Second Amended Complaint, which makes the deadline to respond October 21, 2024 (accounting for the original deadline falling on October 19, 2024, a Saturday).

After reviewing Plaintiffs' Second Amended Complaint, Defendants' counsel reached out to Plaintiffs' counsel to schedule a time to meet and confer to see if the parties could reach some agreement that would either eliminate the need for a motion to dismiss the Second Amended Complaint, or at least narrow the issues Defendants intend to raise in their anticipated motion to dismiss. Thursday, October 24, 2024, was the first mutually available time for counsel to meet and confer. Accordingly, Defendants request an extension to their deadline to respond to Plaintiffs' Second Amended Complaint from October 21, 2024, to November 7, 2024.

**STAYING REMAINING DEADLINES**

On September 16, 2024, the parties filed a Stipulated Motion to Stay Case Deadlines to account for Plaintiffs' Second Amended Complaint, and Defendants forthcoming response. (Doc. 55.) The Court denied the Stipulated Motion to Stay Case Deadlines without prejudice and ordered that if "Plaintiffs file a second amended complaint and Defendants respond to the second amended complaint with a motion to dismiss, any party may re-urge a motion to stay the remaining deadlines for completing discovery and filing dispositive motions." (Doc. 56.)

After the parties meet and confer on October 24, 2024, Defendants will know whether it can move forward with answering the Second Amended Complaint, or whether a motion to dismiss is necessary. In the meantime, the parties request that the Court stay

1 all deadlines in this matter. Moreover, after the parties meet and confer to discuss the issues
2 Defendants intend to raise in the anticipated motion to dismiss the Second Amended
3 Complaint, they will be better situated to determine what deadlines are necessary to prepare
4 this case for trial. Accordingly, the parties will file an amended Joint Report and Proposed
5 Scheduling Order after Defendants file their forthcoming response (either an answer or a
6 motion to dismiss) to Plaintiffs' Second Amended Complaint by November 7, 2024.

7       Thus, the Parties stipulate and respectfully request the Court extend Defendants'
8 deadline to respond to Plaintiffs' Second Amended Complaint from October 21, 2024, to
9 November 7, 2024. The parties further stipulate and respectfully request that the Court agree to
10 stay the current case deadlines to give the parties time to meet and confer to discuss
11 potentially eliminating the need for a motion to dismiss, or at least reach some agreement
12 that will narrow the issues of that motion and vacate any pending matters in this case. After
13 Defendants answer or move to dismiss the Second Amended Complaint, the parties will
14 prepare and file an amended Joint Report and Proposed Scheduling Order on or before
15 November 14, 2024, which will set forth new deadlines for this matter. A proposed order
16 is filed simultaneously herewith.

17       RESPECTFULLY SUBMITTED this 20th day of October, 2024.

19           BROENING OBERG WOODS & WILSON, P.C.

20           By /s/ *Sarah L Barnes*
              Sarah L. Barnes
21               Kelley M. Jancaitis
              Jeremiah M. Sullivan
22               *Attorney for Defendants*

24           MILLS + WOODS LAW, PLLC

25           By /s/ *Sean A. Woods (with permission)*
              Sean A. Woods
26               Robert T. Mills
              *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2024, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Sean A. Woods<br>
Robert T. Mills<br>
MILLS + WOODS LAW, PLLC<br>
5055 North 12th Street, Suite 101<br>
Phoenix, Arizona 85014<br>
*Attorneys for Plaintiffs*

/s/ *Kathy Lake*