# IN THE UNITED STATES DISTICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*, | Case No. CV 23-00836-MTL (CDB) |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| City of Phoenix, *et al.*, | |
| Defendants. | |

The Court has considered the parties' Stipulated Motion to Extend Deadline to Respond to Plaintiffs' Second Amended Complaint; and Stay Remaining Deadlines (Doc. ____). Good cause appearing,

**IT IS ORDERED** granting the Stipulated Motion to Extend Deadline to Respond to Plaintiffs' Second Amended Complaint; and Stay Remaining Deadlines;

**IT IS FURTHER ORDERED** extending Defendants deadline to respond to Plaintiffs' Second Amended Complaint to and including _____;

**IT IS FURTHER ORDERED** vacating any currently pending matters in the above captioned case;

**IT IS FURTHER ORDERED** requiring the parties to file an amended Joint Report and Proposed Scheduling Order on or before November 14, 2024.

DATED this _____ day of _____, 2024.

_____
United States Magistrate Judge