# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., | No. CV 23-00836 PHX MTL (CDB) **ORDER** |
| Plaintiffs, | |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

**IT IS ORDERED that** the motion at ECF No. 59 is **granted only** insofar as it seeks additional time to answer or otherwise respond to the Second Amended Complaint, and **denied** to the extent it seeks any other relief. Accordingly, Defendants shall have until November 7, 2024, to answer or otherwise respond to the Second Amended Complaint. **This deadline will not be further extended**.

Dated this 21st day of October, 2024.

_____
Camille D. Bibles
United States Magistrate Judge