MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, as Personal Representative and on behalf of the Estate of Leontae Kirk; Sharon Roberts, individually; Brittnie Turner, on behalf of and as legal guardian and parent of her minor child, MC, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Autumn Ladines and John Doe Ladines, husband and wife; Officer Antonio Garza and Jane Doe Garza, husband and wife; Sergeant Eric Roy and Jane Doe Roy, husband and wife; Jaclyn Ravelo and John Doe Ravelo, husband and wife; Steven Ramirez and Jane Doe Ramirez, husband and wife, and; Jonathan Howard and Jane Doe Howard, husband and wife, <br><br> Defendants. | No.: CV-23-00836-PHX-MTL (CDB) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE THIRD AMENDED COMPLAINT** <br><br> (Assigned to the Honorable Michael T. Liburdi and referred to the Honorable Camille D. Bibles) |

THE COURT, having reviewed "Plaintiffs' Unopposed Motion for Leave to File Third Amended Complaint" ("Plaintiffs' Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting Plaintiffs' Motion.

1

2

3

4

**IT IS FURTHER ORDERED** that Plaintiffs may file their Third Amended Complaint in the form demonstrated by **Exhibit 1** to Plaintiffs' Motion within five (5) days of the filing of this Order.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556