# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., | No. CV 23-00836 PHX MTL (CDB) **ORDER** |
| Plaintiffs, | |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

**IT IS ORDERED that** Plaintiffs' motion at ECF No. 61, which is unopposed, is **granted**. Accordingly, Plaintiffs are given leave to proceed on a third amended complaint. Plaintiffs shall docket their Third Amended Complaint no later than November 13, 2024, and Defendants shall answer or otherwise respond to the Third Amended Complaint within the time specified by the Federal Rules of Civil Procedure.

Dated this 8th day of November, 2024.

Camille D. Bibles
United States Magistrate Judge