LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan /Bar No. 038569
E-mail: slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
szb@bowwlaw.com
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

# IN THE UNITED STATES DISTICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, *et al.*,<br><br>Defendants. | Case No. CV 23-00836-MTL (CDB)<br><br>**STIPULATION TO EXTEND REMAINING DEADLINES**<br><br>**Second Request**<br><br>**(Expedited Consideration Requested)** |

Plaintiffs Kashane Kirk, Sharon Roberts, and Brittnie Turner (collectively referred to hereinafter as "Plaintiffs"), and Defendants City of Phoenix, Phoenix Police Department, Chief Michael Sullivan, Officer Autumn Ladines, Officer Antonio Garza, Sergeant Eric Roy, Officer Jaclyn Ravelo, Officer Steven Ramirez, and Sergeant Jonathan Howard, (collectively referred to hereinafter as "Defendants"), by and through counsel undersigned respectfully stipulate and request the Court amend the current Scheduling Order (Doc. 39), as amended by the Court's Order, dated August 19, 2024 (Doc.51), to extend the remaining deadlines ninety (90) days. This Stipulated Request is made in good faith and not for the

purpose of delay; it is also only the second request to extend the remaining deadlines in this case.

The parties are requesting an extension of ninety (90) days for the remaining deadlines for several reasons. Despite due diligence, counsel for the Parties have not had adequate time to complete discovery and depositions in this case, although they have exchanged disclosures and some discovery. Moreover, Defendants filed a renewed Motion to Dismiss on November 22, 2024 (Doc. 64), which seeks to dismiss all claims in the case pursuant to Rule 8 in addition to dismissal of specific claims pursuant to Rule 12. The Parties anticipate that the Court's ruling on this Motion will allow them to more adequately determine the necessary scope of discovery in this matter, including determining what records, depositions, and expert testimony might be needed for the Parties to further prepare their respective cases.

Additionally, counsel for the Parties also anticipate that once they know which claims, if any, will survive the Motion to Dismiss, they will be better equipped to evaluate and report on potential settlement, or other forms of alternative dispute resolution. Counsel for the Parties have continued to have discussions about scheduling an early mediation in this case, and they are trying to locate mediators and also need more time further engage in discussions about the possibility of an early mediation being fruitful.

Thus, the Parties stipulate and respectfully request the Court agree to extend the remaining deadlines (approximately) ninety (90) days, as set forth below and in the attached proposed Order. The extensions requested will still allow for the dispositive motions to be briefed well within two years of the filing of Plaintiff's Third Amended Complaint (Dkt. 63), which is the current operative complaint and was filed on November 8, 2024, and within only about five (5) months following the two-year anniversary of the initial complaint in this case.[1] And while this is technically the parties' second requested

---

[1] Part of the reason for the current procedural posture with respect to this new Motion To

extension, it is the first extension requested after Plaintiffs filed their Third Amended Complaint. A proposed order is filed simultaneously herewith.

| DEADLINE | CURRENT | PROPOSED |
|---|---|---|
| Engage in settlement talks | December 2, 2024 | **March 3, 2025** |
| Joint report on settlement talks | December 9, 2024 | **March 10, 2025** |
| Plaintiffs' expert disclosures | December 16, 2024 | **March 17, 2025** |
| Defendants' expert disclosures | January 27, 2025 | **April 17, 2025** |
| Disclosure deadline | December 16, 2024 | **March 17, 2025** |
| Rebuttal expert disclosures | February 28, 2025 | **May 29, 2025** |
| Expert depositions | April 24, 2025 | **July 23, 2025** |
| Fact Discovery | March 24, 2025 | **June 23, 2025** |
| Discovery motions | May 2, 2025 | **July 31, 2025** |
| Dispositive motions | June 30, 2025 | **September 29. 2025** |

RESPECTFULLY SUBMITTED this 27th day of November, 2024.

BROENING OBERG WOODS & WILSON, P.C.

By /s/ *Jeremiah M. Sullivan*
Sarah L. Barnes
Jeremiah M. Sullivan
Kelley M. Jancaitis
Jeremiah M. Sullivan
*Attorney for Defendants*

---

Dismiss is that Defendants' initial Motion to Dismiss, which also sought to dismiss the entire case as set forth in the initial Complaint, was pending for almost nine (9) months, and then Plaintiffs filed a Second Amended Complaint, pursuant to that ruling, and then their Third Amended Complaint on November 8, 2024.

|   |   |
|---|---|
| 1 | MILLS + WOODS LAW, PLLC |
| 2 |   |
| 3 | By  /s/ *Sean A. Woods (with permission)*  <br>Sean A. Woods <br>Robert T. Mills |
| 4 | *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2024, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

/s/ *Suzanne Beard*

- 4 -