1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTICT COURT

## FOR THE DISTRICT OF ARIZONA

| Kashane Kirk, *et al.*, | Case No. CV 23-00836-MTL (CDB) |
| Plaintiffs, | **PROPOSED ORDER RE STIPULATED MOTION TO EXTEND REMAINING DEADLINES** |
| vs. | **Second Request** |
| City of Phoenix, *et al.*, | **(Expedited Consideration Requested)** |
| Defendants. | |

The Court having reviewed the parties' Stipulated Motion to Extend Remaining Deadlines and upon good cause shown,

**IT IS ORDERED** granting the Stipulated Motion to Extend Remaining Deadlines as set out below:

| DEADLINE | CURRENT | PROPOSED |
|---|---|---|
| Engage in settlement talks | December 2, 2024 | **March 3, 2025** |
| Joint report on settlement talks | December 9, 2024 | **March 10, 2025** |

| | | |
|---|---|---|
| Plaintiffs' expert disclosures | December 16, 2024 | **March 17, 2025** |
| Defendants' expert disclosures | January 27, 2025 | **April 17, 2025** |
| Disclosure deadline | December 16, 2024 | **March 17, 2025** |
| Rebuttal expert disclosures | February 28, 2025 | **May 29, 2025** |
| Expert depositions | April 24, 2025 | **July 23, 2025** |
| Fact Discovery | March 24, 2025 | **June 23, 2025** |
| Discovery motions | May 2, 2025 | **July 31, 2025** |
| Dispositive motions | June 30, 2025 | **September 29. 2025** |

DATED this _____ day of _____, 2024.

                                                 Camille D. Bibles
                                                 United States Magistrate Judge