LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan /Bar No. 038569
E-mail: slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
szb@bowwlaw.com
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

**IN THE UNITED STATES DISTICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Phoenix, *et al.*, <br><br> Defendants. | Case No. CV 23-00836-MTL (CDB) <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) & RULE 8(D)** <br><br> **(Expedited Consideration Requested)** <br> **(First Request)** |

Defendants, by and through counsel undersigned respectfully stipulate and request the Court extend the deadline for Defendants to file their Reply in support of their Motion to Dismiss Pursuant to Rule 12(b)(6) and Rule 8(d) by two (2) business days from December 13 until December 17, 2024. This first requested extension to the deadline to file a Reply in support of Defendant's Motion to Dismiss is made in good faith and not for the purpose of delay. Pursuant to Local Rule of Civil Procedure 7.3(b), Plaintiffs do not oppose the requested extension.

On December 7, 2024, Plaintiffs filed their Response to Defendants' Motion to Dismiss. (Docs. 64, 67.) Since then, undersigned counsel has worked diligently to prepare the forthcoming Reply but requires some additional time due to multiple depositions (five total) in another case running longer than anticipated, along with other case filings and deadlines, and client meetings detracting from the amount of time he had to prepare the Reply. Despite these additional time commitments, undersigned counsel devoted extra time to complete the Reply, which is now nearly complete; however, undersigned counsel's supervising attorney requires some additional time to review and finalize the forthcoming Reply. His supervising attorney is currently boarding a flight back to Arizona and a brief extension of two business days to review the Reply before it is filed because she will not return home until later this evening.

For the foregoing reasons, Defendants respectfully request the deadline to file their Reply in support of Defendants' Motion to Dismiss be extended to December 17, 2024. A proposed order is filed simultaneously herewith.

RESPECTFULLY SUBMITTED this 13th day of December, 2024.

BROENING OBERG WOODS & WILSON, P.C.

By /s/ *Jeremiah M. Sullivan*
Sarah L. Barnes
Kelley M. Jancaitis
Jeremiah M. Sullivan
*Attorney for Defendants*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2024, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

/s/ *Suzanne Beard*