1
2
3
4
5
6
7
8
9
10

# IN THE UNITED STATES DISTICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, *et al.*,<br><br>Defendants. | Case No. CV 23-00836-MTL (CDB)<br><br>**PROPOSED ORDER RE UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) & RULE 8(D)**<br><br>**(Expedited Consideration Requested)** |

The Court having reviewed Defendants' Unopposed Motion for Extension of Time to File Reply in support of Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) and Rule 8(d) and upon good cause shown,

**IT IS ORDERED** granting the Unopposed Motion for Extension of Time to File Reply in support of Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) and Rule 8(d) to December 17, 2024.

Dated this ___ day of December, 2024.

Camille D. Bibles
United States Magistrate Judge
