# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, et al., <br><br> Defendants. | No. CV 23-00836 PHX MTL (CDB) <br><br> **ORDER** |

**IT IS ORDERED that** Defendants' unopposed motion at ECF No. 71 is **granted**. Accordingly, Defendants shall have until December 17, 2024, to file a reply in support of the motion to dismiss at ECF No. 64.

Dated this 16th day of December, 2024.

_____
Camille D. Bibles
United States Magistrate Judge