Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as Personal Representative and on behalf of the Estate of Leontae Kirk; Sharon Roberts, individually; Brittnie Turner, on behalf of and as legal guardian and parent of her minor child, MC,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Autumn Ladines and John Doe Ladines, husband and wife; Officer Antonio Garza and Jane Doe Garza, husband and wife; Sergeant Eric Roy and Jane Doe Roy, husband and wife; Jaclyn Ravelo and John Doe Ravelo, husband and wife; Steven Ramirez and Jane Doe Ramirez, husband and wife, and; Jonathan Howard and Jane Doe Howard, husband and wife,<br><br>Defendants. | No.: CV-23-00836-PHX-MTL (CDB)<br><br>**JOINT REPORT ON SETTLEMENT TALKS**<br><br>(Assigned to the Honorable Michael T. Liburdi and referred to the Honorable Camille D. Bibles) |

Through counsel undersigned and pursuant to the Court's Case Management Order, ECF No. 39, and Order [Extending Deadlines], ECF No. 66, Plaintiffs and Defendants hereby report to the Court on the progress of settlement talks in this action.

Plaintiffs' counsel and Defendants' counsel have discussed throughout this case the possibility of a private mediation. On March 3, 2025, Jeremiah Sullivan on behalf of Defendants, and Sean Woods on behalf of Plaintiffs, met to discuss setting a schedule to attend a private mediation. During that meeting, both counsel agreed that a private mediation should take place by May 31, 2025. Accordingly, counsel also discussed extending remaining deadlines by approximately sixty (60) days through a forthcoming motion to accommodate completion of private mediation.

**RESPECTFULLY SUBMITTED** this 3rd day of March 2025.

**MILLS + WOODS LAW, PLLC**

By     */s/ Sean A. Woods*
     Robert T. Mills
     Sean A. Woods
     5055 North 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiffs*

**BROENING OBERG WOODS & WILSON, P.C.**

By     */s/ Jeremiah M. Sullivan (w/ permission)*
     Sarah L. Barnes
     Jeremiah M. Sullivan
     2800 N Central, 16th Floor
     Phoenix, AZ 85004
     *Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Sarah L. Barnes
slb@bowwlaw.com
Jeremiah M. Sullivan
jms@bowwlaw.com
**BROENING OBERG WOODS & WILSON, P.C.**
kel@bowwlaw.com
szb@bowwlaw.com
rla@bowwlaw.com
2800 N Central, 16th Floor
Phoenix, AZ 85004
*Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

      /s/ Ben Dangerfield

3