# IN THE UNITED STATES DISTICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>City of Phoenix, *et al.*,<br><br>        Defendants. | Case No. CV 23-00836-MTL (CDB)<br><br>**PROPOSED ORDER RE STIPULATED MOTION FOR EXTENSION OF REMAINING DEADLINES** |

The Court having reviewed the parties' third Stipulated Motion to Extend Remaining Deadlines and upon good cause shown,

**IT IS ORDERED** granting the Stipulated Motion to Extend Remaining Deadlines as set out below:

| DEADLINE | CURRENT | PROPOSED |
|---|---|---|
| Engage in settlement talks | March 3, 2025 | **May 30, 2025** |
| Joint report on settlement talks | March 10, 2025 | **June 6, 2025** |
| Plaintiffs' expert disclosures | March 17, 2025 | **May 16, 2025** |

| | | |
|---|---|---|
| Defendants' expert disclosures | April 17, 2025 | **June 17, 2025** |
| Disclosure deadline | March 17, 2025 | **May 19, 2025** |
| Rebuttal expert disclosures | May 29, 2025 | **July 29, 2025** |
| Expert depositions | July 23, 2025 | **September 23, 2025** |
| Fact Discovery | June 23, 2025 | **August 25, 2025** |
| Discovery motions | July 31, 2025 | **September 30, 2025** |
| Dispositive motions | September 29, 2025 | **November 28, 2025** |

Dated this ___ day of _____, 2025.

_____
Camille D. Bibles
United States Magistrate Judge