# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, et al., <br><br> Defendants. | No. CV 23-00836 PHX MTL (CDB) <br><br> **ORDER** |

Pursuant to the stipulation of the parties at ECF No. 80,

**IT IS ORDERED that** the remaining unexpired deadlines in this matter are extended for a period of ninety (60) days. Accordingly,

1. All fact discovery, including the disclosure of electronically stored information ("ESI") and the depositions of all fact/lay witnesses shall be **completed no later than August 25, 2025**. Responses to requests for production and interrogatories shall include all information stored electronically. All ESI must be produced in a searchable, OCR readable, PDF format. All disclosure must be fully supplemented no later than **May 19, 2025.**

2. Plaintiffs shall provide full and complete expert disclosure as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **May 16, 2025**. Defendants shall provide full and complete expert disclosure as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **June 17, 2025**. Rebuttal expert disclosure, if any, shall be made no later than **July 29, 2025**. Rebuttal

experts shall be limited to responding to opinions stated by initial experts. All expert witness depositions shall be **completed** no later than **September 23, 2025**. As with fact witness depositions, expert depositions shall be scheduled to commence at least five working days before the deadline.

     3. All motions regarding the adequacy of discovery shall be submitted no later than **September 30, 2025**.

     4. Dispositive motions shall be filed no later than **November 28, 2025.** Such motions must comply in all respects with the Federal Rules of Civil Procedure and the Local Rules.

     5. All parties and their counsel shall meet in person and engage in good faith settlement talks no later than **May 30, 2025**. The parties shall jointly notify the Court if and when they seek referral to a different magistrate judge for the purpose of conducting a settlement conference.

     Given the length of time this matter has been pending and that this is the third extension of the deadlines the parties agreed to in their Rule 26(f) report, the parties are advised that the deadlines set herein will not be further extended absent a showing of extraordinary cause, regardless of any stipulation of the parties.

     Dated this 12th day of March, 2025.

_____
Camille D. Bibles
United States Magistrate Judge