LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700

Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan/Bar No. 038569
E-mail: slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
jms@bowwlaw.com
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Ravelo, Ramirez and Howard*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>City of Phoenix, *et al.*,<br><br>  Defendants. | Case No.: CV 23-00836-MTL (CDB)<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

NOTICE IS HEREBY GIVEN that on this date, Defendants served upon Plaintiffs electronically the following:

1. Defendant Eric Roy Response to Plaintiffs' First Set of Requests for Admission;
2. Defendant Antonio Garza Response to Plaintiffs' First Set of Requests for Admissions;
3. Defendant Autumn Ladines' Response to Plaintiffs' First Set of Requests for Admission; and
4. Defendants' Responses to Plaintiffs' Second Set of Requests for Production of Documents.

/ / /

/ / /

RESPECTFULLY SUBMITTED this 20th day of March, 2025.

BROENING OBERG WOODS & WILSON, P.C.

By /s/ *Jeremiah M. Sullivan*
Sarah L. Barnes
Kelley M. Jancaitis
Jeremiah M. Sullivan
*Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Ravelo, Ramirez and Howard*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2025, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

/s/ *Suzanne Beard*