LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan /Bar No. 038569
E-mail: slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
szb@bowwlaw.com
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

# IN THE UNITED STATES DISTICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, *et al.*,<br><br>Defendants. | Case No. CV 23-00836-MTL (CDB)<br><br>**FIRST AMENDED NOTICE OF DEPOSITION OF SHARON ROBERTS** |

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant City of Phoenix ("COP") will take the deposition of **Sharon Roberts** on **June 3, 2025 at 10:00 a.m. MST** at the offices of **Broening Oberg Woods & Wilson, PC, 2800 North Central Avenue, Suite 1600, Phoenix, AZ 85004**.

Said deposition will be taken before a certified shorthand court reporter authorized to administer oaths in the State of Arizona, and will continue, if necessary, on a later date, until completed.

/ / /

/ / /

DATED this 19th day of May, 2025.

BROENING OBERG WOODS & WILSON, P.C.

By /s/ *Jeremiah M. Sullivan*
Sarah L. Barnes
Jeremiah M. Sullivan
Kelley M. Jancaitis
Jeremiah M. Sullivan
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2025, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

HD Reporting
scheduling@hdreporting.com

/s/ *Suzanne Beard*

- 2 -