Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as Personal Representative and on behalf of the Estate of Leontae Kirk; Sharon Roberts, individually; Brittnie Turner, on behalf of and as legal guardian and parent of her minor child, MC,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Autumn Ladines and John Doe Ladines, husband and wife; Officer Antonio Garza and Jane Doe Garza, husband and wife; Sergeant Eric Roy and Jane Doe Roy, husband and wife; Jaclyn Ravelo and John Doe Ravelo, husband and wife; Steven Ramirez and Jane Doe Ramirez, husband and wife, and; Jonathan Howard and Jane Doe Howard, husband and wife,<br><br>Defendants. | No.: CV-23-00836-PHX-MTL (CDB)<br><br>**STIPULATION TO EXTEND DEADLINES**<br><br>**(FOURTH REQUEST)**<br><br>(Assigned to the Honorable Michael T. Liburdi and referred to the Honorable Camille D. Bibles) |

Through counsel undersigned, the parties hereby stipulate and agree to an extension of existing deadlines in this action by approximately sixty days each. This Stipulation is being brought in good faith. Recently, on May 12, 2025 a new statutory beneficiary of Leontae Kirk was discovered when a paternity test was presented to Plaintiffs. Counsel for

both sides had been entertaining settlement discussions and had a mediation scheduled for June 10, 2025. Counsel had discussions regarding extensions of deadlines due to the discovery of the new statutory beneficiary and agreed to extend expert deadlines because of this and the pending mediation. Counsel for Plaintiffs did submit expert reports as of the deadline of May 16, 2025, but because of the discovery of the new statutory beneficiary, the expert reports likely need to be modified.  Moreover, the court has also yet to rule on the pending renewed motion to dismiss, which may also still impact discovery in addition to the new beneficiary, and all counsel and some clients have prebooked summer travel that will cause completion of discovery to take a little longer.

Therefore, the parties stipulate to extend the deadlines as follows:

1. The last day for Plaintiffs to provide full and complete expert disclosure, from May 16, 2025 to **July 16, 2025**;

2. The last day to serve final supplemental disclosure, from May 19, 2025 to **July 18, 2025**;

3. The last day for the parties to meet in person and engage in good faith settlement talks, from May 30, 2025 to **July 30, 2025**;

4. The last day for Defendants to provide full and complete expert disclosure, from June 17, 2025 to **August 18, 2025**;

5. The last day to provide rebuttal expert disclosures, from July 29, 2025 to **September 29, 2025**;

6. The last day for fact discovery, including disclosure of ESI and conclusion of fact/lay depositions, from August 25, 2025 to **October 27, 2025**;

2

7. The last day to commence expert depositions, from September 16, 2025 to **November 17, 2025**;

8. The last day to file motions regarding the adequacy of discovery, from September 30, 2025 to **December 1, 2025**, and;

9. The last day to file dispositive motions, from November 28, 2025 to **January 28, 2026**.

**RESPECTFULLY SUBMITTED** this 27th day of May 2025.

          **MILLS + WOODS LAW, PLLC**

By    */s/ Sean A. Woods*
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiffs*

**BROENING OBERG WOODS & WILSON, P.C.**

By    */s/ Jeremiah Sullivan (w/ permission)*
      Sarah L. Barnes
      Jeremiah M. Sullivan
      2800 N Central, 16th Floor
      Phoenix, AZ 85004
      *Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Sarah L. Barnes
slb@bowwlaw.com
Jeremiah M. Sullivan
jms@bowwlaw.com
**BROENING OBERG WOODS & WILSON, P.C.**
kel@bowwlaw.com
szb@bowwlaw.com
rla@bowwlaw.com
2800 N Central, 16th Floor
Phoenix, AZ 85004
*Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

　　　　/s/ Ben Dangerfield

4