Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as Personal Representative and on behalf of the Estate of Leontae Kirk; Sharon Roberts, individually; Brittnie Turner, on behalf of and as legal guardian and parent of her minor child, MC, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Autumn Ladines and John Doe Ladines, husband and wife; Officer Antonio Garza and Jane Doe Garza, husband and wife; Sergeant Eric Roy and Jane Doe Roy, husband and wife; Jaclyn Ravelo and John Doe Ravelo, husband and wife; Steven Ramirez and Jane Doe Ramirez, husband and wife, and; Jonathan Howard and Jane Doe Howard, husband and wife, <br><br> Defendants. | No.: CV-23-00836-PHX-MTL (CDB) <br><br> **[PROPOSED] ORDER EXTENDING DEADLINES** <br><br> (Assigned to the Honorable Michael T. Liburdi and referred to the Honorable Camille D. Bibles) |

THE COURT, having reviewed the "Stipulation to Extend Deadlines" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the following deadlines in this action, as follows:

1. The last day for Plaintiffs to provide full and complete expert disclosure, from May 16, 2025 to **July 16, 2025**;

2. The last day to serve final supplemental disclosure, from May 19, 2025 to **July 18, 2025**;

3. The last day for the parties to meet in person and engage in good faith settlement talks, from May 30, 2025 to **July 30, 2025**;

4. The last day for Defendants to provide full and complete expert disclosure, from June 17, 2025 to **August 18, 2025**;

5. The last day to provide rebuttal expert disclosures, from July 29, 2025 to **September 29, 2025**;

6. The last day for fact discovery, including disclosure of ESI and conclusion of fact/lay depositions, from August 25, 2025 to **October 27, 2025**;

7. The last day to commence expert depositions, from September 16, 2025 to **November 17, 2025**;

8. The last day to file motions regarding the adequacy of discovery, from September 30, 2025 to **December 1, 2025**, and;

9. The last day to file dispositive motions, from November 28, 2025 to **January 28, 2026**.