# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, et al., <br><br> Defendants. | No. CV 23-00836 PHX MTL (CDB) <br><br> **ORDER** |

Pursuant to the stipulation of the parties at ECF No. 91,

**IT IS ORDERED that** the remaining unexpired deadlines in this matter are extended only as follows. Accordingly,

1. Plaintiffs shall provide full and complete expert disclosure as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **July 16, 2025**. Defendants shall provide full and complete expert disclosure as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **August 18, 2025**. Rebuttal expert disclosure, if any, shall be made no later than **September 29, 2025**. Rebuttal experts shall be limited to responding to opinions stated by initial experts. All expert witness depositions shall be **completed** no later than **November 17, 2025**. As with fact witness depositions, expert depositions shall be scheduled to commence at least five working days before the deadline.

1       3. All disclosure must be supplemented no later than **July 18, 2025**.

2       4.  All fact discovery, including the taking of fact and lay witness depositions, and the disclosure of ESI, shall be **completed** no later than **October 27, 2025**. All motions regarding the adequacy of responses to requests for discovery are due no later than **November 17, 2025**.

       5. Dispositive motions shall be filed no later than **January 28, 2026.** Such motions must comply in all respects with the Federal Rules of Civil Procedure and the Local Rules.

       6. **All parties and their counsel shall meet in person and engage in good faith settlement talks no later than July 30, 2025**. The parties shall jointly notify the Court if and when they seek referral to a different magistrate judge for the purpose of conducting a settlement conference.

       Given the length of time this matter has been pending and that this is the fourth extension of the deadlines the parties agreed to in their Rule 26(f) report, the parties are advised that **the deadlines set herein will not be further extended for any reason regardless of any stipulation of the parties**.

       Dated this 27th day of May, 2025.

_____
Camille D. Bibles
United States Magistrate Judge