LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan/Bar No. 038569
E-mail:slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
jms@bowwlaw.com
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Ravelo, Ramirez and Howard*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*,<br><br>         Plaintiffs,<br><br>vs.<br><br>City of Phoenix, *et al.*,<br><br>         Defendants. | Case No.: CV 23-00836-MTL (CDB)<br><br>**NOTICE OF ZOOM DEPOSITION OF MICHELLE ALBERS** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30 of the Federal Rules of Civil Procedure, Defendants City of Phoenix, Phoenix Police Department, Chief Michael Sullivan, Autumn Ladines, Officer Antonio Garza, Sergeant Eric Roy, Jaclyn Ravelo, Steven Ramirez and Jonathan Howard (collectively referred to hereinafter as "Defendants"), by and through counsel undersigned, will take the deposition of **Michelle Albers** as follows:

    **Date and Time:**    **February 11, 2026 at 12:00 p.m. MST**

    **Location:**    **Via Zoom Video Conferencing**

1  Said deposition will be taken before a certified shorthand court reporter authorized to administer oaths in the State of Arizona, and will continue, if necessary, on a later date, until completed.

RESPECTFULLY SUBMITTED this 14th day of January, 2026.

BROENING OBERG WOODS & WILSON, P.C.

By /s/ Jeremiah M. Sullivan
Sarah L. Barnes
Kelley M. Jancaitis
Jeremiah M. Sullivan
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Ravelo, Ramirez and Howard*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2026, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

HD Reporting
scheduling@hdreporting.com

/s/ *Suzanne Beard*