LAW OFFICES
**BROENING OBERG WOODS & WILSON**
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ  85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan/Bar No. 038569
E-mail:slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
jms@bowwlaw.com
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Ravelo, Ramirez and Howard*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*, | Case No.: CV 23-00836-MTL (CDB) |
| Plaintiffs, | **NOTICE OF DEPOSITION OF MARK HAFKEY** |
| vs. | |
| City of Phoenix, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30 of the Federal Rules of Civil Procedure, Defendants City of Phoenix, Phoenix Police Department, Chief Michael Sullivan, Autumn Ladines, Officer Antonio Garza, Sergeant Eric Roy, Jaclyn Ravelo, Steven Ramirez and Jonathan Howard (collectively referred to hereinafter as "Defendants"), by and through counsel undersigned, will take the deposition of **Mark Hafkey** as follows:

**Date and Time:**   February 13, 2026 at 10:00 a.m. MST

**Location:**   Broening Oberg Woods & Wilson PC
2800 North Central Avenue, Suite 1600
Phoenix, AZ 85004
(602) 271-7700

1  Said deposition will be taken before a certified shorthand court reporter authorized to
2  administer oaths in the State of Arizona, and will continue, if necessary, on a later date, until
3  completed.
4  RESPECTFULLY SUBMITTED this 15th day of January, 2026.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Jeremiah M. Sullivan*
  Sarah L. Barnes
  Kelley M. Jancaitis
  Jeremiah M. Sullivan
  *Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Ravelo, Ramirez and Howard*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2026, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods<br>
Robert T. Mills<br>
MILLS + WOODS LAW, PLLC<br>
5055 North 12th Street, Suite 101<br>
Phoenix, Arizona 85014<br>
*Attorneys for Plaintiffs*

HD Reporting<br>
scheduling@hdreporting.com

/s/ *Suzanne Beard*
_____