LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan/Bar No. 038569
E-mail: slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
jms@bowwlaw.com
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, and Roy*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Phoenix, *et al.*, <br><br> Defendants. | Case No.: CV 23-00836-MTL (CDB) <br><br> **DEFENDANTS' MOTION FOR LEAVE TO EXCEED THE PRESUMPTIVE PAGE LIMIT FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants City of Phoenix, Chief Michael Sullivan, Autumn Ladines, Officer Antonio Garza, and Sergeant Eric Roy (collectively referred to hereinafter as "Defendants"), by and through counsel and pursuant to LRCiv 7.2(e)(2), move the Court for an order permitting them to exceed the 17-page presumptive limit for their Motion for Summary Judgment by six (6) pages. A true and correct copy of the Motion, which is approximately 23 pages (carving out the title/caption/signature block), is being lodged herewith.

Good cause exists to exceed the presumptive page limit. Plaintiffs' allegations in the Third Amended Complaint (Doc. 62) are nearly 50 pages and include almost 400 paragraphs. After the Court dismissed the failure to intervene claim, the current operative Third Amended Complaint states five (5) claims based on state and federal law against five (5) defendants,

with multiple theories of liability. Defendants have attempted to remove any extraneous material from their Motion for Summary Judgment, however, they cannot remove any further portions without compromising the quality of the Motion.

For these reasons, Defendants respectfully request the Court grant their Motion for Leave to Exceed the Presumptive Page Limit for their Motion for Summary Judgment and accept and direct the clerk of the Court to file the lodged proposed Motion for Summary Judgment filed herewith.

A proposed form of order accompanies this request.

RESPECTFULLY SUBMITTED this 28th day of January, 2026.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Jeremiah M. Sullivan*
Sarah L. Barnes
Kelley M. Jancaitis
Jeremiah M. Sullivan
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, and Roy*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2026, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Sean A. Woods
> Robert T. Mills
> MILLS + WOODS LAW, PLLC
> 5055 North 12th Street, Suite 101
> Phoenix, Arizona 85014
> *Attorneys for Plaintiffs*

/s/ *Kathy Lake*