LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan/Bar No. 038569
E-mail:slb@bowwlaw.com
        kel@bowwlaw.com
        kmj@bowwlaw.com
        jms@bowwlaw.com
*Attorneys for Defendants City of Phoenix,*
*Sullivan, Ladines, Garza, and Roy*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>City of Phoenix, *et al.*,<br><br>                    Defendants. | Case No.: CV 23-00836-MTL (CDB)<br><br>**STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants Roy, Garza, Ladines, the City of Phoenix (the "City") and Sullivan (hereinafter collectively referred to as "Defendants"), by and through undersigned counsel, hereby respectfully submit their Statement of Facts in Support of Defendants' Motion for Summary Judgment.

1.      On November 2, 2022, an individual called 9-1-1 and reported a black male with a red hoodie and black hat with a "NY" logo pointing a gun at him. 9-1-1 Call, **Exhibit A**, at 0:00:05-0:02:00[1]; *see also* Critical Incident Report, **Exhibit B** (summarizing the events and evidence related to the incident involving Kirk in one video); *see generally* Internal

---

[1] All exhibits containing video and audio footage cited herein are cited based on the timestamp from the video run time, not any timestamp appearing within the video itself.

Investigation Report from Nov. 2, 2022, Incident, **Exhibit O**.

2.      The caller further stated that the suspect, later identified as Leontae Kirk, stated that he "has one (1) in the chamber" and that he was "not afraid to use it." 9-1-1 Call, **Ex. A**, at 0:01:56-0:02:00.

3.      The information provided by the 9-1-1 caller was relayed over dispatch and a helicopter unit with Officer Ramirez, the spotter, and Officer Howard, the operator, was dispatched to the location of the 9-1-1 call. Audio from Phoenix Police Dispatch, **Exhibit C**, at 0:00:13-0:01:30; Deposition of Sgt. Jonathan Howard, Feb. 25, 2025, at 19-21, **Exhibit D;** Deposition of Officer Steven Ramirez, Feb. 25, 2025, at 31:12-38:25, **Exhibit E**.

4.      From approximately 500 feet above the scene, Officer Ramirez spotted Kirk and observed him pointing a gun around in a strip mall parking lot located at the northwest portion of 37th Avenue and McDowell. **Ex. C**, at 0:04:08-0:04:30; Ramirez Dep. 33:14-34:5, **Ex. E**; Howard Dep. 19:8-10, **Ex. D**.

5.      Further based on his observations, Officer Ramirez reported that Kirk was shooting at people. **Ex. C**, at 0:04:08-0:04:30; *see also* Ramirez Dep. 33:14-34:5, **Ex. E**.

6.      Dispatch requested that units be deployed to the scene and reported "we have an active shooter." **Ex. C**, at 0:04:37-0:04:45.

7.      Video footage collected from a store at the strip mall depicts Kirk waiving a gun around in the parking lot, pointing it at innocent bystanders, and bystanders fleeing from Kirk. *See* Ring Camera Footage 0:00:56-0:01:06, **Exhibit F**; *see also* **Ex. B**, at 0:04:12-0:05-35.

8.      The same footage depicts Kirk drawing his weapon in response to an individual in a blue shirt on a motorcycle, later identified as Humberto, brandishing a pistol. *Id.*

9.      Officer Ramirez did not see Humberto, the man in the blue shirt, when he observed Kirk brandish a firearm. Ramirez Dep. 33:9-13, **Ex. E**.

10.     Based on the video footage from the parking lot, Humberto was out of the

officers' view when they arrived at the scene and fled the scene after Ladines fired the initial shots at Kirk. *See* Additional Ring Doorbell Video and Audio Footage, **Exhibit G** (depicting the other armed individual fleeing as soon as Ladines fired at Kirk; and further depicting the same individual as having fled away from the scene before Roy deployed lethal force).

11.     Officers Roy, Garza, Ladines, and Ravelo, in three separate vehicles, responded to dispatch's report of an "active shooter." *See* **Ex. C**, at 0:04:37-0:04:45 (reporting an "active shooter"); Roy Body Cam Footage, **Exhibit H**; Garza Body Cam Footage, **Exhibit I**; Ravelo Body Cam Footage, **Exhibit J**; Ladines Body Cam Footage, **Exhibit K**; *see generally* Deposition of Sgt. E. Roy, **Exhibit L**; Deposition of J. Ravelo, **Exhibit M;** Deposition of A. Ladines, **Exhibit N**.

12.     Officer Ladines did not activate her body cam until after Roy, Garza, and herself deployed deadly force. *See* Ladines Dep. 43:25-44:2, **Ex. N**; *see also* **Ex. K**.

13.     Officer Ladines and Ravelo were in the first vehicle; Officer Garza was in the second vehicle, and Seargent Roy was alone in the third vehicle. Roy Dep. 118, **Ex. L**; Ravelo Dep. 26-27, **Ex. M**; Ladines Dep. 11:5-9, **Ex. N**; *see generally* **Ex. O**, at 4-5 (explaining when each separate vehicle approximately arrives at the scene).

14.     All three vehicles drove eastbound on McDowell and were parked at or near the intersection at 37th Drive and McDowell, directly southwest of strip mall parking lot. Ladines Dep. 11:24-12:1, **Ex. N**; Roy Dep. 118:4, **Ex. L**; *see also* **Ex. H**; **Ex. I**; **Ex. J**; **Ex. K**.

15.     Officer Ladines and Ravelo's vehicle arrived at or around 16:29:44. **Ex. J**, at 0:00:15 (Officer Ravelo was riding with Officer Ladines).

16.     Upon exiting the vehicle, at approximately 16:29:50 Officer Ladines observed Kirk armed with a gun and from the sidewalk located just southwest of the strip mall fired four successive rounds over two (2) seconds. Ladines Dep. 11-14, **Ex. N**; *see also* **Ex. O**, at 8-10; **Ex. I**, at 0:00:46 (depicting Officer Ladines firing four (4) shots from the southwest corner of the parking lot).

17.    Sergeant Roy reported seeing Kirk waving a gun around when he arrived at the scene. Roy Dep. 119:7-120:2. **Ex. L**; *see also* **Ex. O**, at 12-14.

18.    Immediately thereafter, as seen by Officer Ravelo's body cam and contemporaneous video footage from the storefronts, Kirk began to flee between a silver truck and silver sedan both parked in the strip mall parking lot. *See* **Ex. J**, 0:00:21; *see also* Video Footage from Inside Store, **Exhibit P**, at 0:00:36; Additional Video Footage from Inside Store, **Exhibit Q**, at 0:00:35.

19.    Sometime after fleeing between the two vehicles, Kirk discarded his firearm outside of the officers' view. *See* **Ex. O**, at 10 (indicating that Kirk's gun was located under a silver sedan right by where he fled between the two vehicles).

20.    Sergeant Roy arrived at approximately 16:29:50. **Ex. H**, at 0:00:24.

21.    While approaching the scene, he observed Kirk with a firearm. Roy Dep. 119:7-120:2, **Ex. L**.

22.    Upon exiting the police cruiser, Seargent Roy paralleled Kirk, who had just disappeared between the two vehicles. **Ex. H**, at 0:00:24-0:00:30; Roy Dep. 120:12-14, **Ex. L**.

23.    At 16:29:57, Roy took position at west end of the strip mall at the sidewalk that ran immediately in front of the storefronts. **Ex. H**, at 0:00:30; *see also* Report of Ken Wallentin, **Exhibit R**, at 4 (containing an overview of the location and where Roy took position prior to deploying force).

24.    At 16:30:00, Kirk, facing southward, emerged from between the two vehicles with an outstretched right arm. **Ex. H**, at 0:00:32; Roy Dep. 120:12-122:11, **Ex. L**.

25.    One second later, starting at 16:30:01 Sergeant Roy fired seventeen successive rounds from 16:30:01. (SOF ¶ X.) **Ex. H**, at 0:00:33-0:00:40.

26.    Sergeant Roy ceased firing at 16:30:07. (SOF ¶ X.) **Ex. H**, at 0:00:40.

27.    Officer Garza arrived at approximately 16:29:47. **Ex. I**, at 0:00:43.

28.     While exiting his vehicle, he heard gunshots, saw Kirk armed with a gun, and watched Kirk flee between the two vehicles. **Ex. O**, at 10-12; **Ex. I**, at 0:00:46.

29.     Shortly thereafter, he moved eastward to position himself behind a pony wall located just south of Kirk's position for cover. **Ex. I**, at 0:00:46-0:00:56.

30.     At 16:30:01, while moving into position behind the pony wall Officer Garza can be heard saying "where is he?"; and gunshots are simultaneously heard on his bodycam footage. **Ex. I**, at 0:00:56.

31.     Within two (2) seconds, Kirk comes into Officer Garza's field of vision. **Ex. I**, at 0:00:58-0:01:00.

32.     Within one (1) second of Kirk coming into sight, Officer Garza fired three (3) rounds, critical mass. *Id.*; *see also* Report of Ken Wallentine, **Ex. R**, at 4 (containing an overview of the location and where Garza took position prior to deploying force).

33.     Officer Garza ceased firing at 16:30:04. **Ex. I**, at 0:01:00

34.     Approximately 20 seconds elapsed between when Officers first exited their vehicles and when the last round was fired. *Id.*

35.     Defendants' use of force expert, Ken Wallentine, opines that Defendants' decision to deploy lethal force was reasonable. Report of Ken Wallentine, **Ex. R**, at 7-17.

36.     The United States Department of Justice report was rescinded. *See* U.S. Dep. of Justice, Office of Public Affairs, *https://www.justice.gov/opa/pr/us-department-justices-civil-rights-division-dismisses-biden-era-police-investigations-and*, May 21, 2025 ("The Civil Rights Division will also be closing its investigations into, and retracting the Biden administration's findings of constitutional violations on the part of, the following additional local police departments: Phoenix, Arizona....")

37.     Ladines and Garza had no prior instances of using excessive force. *See* Ladines Dep. 25:20-23, **Ex. N**; *Confidential* Record of City of Phoenix Use of Force Search for Ladines, **Exhibit S** (showing no prior instances of using deadly force); *Confidential* Record

of City of Phoenix Use of Force Search for Garza, **Exhibit T** (showing no prior instances of using deadly force).

38.    In mid-April 2013, Defendant Roy returned gunfire when a suspect, who was barricaded in his home, fired over 200+ rounds at Phoenix officers. *Confidential* Firearm Discharge Report, Apr. 14, 2013, at 7, **Exhibit U**¸ PPD-ROY000489.

39.    In mid-April, 2018, Defendant Roy used deadly force to respond to another scenario, who was engaged in a gun fight with police. *Confidential* Firearm Discharge Report, Apr. 14, 2018, at 3, **Exhibit V**¸ PPD-ROY000948.

40.    On August 18, 2028, Defendant Roy deployed deadly force to neutralize a suspect who was fleeing from officers and reached for a firearm in his waistband before being shot by Defendant Roy. Incident Report, Aug 18, 2018, at 6-8, **Exhibit W**, KIRK_001592-94.

41.    Defendants Roy, Garza, and Ladines received extensive training. *See* Roy Training Records, **Exhibit X**; Garza Training Records, **Exhibit Y**; Ladines Training Records, **Exhibit Z**.

RESPECTFULLY SUBMITTED this 28th day of January, 2026.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Jeremiah M. Sullivan*
Sarah L. Barnes
Kelley M. Jancaitis
Jeremiah M. Sullivan
*Attorneys for Defendants City of Phoenix,*
*Sullivan, Ladines, Garza, and Roy*

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on January 28, 2026, I electronically filed the foregoing with the

3    Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic

4    Filing to the following CM/ECF registrants:

5
Sean A. Woods
6                                        Robert T. Mills
MILLS + WOODS LAW, PLLC
7                                5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
8                                   *Attorneys for Plaintiffs*

9

10   /s/ Kathy Lake

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

7