# EXHIBIT D

Case 2:23-cv-00836-MTL-CDB   Document 104-1   Filed 01/28/26   Page 2 of 5

Kashane Kirk vs. City of Phoenix                                    CV-23-00836-PHX-MTL
Flight Sergeant Jonathan Howard        February 25, 2025

```
 1                    UNITED STATES DISTRICT COURT

 2                         DISTRICT OF ARIZONA

 3
     Kashane Kirk, as Personal          )
 4   Representative and on behalf of    )
     the Estate of Leontae Kirk;        )
 5   et al.,                            )
                                        )   No.:
 6           Plaintiffs,                )   CV-23-00836-PHX-MTL
                                        )   (CBD)
 7      vs.                             )
                                        )
 8   City of Phoenix, a governmental    )
     entity; et al.,                    )
 9                                      )
             Defendants.                )
10   _____)

11

12
              DEPOSITION OF FLIGHT SERGEANT JONATHAN HOWARD
13
                            Phoenix, Arizona
14                          February 25, 2025

15

16

17

18

19

20

21

22

23   Prepared by:

24   Jody L. Lenschow, RMR, CRR
     Certified Court Reporter
25   Certification No. 50192
```

CERTIFIED TRANSCRIPT

Case 2:23-cv-00836-MTL-CDB   Document 104-1   Filed 01/28/26   Page 3 of 5

Kashane Kirk vs. City of Phoenix                               CV-23-00836-PHX-MTL
Flight Sergeant Jonathan Howard      February 25, 2025                         19

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          |  1 | Q.  What's the lowest you're allowed to be?                  |
|          |  2 |          MS. BARNES: Form.                                    |
|          |  3 | BY MR. WOODS:                                                 |
|          |  4 | Q.  I mean can you get down to 10 feet?                       |
| 09:47:03 |  5 | A.  It varies.                                                |
|          |  6 | Q.  Okay.                                                     |
|          |  7 | A.  I mean -- it varies.                                      |
|          |  8 | Q.  Okay. In this situation, do you recall what               |
|          |  9 | your elevation was?                                           |
| 09:47:12 | 10 | A.  It would have been roughly 500 feet.                      |
|          | 11 | Q.  You were the pilot, so you mentioned earlier              |
|          | 12 | that you had to pay attention, obviously, to other            |
|          | 13 | things as a pilot other than the things going on on the       |
|          | 14 | ground, correct?                                              |
| 09:47:35 | 15 | A.  Yeah, correct.                                            |
|          | 16 | Q.  And that would have been, I assume, and correct           |
|          | 17 | me if I'm wrong, that would have been things like making      |
|          | 18 | sure the helicopter was flying properly, correct?             |
|          | 19 | A.  Correct.                                                  |
| 09:47:48 | 20 | Q.  Okay. And do you have a radio headset?                    |
|          | 21 | A.  Yes.                                                      |
|          | 22 | Q.  Are you talking to dispatch through that                  |
|          | 23 | headset?                                                      |
|          | 24 | A.  I have the ability to talk to dispatch as the             |
| 09:47:58 | 25 | pilot and do occasionally, but that tends to be the           |

Case 2:23-cv-00836-MTL-CDB   Document 104-1   Filed 01/28/26   Page 4 of 5

Kashane Kirk vs. City of Phoenix                                    CV-23-00836-PHX-MTL
Flight Sergeant Jonathan Howard      February 25, 2025                              20

```
              1   observer's responsibility, and it's more listening for
              2   me.
              3        Q.    Are you talking to like Air Traffic Control as
              4   well?
09:48:12      5        A.    Yes.
              6        Q.    Do you remember talking to dispatch in this
              7   case?
              8        A.    No.
              9        Q.    Do you remember your spotter talking to
09:48:23     10   dispatch in this case?
             11        A.    Yes.
             12        Q.    Okay.  And who was your spotter?
             13        A.    Officer Steve Ramirez.
             14        Q.    Were you and Steve talking to each other during
09:48:33     15   this incident?
             16        A.    Yes.
             17        Q.    In those other active shooting responses that
             18   you talked about, you know, a handful, a couple I think
             19   you said, did you see people firing weapons from your
09:49:01     20   vantage point?
             21        A.    That's what made me think.  I don't think I've
             22   seen the view that I did of this day.  I've been
             23   overhead where shots were fired, but I don't know that
             24   I've ever actually witnessed a firing.
09:49:17     25        Q.    Okay.  You said you didn't have the view that
```

Case 2:23-cv-00836-MTL-CDB   Document 104-1   Filed 01/28/26   Page 5 of 5

Kashane Kirk vs. City of Phoenix                                    CV-23-00836-PHX-MTL
Flight Sergeant Jonathan Howard       February 25, 2025                              21

```
09:49:38   1  you had on this day.  What does that mean?
           2       A.    It was daytime.  It was well-lit.  We were --
           3  the man was in the middle of a parking lot, wasn't
           4  obscured by anything at that moment.
           5       Q.    So you had a pretty clear view?
           6       A.    Yes.
           7       Q.    Okay.  Did you ever see, in this incident, did
           8  you ever see muzzle flashes or smoke coming from the
           9  guns?
09:49:50  10       A.    No.  But considering the brightness and the
          11  distance, I don't expect that I would have.
          12       Q.    When you're in the helicopter at 500 feet, can
          13  you hear anything outside of the helicopter or is it
          14  pretty much you're on your headset?
09:50:10  15       A.    Headset and helicopter noise.
          16       Q.    Does your spotter always wear a headset as
          17  well?
          18       A.    Yes.
          19       Q.    Have you ever been the spotter in a helicopter
09:50:24  20  flight for Phoenix?
          21       A.    Yes.
          22       Q.    Did you ever use binoculars as a spotter?
          23       A.    Yes.
          24       Q.    Do the binoculars give you a pretty close-up
09:50:38  25  view of what's happening on the ground depending on your
```