# EXHIBIT E

| | |
|---|---|
| Kashane Kirk vs. City of Phoenix<br>Flight Officer Steven Ramirez | CV-23-00836-PHX-MTL<br>February 25, 2025 |

```
 1                  UNITED STATES DISTRICT COURT

 2                       DISTRICT OF ARIZONA

 3
     Kashane Kirk, as Personal         )
 4   Representative and on behalf of   )
     the Estate of Leontae Kirk;       )
 5   et al.,                           )
                                       )  No.:
 6              Plaintiffs,            )  CV-23-00836-PHX-MTL
                                       )  (CBD)
 7        vs.                          )
                                       )
 8   City of Phoenix, a governmental   )
     entity; et al.,                   )
 9                                     )
                Defendants.            )
10   _____)

11

12
            DEPOSITION OF FLIGHT OFFICER STEVEN RAMIREZ
13
                         Phoenix, Arizona
14                       February 25, 2025

15

16

17

18

19

20

21

22

23   Prepared by:

24   Jody L. Lenschow, RMR, CRR
     Certified Court Reporter
25   Certification No. 50192
```

**CERTIFIED TRANSCRIPT**

Case 2:23-cv-00836-MTL-CDB   Document 104-2   Filed 01/28/26   Page 3 of 10

Kashane Kirk vs. City of Phoenix                                    CV-23-00836-PHX-MTL
Flight Officer Steven Ramirez        February 25, 2025                              31

```
              1   in any way?
              2       A.    Yes.
              3       Q.    How did he threaten you, or she?
              4       A.    Pointed a weapon in my and my partner's
11:59:29      5   direction.
              6       Q.    What kind of weapon?
              7       A.    A shotgun.
              8       Q.    Do you recall what year that was?
              9       A.    I believe it was 2011.
12:00:05     10       Q.    Okay.  Apologies.  I didn't want that to play
             11   right away.
             12             So I'm going to play an audio file that's been
             13   Bates-labeled KIRK underscore 001575.  The remaining
             14   part of the file name is 09377 dash Ramirez space 8372
12:00:33     15   comma space Steven, S-T-E-V-E-N, dash 221102 underscore
             16   0074 dot MP3.  I'm going to play the first, looks like
             17   maybe 20 seconds.
             18             (Audio recording played.)
             19   BY MR. WOODS:
12:01:14     20       Q.    Okay.  Is that the audio file that you listened
             21   to?
             22       A.    Yes.
             23       Q.    Okay. And that's you speaking on the audio
             24   file?
12:01:21     25       A.    Yes.
```

Kashane Kirk vs. City of Phoenix
Flight Officer Steven Ramirez                    February 25, 2025

CV-23-00836-PHX-MTL
32

|  |  |
|---|---|
|  | 1    Q.    Okay.  We're going to go to 4 minutes and 27 |
|  | 2  seconds. |
|  | 3         (Audio recording played.) |
|  | 4  BY MR. WOODS: |
| 12:02:09 | 5    Q.    Okay.  And some of the line of questioning we |
|  | 6  had earlier was talking about what you saw and that |
|  | 7  there were people milling about, correct? |
|  | 8    A.    Yes. |
|  | 9    Q.    Okay.  And that's what you told the |
| 12:02:17 | 10  investigator, correct? |
|  | 11    A.    Yes. |
|  | 12    Q.    And then on the audio file it said that you |
|  | 13  were using your binoculars and you saw that he's got a |
|  | 14  gun, correct? |
| 12:02:24 | 15    A.    Yes. |
|  | 16    Q.    And then that he's waving the gun and he kind |
|  | 17  of waves it back and forth or left and right, rather, |
|  | 18  kind of in that storefront, correct? |
|  | 19    A.    Yes. |
| 12:02:41 | 20         (Audio recording played.) |
|  | 21  BY MR. WOODS: |
|  | 22    Q.    So you said that you thought that he was |
|  | 23  shooting and/or somebody else was shooting back and |
|  | 24  forth, right? |
| 12:02:54 | 25    A.    Yes. |

| | |
|---|---|
| Kashane Kirk vs. City of Phoenix<br>Flight Officer Steven Ramirez | CV-23-00836-PHX-MTL |
| February 25, 2025 | 33 |

```
               1      Q.   What made you think that somebody else was
               2  shooting at him?
               3      A.   The way he was moving, ducking.
               4      Q.   Did you confirm whether or not there was
12:03:10       5  somebody else shooting at him?
               6      A.   No.
               7      Q.   But you believed that there was?
               8      A.   No.
               9      Q.   You don't believe that there was somebody
12:03:21      10  shooting at him?
              11      A.   No.
              12      Q.   Why?
              13      A.   Because I didn't see anybody else with a gun.
              14      Q.   Okay.  But your first perception was that he
12:03:29      15  was shooting and/or somebody else was shooting back and
              16  forth?
              17      A.   Yes.
              18      Q.   Okay.  And you didn't check to see if somebody
              19  else was shooting?
12:03:36      20           MS. BARNES:  Form.
              21           THE WITNESS:  No.
              22  BY MR. WOODS:
              23      Q.   Okay.  We're going to go to 5 minutes and 14 --
              24  sorry, 11 seconds.
12:03:58      25           (Audio recording played.)
```

Case 2:23-cv-00836-MTL-CDB   Document 104-2   Filed 01/28/26   Page 6 of 10

Kashane Kirk vs. City of Phoenix                                CV-23-00836-PHX-MTL
Flight Officer Steven Ramirez         February 25, 2025                          34

|  |  |  |
|---|---|---|
|  | 1 | BY MR. WOODS: |
|  | 2 |     Q.    So you told the investigator that you advised |
|  | 3 | them that he's in front of the store and he's got the |
|  | 4 | gun, comma, whatnot, right? |
| 12:04:16 | 5 |     A.    Yes. |
|  | 6 |     Q.    But that's not actually what you said on that |
|  | 7 | dispatch radio, was it? |
|  | 8 |             MS. BARNES:  Form. |
|  | 9 |             THE WITNESS:  No, that's not exactly what |
| 12:04:36 | 10 | I said on dispatch. |
|  | 11 | BY MR. WOODS: |
|  | 12 |     Q.    So you told the investigator, you know, you |
|  | 13 | advised him that he's got a gun, whatnot, right? |
|  | 14 |     A.    Yes. |
| 12:04:43 | 15 |     Q.    Why didn't you tell the investigator that you |
|  | 16 | said that he was shooting at people in front of the |
|  | 17 | store? |
|  | 18 |             MS. BARNES:  Form. |
|  | 19 |             THE WITNESS:  I don't recall. |
| 12:05:11 | 20 | BY MR. WOODS: |
|  | 21 |     Q.    You don't recall seeing a muzzle flash, |
|  | 22 | correct? |
|  | 23 |     A.    No. |
|  | 24 |     Q.    You don't recall seeing any smoke coming from |
| 12:05:15 | 25 | the gun, correct? |

Coash Court Reporting & Video, LLC                          602-258-1440
staff@coashcrv.com                          www.CoashCourtReportingandVideo.com

Case 2:23-cv-00836-MTL-CDB   Document 104-2   Filed 01/28/26   Page 7 of 10

Kashane Kirk vs. City of Phoenix                                CV-23-00836-PHX-MTL
Flight Officer Steven Ramirez        February 25, 2025                          35

```
                1    A.    No.
                2    Q.    When did -- let me ask this.  Did you see the
                3　patrol officers arrive on the scene?
                4          MS. BARNES:  Form.
12:05:25        5          THE WITNESS:  Yes.
                6　BY MR. WOODS:
                7    Q.    What did you see?
                8    A.    A patrol vehicle in motion arriving from the
                9　west.
12:05:32       10    Q.    From the west?
               11    A.    From the west.
               12    Q.    Did you see the officers get out of that
               13　vehicle?
               14    A.    No.
12:05:39       15    Q.    Is that because your helicopter had moved
               16　positions?
               17    A.    Yes.
               18    Q.    And so your view was obscured?
               19    A.    Yes.
12:05:49       20    Q.    About how high do you think elevation-wise you
               21　were, the helicopter was during this?
               22    A.    That's more of a pilot question, but I'm going
               23　to say roughly 600 feet.
               24    Q.    The binoculars you were using at that time, are
12:06:11       25　they the same binoculars that you use now?
```

Case 2:23-cv-00836-MTL-CDB   Document 104-2   Filed 01/28/26   Page 8 of 10

| Kashane Kirk vs. City of Phoenix | | CV-23-00836-PHX-MTL |
|---|---|---|
| Flight Officer Steven Ramirez | February 25, 2025 | 36 |

```
              1      A.     I don't currently use binoculars.
              2      Q.     That's because you're in the --
              3      A.     Correct.
              4      Q.     -- fixed-wing?
12:06:22      5      A.     Correct.
              6      Q.     When you were in the helicopter as a spotter,
              7   during your time doing that, did you always use the same
              8   type of binoculars?
              9      A.     Yes.
12:06:32     10      Q.     And do you recall the model name and number of
             11   those binoculars?
             12      A.     I don't recall now.
             13      Q.     Is that something that records are kept on, to
             14   the best of your knowledge?
12:06:41     15             MS. BARNES:  Foundation.
             16             THE WITNESS:  Yes.
             17   BY MR. WOODS:
             18      Q.     Okay.
             19             MR. WOODS:  I'm going to write this.  You
12:06:52     20   know an RFP is coming, or an interrogatory, one of the
             21   two.
             22   BY MR. WOODS:
             23      Q.     Did you maintain, when you could, did you
             24   maintain line of sight on Leontae during this
12:07:14     25   incident?
```

Case 2:23-cv-00836-MTL-CDB   Document 104-2   Filed 01/28/26   Page 9 of 10

Kashane Kirk vs. City of Phoenix                                    CV-23-00836-PHX-MTL
Flight Officer Steven Ramirez         February 25, 2025                             37

```
              1    A.    Yes.
              2    Q.    So you were watching him the whole time that he
              3  was in your field of vision?
              4    A.    Well, no.
12:07:21      5    Q.    Okay.  What do you mean?
              6    A.    As the incident progresses, the observer shifts
              7  their responsibilities and focus.
              8    Q.    Okay.  What did you shift your responsibilities
              9  and focus to?
12:07:37     10    A.    Well, eventually, to containment.
             11    Q.    When did you stop watching Leontae?
             12    A.    After the officers advised that they were --
             13  that he was down.
             14    Q.    Okay.  So from the time that you arrived and
12:08:00     15  you saw him in the parking lot with a gun to the time
             16  that you heard the 998 on the radio, you were watching
             17  him?
             18    A.    No.
             19              MS. BARNES:  Form.
12:08:07     20              THE WITNESS:  No.
             21  BY MR. WOODS:
             22    Q.    Okay.  Well, then I guess I misunderstood your
             23  previous answer.
             24              MS. BARNES:  There's not a question
12:08:14     25  pending.
```

Case 2:23-cv-00836-MTL-CDB   Document 104-2   Filed 01/28/26   Page 10 of 10

Kashane Kirk vs. City of Phoenix                                CV-23-00836-PHX-MTL
Flight Officer Steven Ramirez      February 25, 2025                          38

```
         1  BY MR. WOODS:
         2      Q.    Explain your previous answer.  You said that
         3  you saw him until the officers reported that he was
         4  down, and then I asked, okay, so you watched him the
12:08:25 5  entire time, and you said no.  So I'm trying to
         6  understand the inconsistency there.
         7            MS. BARNES:  Form.
         8  BY MR. WOODS:
         9      Q.    Can you explain it to me?
12:08:33 10           MS. BARNES:  Same objection.
        11            Go ahead, if you can.
        12            THE WITNESS:  Well, like initially like we
        13  discussed before, there was a moment where we lost sight
        14  of -- or I lost sight of both the officers and the
12:08:47 15 subject.
        16  BY MR. WOODS:
        17      Q.    Did you lose sight of them before a 998 was
        18  reported?
        19      A.    Yes.
12:08:55 20     Q.    Where was Leontae when you lost sight of him?
        21      A.    In the front of the parking lot, in the parking
        22  lot.
        23      Q.    Was he in between vehicles or was he still in
        24  the parking lot itself?
12:09:15 25     A.    In the parking lot.
```