# EXHIBIT L

1              UNITED STATES DISTRICT COURT

2                  DISTRICT OF ARIZONA

3

Kashane Kirk, as Personal          )
4  Representative and on behalf of  )
the Estate of Leontae Kirk;        )
5  et al.,                          )
                                   )   No.:
6          Plaintiffs,             )   CV-23-00836-PHX-MTL
                                   )    (CBD)
7      vs.                         )
                                   )
8  City of Phoenix, a governmental )
entity; et al.,                    )
9                                   )
           Defendants.            )
10 _____)

11

12

13              DEPOSITION OF SERGEANT ERIC ROY

14                     VIDEOTAPED

15                  Phoenix, Arizona
                  January 16, 2025

16

17

18

19

20

21

22

23  Prepared by:

24  Jody L. Lenschow, RMR, CRR
    Certified Court Reporter
25  Certification No. 50192

**CERTIFIED TRANSCRIPT**

Case 2:23-cv-00836-MTL-CDB    Document 104-3    Filed 01/28/26    Page 3 of 5

Kashane Kirk vs. City of Phoenix                    CV-23-00836-PHX-MTL
Sergeant Eric Roy                January 16, 2025                    114..117

**Page 114**

1  A.  Yes.

2  Q.  Okay.  I'm not asking about any specific crime

3  scene.  I am asking you what happened in that training?

4  What did they train you?  You say you've been trained.

5  What was that training?

6        MS. BARNES:  Same objections.

7        THE WITNESS:  The issue that I have

8  answering your question is there are so many different

9  types of scenes that require different responses.

10 BY MR. WOODS:

11 Q.  Okay.  That's fair.

12     What about an active shooter scene?

13 A.  Active shooter is I have to assess and respond

14 accordingly.

15 Q.  What does assess mean?  In the context of

16 responding to an active shooter, what does assess mean?

17 A.  I look at what's going on and make a

18 determination as to what my actions will be.

19 Q.  What do you look for when you're assessing the

20 scene?

21 A.  I look for -- in an active shooter situation?

22 Q.  Yeah.

23 A.  I'm looking for any type of stimulus that would

24 indicate somebody is actively taking someone else's

25 life.

**Page 115**

1  Q.  When you say stimulus, what do you mean by

2  stimulus?

3  A.  Well, could be sounds of gunfire, could be

4  people screaming.

5  Q.  Could it be people running?

6  A.  Possibly.

7  Q.  In each of the four incidents that you

8  described earlier where you fired your weapon and the

9  suspect died, were you looking for the same type of

10 stimulus?

11     I'm sorry, let me take -- this one was part of

12 the four.  The other three, were you looking for those

13 same types of stimuli?

14     MS. BARNES:  Form.

15 BY MR. WOODS:

16 Q.  Sounds of shots, people screaming, that kind of

17 thing.

18     MS. BARNES:  Form.

19     THE WITNESS:  Yes.

20 BY MR. WOODS:

21 Q.  Okay.  Were people screaming in this incident?

22 A.  I don't recall.

23 Q.  Were people -- did you hear sounds of gunshots

24 in this incident?

25 A.  I don't recall.

**Page 116**

1  Q.  Did you see any people running away from the

2  active shooter scene when you pulled up?

3  A.  You keep using the term active shooter.  What

4  do you mean?

5  Q.  What do you mean what do I mean?  What's an

6  active shooter situation?  What does that mean to you?

7  A.  Someone actively shooting.

8  Q.  Okay.  And did you respond to the scene

9  thinking that there was an active shooter?

10 A.  I responded to a subject with a gun call.

11 Q.  But not an active shooter call?

12 A.  Why do we keep using that term?

13     MS. BARNES:  Okay.  You're not here to ask

14 him questions.

15     THE WITNESS:  All right.

16     MS. BARNES:  You let him ask the questions

17 and you answer the questions, okay.

18     MR. WOODS:  Thank you.

19 BY MR. WOODS:

20 Q.  So in your opinion, this was a guy with a gun,

21 that was the call that you were asked to come to?

22 A.  Yes.

23 Q.  Okay.  Was there anybody actively shooting when

24 you arrived on the scene?

25 A.  Not to my knowledge.

**Page 117**

1  Q.  Okay.  And, again, you don't recall hearing

2  sounds of gunshots?

3  A.  No.

4  Q.  You don't recall hearing people screaming?

5  A.  No.

6  Q.  And, again, you don't recall seeing anybody,

7  you know, a member, a civilian or anybody running from

8  the scene?

9      MS. BARNES:  Form.

10     THE WITNESS:  I don't recall.  I don't

11 recall that.

12 BY MR. WOODS:

13 Q.  Did you fear for your safety when you arrived

14 at the scene?

15 A.  Yeah.

16 Q.  You did?

17 A.  Yeah.

18 Q.  What made you fear for your safety?

19 A.  Well, my safety's always a concern.

20 Q.  What specifically about this scene made you

21 fear for your safety?

22 A.  As I arrived, I saw a man with a gun in a

23 parking lot.

24 Q.  You actually saw a man holding a gun in the

25 parking lot?

Case 2:23-cv-00836-MTL-CDB    Document 104-3    Filed 01/28/26    Page 4 of 5

Kashane Kirk vs. City of Phoenix                                    CV-23-00836-PHX-MTL
Sergeant Eric Roy                    January 16, 2025                          118..121

**Page 118**

1    A.    Yes.
2    Q.    Where did you arrive from, what direction did
3    you arrive from?
4    A.    I drove from west to east.
5    Q.    Okay.  So you -- where were you when you got
6    the call?  Do you recall?
7    A.    Yes.
8    Q.    Okay.  Where was that?
9    A.    I was in the area of 4141 West McDowell Road.
10   Q.    So you were close by?
11   A.    Yes.
12   Q.    Did you take McDowell to get to this scene?
13   A.    Yes.
14   Q.    And then where did you pull in to park your
15   car?
16   A.    I don't know if it was 37th Drive or
17   38th Avenue, but it was just the next street west of
18   37th.
19   Q.    So you were west of the shopping center where
20   this happened?
21   A.    Yes.
22   Q.    Okay.  The person with the gun that you saw,
23   was that Leontae Kirk?
24   A.    Yes.
25   Q.    Where was he exactly when you saw him with a

**Page 119**

1    gun?
2    A.    In the parking lot of the shopping center.
3    Q.    Was he to the south of the cars that were
4    parked, was he in between the cars, was he in front of
5    the cars right next to the shopping center?
6    A.    South of the cars.
7    Q.    And he was just in the parking lot with a gun
8    in his hand?
9          MS. BARNES:  Form.
10         THE WITNESS:  He was pointing the gun.
11   BY MR. WOODS:
12   Q.    He was pointing the gun?
13   A.    Yes.
14   Q.    Who was he pointing the gun at?
15   A.    Occupied businesses.
16   Q.    So he was pointing the gun at the storefronts?
17   A.    In that general direction, yes.
18   Q.    Where were you exactly when you saw him
19   pointing a gun?
20   A.    Just west of the shopping center.
21   Q.    Had you pulled into 38th yet?
22   A.    I was on that street.  Like it was the
23   southwest corner of that shopping center.
24   Q.    Had you parked your vehicle already when you
25   saw him with the gun?

**Page 120**

1    A.    When I saw him?  No, I was in my vehicle when I
2    saw him.
3    Q.    Was your vehicle moving?
4    A.    Yes.
5    Q.    Okay.  And then you stopped your vehicle?
6    A.    Yes.
7    Q.    And then what happened?
8    A.    I got out of my vehicle.
9    Q.    Okay.  And then what happened?
10   A.    I moved north.
11   Q.    Okay.  And then what happened?
12   A.    Well, the -- Mr. Kirk ran between the vehicles,
13   so I paralleled him until I saw him again, crouched
14   down, extending his arm out toward my officers.
15   Q.    What do you mean, he was crouched down?
16   A.    I don't know how to explain.  He was crouched
17   down as if he was trying to take cover behind the front
18   of a car.
19   Q.    So he was squatting?
20   A.    Crouched down.  You know what a --
21   Q.    Leaning forward?
22   A.    He emerged between the two vehicles.
23   Q.    Uh-huh.
24   A.    Turned and faced where I knew my officers were,
25   with an arm extended and crouched as if he was taking

**Page 121**

1    cover behind the front of the cars, crouched down,
2    making his body smaller, making his abilities for people
3    to see him less, as if he --
4    Q.    Was he on his -- on his rear, like on his
5    buttocks, or was he squatting?
6    A.    My -- when I initially saw him, he was
7    squatting.  He turned and squatted down behind the
8    front of a vehicle with his arm raised toward my
9    officers.
10   Q.    So he was between the vehicles when that
11   happened?
12   A.    No, he emerged from between the vehicles.
13   Q.    He emerged from between the vehicles crouched,
14   with his gun pointed at the officers?
15         MS. BARNES:  Form.
16         THE WITNESS:  His arm extended toward my
17   officers.
18   BY MR. WOODS:
19   Q.    So -- okay, I just want to be clear.  You
20   pulled up to the scene.  You said you saw him with a
21   gun?
22   A.    Yes.
23   Q.    Okay.  Then you say he went in between two
24   cars, correct?
25   A.    He ran in between two vehicles, correct.

Kashane Kirk vs. City of Phoenix                                    CV-23-00836-PHX-MTL
Sergeant Eric Roy                        January 16, 2025                    122..125

Page 122

1    Q.    Then you saw him, because you paralleled him,
2  that was your term, right, that you paralleled him, like
3  he's running this way --
4    A.    Yes.
5    Q.    -- you're running this way?
6    A.    I paralleled him, yes.
7    Q.    Okay.  And you saw him crouch down, turn
8  towards your officers, and extend his arm?
9    A.    When he emerged from between the vehicles, he
10  turned toward my officers with his arm extended as he
11  crouched, yes.
12    Q.    And then following him crouching with his arm
13  extended at the officers, what did you see?  What
14  happened next?
15    A.    I fired my gun at him.
16    Q.    He was still crouched when you fired your gun
17  at him?
18    A.    In that moment I don't know -- when I was
19  recalling the incident, I don't recall whether he was
20  still crouched when I started firing or if he had
21  seated, been seated at that point.
22    Q.    Did you see a gun in his hand?
23    A.    I don't recall seeing a gun.  However, his
24  positioning and the way he crouched with his arm
25  extended led me to believe he was armed with a gun,

Page 123

1  which I had seen him with when he ran between the
2  vehicles.
3    Q.    But you don't remember actually seeing a gun in
4  his hand when he was crouched down?
5         MS. BARNES:  Form.
6         THE WITNESS:  I don't recall seeing a gun
7  in his hand.  His arm and body position suggested to me
8  that he still was in possession of it.
9  BY MR. WOODS:
10    Q.    At any point, did he end up on his buttocks?
11    A.    Yes.
12    Q.    Okay.  Had you already started firing prior to
13  that?
14    A.    I don't know if it was prior to that or after
15  he was seated.
16    Q.    Do you recall his hands in the air?
17    A.    No.
18    Q.    At the time that you responded to the scene,
19  were the businesses in that strip mall open for
20  business?
21    A.    Yes.
22    Q.    Were there people inside the businesses?
23    A.    I don't know.
24    Q.    Had anybody told, to your knowledge, any of the
25  business -- the people in those businesses not to come

Page 124

1  out?
2         MS. BARNES:  Form and foundation.
3         THE WITNESS:  Say that again?
4  BY MR. WOODS:
5    Q.    Did you, when you arrived on scene, tell any
6  civilians to stay inside the businesses?
7    A.    Upon my arrival?
8    Q.    Yeah.
9    A.    No.
10    Q.    Do you know, and if you don't know, that's
11  fine, do you know if any other officers had gone to the
12  businesses and told the civilians to stay inside?
13    A.    I don't know.
14    Q.    Do you know if there were any civilians in the
15  parking lot during this incident?
16    A.    I don't know.
17    Q.    After the shooting, did you discover that there
18  were any civilians in the parking lot?
19    A.    Yes.
20    Q.    And where were those civilians?
21    A.    Some of them were in their vehicles.
22    Q.    Were they in the vehicles near where you saw
23  Leontae crouch?
24    A.    Yes.
25    Q.    All right.  All right, I'm going to put up a

Page 125

1  video on the screen.  I think we're on 15.
2         So you said you were at 4141 West McDowell when
3  you got the call?
4    A.    Yes.
5    Q.    Was McDowell busy at that time?
6    A.    Fairly busy.
7    Q.    Did you have to drive by any cars to get to the
8  scene?
9    A.    I'm sure I did.
10    Q.    Do you recall there being school buses around
11  at the time?
12    A.    I don't recall, but obviously there's a bus on
13  my video.
14    Q.    When you responded, to your knowledge, where
15  were the other officers?
16    A.    Upon my arrival, it was my -- the officers were
17  to the east of me.
18    Q.    To your recollection, is there like a small
19  wall, I think it's called a pony wall?
20    A.    Yes.
21    Q.    Okay.  Were your officers on the other side of
22  that pony wall close to the street?
23         MS. BARNES:  Form.
24         THE WITNESS:  That I don't remember.  I
25  don't recall that.