# EXHIBIT M

```
 1                  UNITED STATES DISTRICT COURT

 2                        DISTRICT OF ARIZONA

 3
     Kashane Kirk, as Personal            )
 4   Representative and on behalf of      )
     the Estate of Leontae Kirk;          )
 5   et al.,                              )
                                          )  No.:
 6             Plaintiffs,                )  CV-23-00836-PHX-MTL
                                          )  (CBD)
 7      vs.                               )
                                          )
 8   City of Phoenix, a governmental      )
     entity; et al.,                      )
 9                                        )
               Defendants.                )
10   _____)

11


12
                      DEPOSITION OF JACLYN RAVELO
13
                           Phoenix, Arizona
14                         January 24, 2025

15

16

17

18

19

20

21

22

23   Prepared by:

24   Jody L. Lenschow, RMR, CRR
     Certified Court Reporter
25   Certification No. 50192
```

                                                    CERTIFIED TRANSCRIPT

Case 2:23-cv-00836-MTL-CDB   Document 104-4   Filed 01/28/26   Page 3 of 3

Kashane Kirk vs. City of Phoenix                              CV-23-00836-PHX-MTL
Jaclyn Ravelo                          January 24, 2025                    26..29

Page 26

1  A.  Like an emergency call, like we call it a P1, a
2  Priority 1 call.  There's 1, 2 and 3.  This was a 1, and
3  before they put out the 1s they put out a tone, like
4  eee-eee-eee, and then they voice what it is.
5  Q.  And do you recall what that hot call was about?
6  A.  I believe it came out as a subject with a gun.
7  Q.  And did you make the decision to leave the
8  Homewood Suites or was that Autumn Ladines?
9  A.  Me.
10 Q.  And then you guys came to the scene of the hot
11 call after that, correct?
12 A.  Yes.
13 Q.  Were you the first officers on scene?
14     MS. BARNES:  Form and foundation.
15 BY MR. WOODS:
16 Q.  To your knowledge?
17     MS. BARNES:  Same objections.
18     Go ahead, if you know.
19     THE WITNESS:  To my knowledge, yes,
20 because I said on the radio like we're 23, meaning we're
21 here.  I didn't hear anybody else say that.
22 BY MR. WOODS:
23 Q.  Do you remember seeing any other police
24 vehicles when you arrived?
25 A.  No.

Page 27

1  Q.  When you arrived, what did you see?
2  A.  Like the open plaza area, a bunch of cars
3  parked there, like facing the businesses, and the
4  helicopter was overhead.
5  Q.  Did you see -- did you -- okay.
6     The decedent in this case is Leontae Kirk.  Do
7  you understand that?
8  A.  Yes.
9  Q.  Okay.  And on the videos I see you at some
10 point administering first aid to Mr. Kirk, correct?
11 A.  Yes.
12 Q.  When you arrived on scene, did you see Mr. Kirk
13 in the parking lot?
14 A.  Not initially, no.
15 Q.  When did you see him?
16 A.  We're like coming up, whether -- I don't know
17 if I was like jogging or walking or running.  When I
18 first picked him up, like in between the cars that were
19 parked there.
20 Q.  Do you recall what Mr. Kirk was doing at that
21 moment?
22     MS. BARNES:  Form.
23     THE WITNESS:  No.  It looked like he was
24 moving, like moving around in between the cars.  I don't
25 know specifically.

Page 28

1  BY MR. WOODS:
2  Q.  At any point, did you lose a line of sight on
3  Mr. Kirk?
4  A.  I don't really remember.  I remember him being
5  in between the cars and then I'm still coming up, and I
6  think I lost sight of him as I'm rounding out, but I'm
7  not -- I don't completely remember.
8  Q.  Do you recall seeing a gun in Mr. Kirk's hand?
9     MS. BARNES:  Form.
10    THE WITNESS:  No, I did not see that.
11 BY MR. WOODS:
12 Q.  Did you -- I mean we've already established you
13 never fired a weapon, so I guess it speaks for itself.
14 You didn't fire a weapon in this incident, correct?
15    MS. BARNES:  Form.
16    THE WITNESS:  Correct.
17 BY MR. WOODS:
18 Q.  Did you have your gun out?
19 A.  Yes.
20 Q.  Do you recall where a gun was found after the
21 shooting?
22 A.  Under a car, like a couple feet away.
23 Q.  Can you estimate about how many feet that was?
24    MS. BARNES:  Form.
25    THE WITNESS:  10.

Page 29

1  BY MR. WOODS:
2  Q.  Have you ever responded to any other call for
3  service that involved an officer involved shooting?
4  A.  Yes.
5  Q.  How many times?
6  A.  As a witness officer, one.  So, I don't know,
7  maybe three or four total that I like wasn't there
8  initially for, but came after the fact.
9  Q.  Were you ever on scene when the officer
10 involved shooting occurred?
11 A.  Yes.
12 Q.  How many times?
13 A.  One other time.
14 Q.  One other time?
15 A.  Yeah.
16 Q.  Do you recall when, what time frame that was
17 year-wise?
18 A.  Maybe 2020 or 2021.
19 Q.  Earlier you said that you were interviewed as
20 part of the internal investigation on this case,
21 correct?
22 A.  Yes.
23 Q.  If I said Detective Shuck, would that be --
24 would that jog your memory?
25 A.  I remember sitting in a car being interviewed.