# EXHIBIT N

Case 2:23-cv-00836-MTL-CDB   Document 104-5   Filed 01/28/26   Page 2 of 11

Kashane Kirk vs. City of Phoenix                                    CV-23-00836-PHX-
Autumn Ladines                      April 22, 2025

```
 1                    UNITED STATES DISTRICT COURT

 2                          DISTRICT OF ARIZONA

 3
                                              )
 4    Kashane Kirk, as Personal               )
      Representative and on behalf of         )
 5    the Estate of Leontae Kirk;             )
      Sharon Roberts, individually;           )   No.
 6    Brittnie Turner, on behalf of and       )   CV-23-00836-PHX-
      as legal guardian and parent of         )   MTL (CDB)
 7    her minor child, MC,                    )
                                              )
 8                       Plaintiffs,          )
      vs.                                     )
 9                                            )
      City of Phoenix, a governmental         )
10    entity; Michael Sullivan, Chief         )
      of the Phoenix Police Department;      )
11    Autumn Ladines and John Doe             )
      Ladines, husband and wife;              )
12    Officer Antonio Garza and Jane          )
      Doe Garza, husband and wife;            )
13    Sergeant Eric Roy and Jane Doe          )
      Roy, husband and wife; Jaclyn           )
14    Ravelo and John Doe Ravelo,             )
      husband and wife; Steven Ramirez        )
15    and Jane Doe Ramirez, husband and       )
      wife; and Jonathan Howard and           )
16    Jane Doe Howard, husband and            )
      wife,                                   )
17                                            )
                         Defendants.          )
18    _____)

19

20              DEPOSITION OF AUTUMN LADINES
                      PHOENIX, ARIZONA
21
                        April 22, 2025
22

23
      Prepared by:
24    Deborah L. Tucker, RPR
      Certified Reporter
25    Certification No. 50464
```

CERTIFIED TRANSCRIPT

Case 2:23-cv-00836-MTL-CDB   Document 104-5   Filed 01/28/26   Page 3 of 11

| Kashane Kirk vs. City of Phoenix | | CV-23-00836-PHX- |
| Autumn Ladines | April 22, 2025 | 2 |

```
 1                        I N D E X

 2   WITNESS                                              PAGE

 3       AUTUMN LADINES

 4           EXAMINATION BY MR. WOODS                        4

 5

 6

 7                      E X H I B I T S

 8   EXHIBIT              DESCRIPTION                     PAGE

 9
     Exhibit 1    Media Advisory, November 2, 2022           9
10
     Exhibit 2    Internal Investigation - SH22-0022
11                PHOENIX RE KIRK000001 - 000018            15

12   Exhibit 3    Excerpt from Incident Report
                  156                                       18
13
     Exhibit 4    Officer Garza's Body Cam Video            21
14
     Exhibit 5    Critical Incident Video                   29
15
     Exhibit 6    Officer Ravelo's Body Cam Video           35
16
     Exhibit 7    Performance Management Guide
17                PPD-LADINES000065 - 000066                39

18                (Exhibits 4, 5 and 6 were retained by
                   Mr. Woods.)
19

20

21

22

23

24

25
```

Case 2:23-cv-00836-MTL-CDB   Document 104-5   Filed 01/28/26   Page 4 of 11

| Kashane Kirk vs. City of Phoenix Autumn Ladines | April 22, 2025 | CV-23-00836-PHX-3 |
|---|---|---|

```
 1                DEPOSITION OF AUTUMN LADINES
 2   was taken on April 22, 2025, commencing at 12:59 p.m. at
 3   the offices of Coash Court Reporting & Video, LLC,
 4   1802 North 7th Street, Phoenix Arizona, before Deborah L.
 5   Tucker, RPR, a Certified Reporter.
 6
 7
 8                              *   *   *
 9   APPEARANCES:
10         For the Plaintiffs:
               MILLS + WOODS LAW, PLLC
11         By:  Sean A. Woods, Esq.
               5055 North 12th Street
12             Suite 191
               Phoenix, Arizona  85016
13             (480) 999-4556
               swoods@millsandwoods.com
14
           For the Defendants:
15             BROENING, OBERG, WOODS & WILSON, P.C.
           By:  Sarah L. Barnes, Esq.
16             2800 North Central Avenue
               16th Floor
17             Phoenix, Arizona  85004
               (602) 271-7700
18             slb@bowwlaw.com
19
20
21
22
23
24
25
```

Case 2:23-cv-00836-MTL-CDB   Document 104-5   Filed 01/28/26   Page 5 of 11

| Kashane Kirk vs. City of Phoenix | | CV-23-00836-PHX- |
| Autumn Ladines | April 22, 2025 | 11 |

```
13:07:42   1            MS. BARNES:  Foundation.
13:07:42   2   BY MR. WOODS:
13:07:44   3       Q.   That you can recall.
13:07:46   4       A.   Air unit was there first.
13:07:51   5       Q.   Okay.  So, following the air unit do you know who
13:07:53   6   was first on scene on the ground?
13:07:57   7       A.   Yes.  It was me and my partner.
13:07:59   8       Q.   And that's Jaclyn Ravelo, right?
13:08:03   9       A.   Correct.
13:08:05  10       Q.   When you arrived did you see multiple people with
13:08:08  11   guns?
13:08:09  12       A.   No.  I saw one person with a gun.
13:08:14  13       Q.   Did you see him shooting his gun?
13:08:17  14       A.   Yes.  Yeah, that's what I saw when I first
13:08:22  15   arrived.
13:08:23  16       Q.   He was actually shooting?
13:08:25  17       A.   Yes; is what I perceived at that time.
13:08:30  18       Q.   Do you know that after the fact that he actually
13:08:33  19   never fired his weapon?
13:08:37  20       A.   Yes, I saw that.  That's what the investigation
13:08:39  21   came out with.
13:08:40  22       Q.   Do you remember how many bullets you fired?
13:08:44  23       A.   Yes.  I fired four.
13:08:47  24       Q.   Now, when you arrived were you on McDowell Road
13:08:52  25   heading east or west?
```

Case 2:23-cv-00836-MTL-CDB   Document 104-5   Filed 01/28/26   Page 6 of 11

Kashane Kirk vs. City of Phoenix                                CV-23-00836-PHX-
Autumn Ladines                  April 22, 2025                              12

| Time | # | |
|---|---|---|
| 13:08:54 | 1 | A. On McDowell heading east. |
| 13:08:56 | 2 | Q. Okay. And where did you park your vehicle? |
| 13:08:59 | 3 | A. I would have to look at the report to say |
| 13:09:06 | 4 | exactly, but I know I was still on McDowell. |
| 13:09:10 | 5 | Q. Okay. When you got out of your vehicle, when you |
| 13:09:13 | 6 | parked it -- I'm sorry, after you parked it, what did you |
| 13:09:17 | 7 | do? |
| 13:09:20 | 8 | A. I got out of my vehicle. I saw that there was a |
| 13:09:25 | 9 | man matching the description given firing in the parking |
| 13:09:29 | 10 | lot. And I drew my duty weapon and fired at him to stop |
| 13:09:37 | 11 | the threat. |
| 13:09:38 | 12 | Q. You were interviewed by PSD, correct? |
| 13:09:43 | 13 | A. Correct. |
| 13:09:43 | 14 | Q. Did they record that interview, that you know? |
| 13:09:49 | 15 | A. Yes. |
| 13:09:54 | 16 | Q. Do you know if that interview still exists, the |
| 13:09:58 | 17 | recording? |
| 13:09:58 | 18 | A. I do not know. |
| 13:10:00 | 19 | Q. Okay. So you wouldn't know if it's been produced |
| 13:10:03 | 20 | in this case? |
| 13:10:05 | 21 | A. Correct. I would not know. |
| 13:10:07 | 22 | Q. All right. When you got out of your car after |
| 13:10:15 | 23 | you parked, where did you go? |
| 13:10:16 | 24 | A. I walked towards the subject with the gun. |
| 13:10:22 | 25 | Q. And where did you see the subject with the gun at |

Case 2:23-cv-00836-MTL-CDB   Document 104-5   Filed 01/28/26   Page 7 of 11

Kashane Kirk vs. City of Phoenix
Autumn Ladines                          April 22, 2025                   CV-23-00836-PHX-
                                                                                      13

| | | |
|---|---|---|
| 13:10:25 | 1 | that time? |
| 13:10:25 | 2 | A.   In the parking lot of the strip mall. |
| 13:10:28 | 3 | Q.   Do you remember the scene and the different |
| 13:10:33 | 4 | storefronts that were there? |
| 13:10:34 | 5 | A.   Yes. |
| 13:10:37 | 6 | Q.   Do you recall there is, like, a convenience store |
| 13:10:40 | 7 | on the east end of that strip mall? |
| 13:10:43 | 8 | A.   I don't recall the exact store names or purposes, |
| 13:10:47 | 9 | but I know there was multiple storefronts. |
| 13:10:50 | 10 | Q.   When you approached the parking lot you saw |
| 13:10:56 | 11 | Leontae, correct? |
| 13:10:56 | 12 | A.   Correct. |
| 13:10:57 | 13 | Q.   Were you more towards the east end of the parking |
| 13:11:00 | 14 | lot or the west end of the parking lot? |
| 13:11:01 | 15 | A.   The west end. |
| 13:11:02 | 16 | Q.   So, you were -- okay. |
| 13:11:06 | 17 |      So, you -- Do you recall there being a pony |
| 13:11:10 | 18 | wall? |
| 13:11:10 | 19 | A.   Yes. |
| 13:11:11 | 20 | Q.   Okay.  And that was between the street and the |
| 13:11:13 | 21 | parking lot, correct? |
| 13:11:14 | 22 | A.   Yes. |
| 13:11:14 | 23 | Q.   Do you recall a bus stop? |
| 13:11:17 | 24 | A.   Yes. |
| 13:11:18 | 25 | Q.   Did you go past the bus stop? |

Case 2:23-cv-00836-MTL-CDB   Document 104-5   Filed 01/28/26   Page 8 of 11

Kashane Kirk vs. City of Phoenix  
Autumn Ladines                    April 22, 2025                    CV-23-00836-PHX-14

```
13:11:20   1    A.   No, not initially.
13:11:22   2    Q.   Okay.  So, initially, where -- Did you head
13:11:26   3  straight towards Leontae?
13:11:29   4    A.   Yes.  I took probably, like, seven steps or so
13:11:35   5  toward him.
13:11:36   6    Q.   Did you seek cover?
13:11:38   7    A.   No.
13:11:40   8    Q.   Okay.  Did you announce your presence?
13:11:46   9    A.   We were driving with our lights and sirens.  And
13:11:52  10  I believe when I initially got out of the car I remember
13:11:57  11  yelling something.  I can't recall exactly what I yelled.
13:12:03  12    Q.   Do you recall giving Leontae any warnings?
13:12:04  13    A.   No.
13:12:05  14    Q.   Okay.  So you -- So, just to get this straight,
13:12:09  15  you showed up to the parking lot, you saw Leontae, and
13:12:11  16  then you started shooting?
13:12:12  17             MS. BARNES:  Form.
13:12:20  18             THE WITNESS:  No, it wasn't immediately.  It
13:12:26  19  was after I witnessed him with a gun in his hand pointed
13:12:33  20  out towards the northeast and what appeared to be firing
13:12:38  21  it multiple times with the gun going up and down as if
13:12:42  22  there was recoil.
13:12:54  23  BY MR. WOODS:
13:12:54  24    Q.   Do you recall hearing any shots at that time?
13:12:54  25    A.   I do recall hearing shots while I was still in
```

Case 2:23-cv-00836-MTL-CDB   Document 104-5   Filed 01/28/26   Page 9 of 11

| Kashane Kirk vs. City of Phoenix | | CV-23-00836-PHX- |
| --- | --- | --- |
| Autumn Ladines | April 22, 2025 | 25 |

```
13:26:02   1      A.   Yes.
13:26:03   2      Q.   Okay.  And then it says "Officer Ladines aimed
13:26:06   3  her red dot Modular Optic System (MOS) at the center mass
13:26:14   4  of Mr. Kirk's back and fired her weapon approximately five
13:26:19   5  times."  Do you see that?
13:26:20   6      A.   Yes.
13:26:21   7      Q.   So you recall shooting center mass at Mr. Kirk's
13:26:26   8  back?
13:26:27   9            MS. BARNES:  Form.
13:26:28  10            THE WITNESS:  I do.  I recall both moving.
13:26:28  11  BY MR. WOODS:
13:26:35  12      Q.   The last sentence says, "When asked why she aimed
13:26:39  13  for Mr. Kirk's back Officer Ladines answered, 'He was
13:26:41  14  facing away from me and shooting at community members.'"
13:26:45  15  Do you remember saying that?
13:26:47  16      A.   Yes.
13:26:48  17      Q.   And you actually saw him shooting at community
13:26:50  18  members?
13:26:51  19      A.   Yes, at the time.
13:26:53  20      Q.   Have you ever -- I know you answered earlier that
13:27:03  21  you've never fired your weapon in any other incidents,
13:27:06  22  correct?
13:27:07  23      A.   Correct.
13:27:07  24      Q.   Have you ever responded to a scene where officers
13:27:14  25  were firing their weapon?
```

Case 2:23-cv-00836-MTL-CDB   Document 104-5   Filed 01/28/26   Page 10 of 11

Kashane Kirk vs. City of Phoenix                                CV-23-00836-PHX-
Autumn Ladines                  April 22, 2025                              43

```
13:56:59   1    Q.   So, on our performance review -- And that was
13:57:03   2  done by Eric Roy; is that right?
13:57:05   3    A.   Correct.
13:57:06   4    Q.   And he was one of the other shooters, correct?
13:57:08   5    A.   Yes.
13:57:10   6    Q.   So, in your performance review it said that there
13:57:14   7  were several open and occupied businesses, innocent people
13:57:18   8  and occupied vehicles, right?
13:57:20   9    A.   Yes, that's what it says.
13:57:22  10    Q.   Along with school children in the vicinity,
13:57:25  11  correct?
13:57:25  12    A.   Correct.
13:57:25  13    Q.   Do you recall if anybody was actually in any of
13:57:30  14  the vehicles that were parked when you started shooting?
13:57:32  15    A.   When I started shooting, no.
13:57:35  16    Q.   Did you look for people in the vehicles when you
13:57:39  17  started shooting?
13:57:39  18    A.   No.
13:57:45  19    Q.   Did you look for civilians inside the open
13:57:48  20  businesses when you started shooting?
13:57:51  21    A.   No.
13:57:56  22    Q.   Did you look for anybody else outside of the
13:58:02  23  businesses before you started shooting?
13:58:04  24    A.   Yes; a general overlay of the parking lot.
13:58:09  25    Q.   Okay.  Why didn't you activate your body cam?
```

Kashane Kirk vs. City of Phoenix
Autumn Ladines
April 22, 2025
CV-23-00836-PHX-
44

```
13:58:24   1        A.    That was human error on my part.  I thought I did
13:58:30   2   and later found out it was not activated.
13:58:33   3        Q.    You receive training on activating your body
13:58:37   4   cams, correct?
13:58:38   5        A.    Yes.
13:58:39   6        Q.    Was it, at that time, Department policy that you
13:58:42   7   must activate your body CAM?
13:58:44   8        A.    Yes.
13:58:46   9        Q.    Have you ever heard the term "sanctity of life"?
13:58:59  10        A.    Yes.
13:59:00  11        Q.    Is that part of your training as a police
13:59:02  12   officer, learning that term?
13:59:03  13        A.    It is.
13:59:04  14        Q.    What does it mean?
13:59:07  15        A.    We're supposed to protect people in this job.
13:59:13  16   All humans have a right to be protected.
13:59:18  17        Q.    Even suspects, correct?
13:59:20  18        A.    Correct.
13:59:21  19        Q.    In your Constitutional law training are you
13:59:52  20   taught about excessive force?
13:59:55  21        A.    I don't recall if it was during that portion of
14:00:01  22   training or not.
14:00:01  23        Q.    But you've been trained on excessive force?
14:00:04  24        A.    Yes.
14:00:07  25        Q.    And you know that the Fourth Amendment of the
```

Coash Court Reporting & Video, LLC
staff@coashcrv.com
602-258-1440
www.CoashCourtReportingandVideo.com