# EXHIBIT O



# City of Phoenix

| | | | |
|---|---|---|---|
| **To:** | Michael G. Sullivan<br>Interim Police Chief | **Date:** | December 4, 2023 |
| **From:** | Aimee L. Smith, Commander *ALS*<br>Professional Standards Bureau | | |

**Subject:**   INTERNAL INVESTIGATION – SH22-0022

| | |
|---|---|
| **Internal Investigators:** | Lieutenant Gregory D. Hernandez (Investigative Review)<br>Sergeant Christopher Jansen (Primary Investigator)<br>Sergeant Stewart Vanderloo (Secondary Investigator) |
| **Primary Location (OIS):** | 3710 West McDowell Road |
| **Initial Call Location:** | 1612 North 37th Avenue |
| **Date:** | November 2, 2022 |
| **Time:** | 4:30 p.m. |
| **Employees Involved:** | Sergeant Eric Roy #9240<br>Maryvale Precinct, 82D Squad<br><br>Officer Autumn Ladines #10262<br>Maryvale Precinct, 82D Squad<br><br>Officer Antonio Garza #10608<br>Maryvale Precinct, 82D Squad |
| **Employee Injuries:** | None |
| **Citizen Involved:** | Mr. Leontae Kirk<br>Black Male / 29 years of age |
| **Citizen Injuries:** | Fatal |

## SUMMARY

On November 2, 2022, at approximately 4:25 p.m., Sergeant Eric Roy #9240, Officers Autumn Ladines #10262, Jaclyn Ravelo #10169, and Antonio Garza #10608 responded to an emergency call for service of a subject with a gun near North 37th Drive and West McDowell Road.

The caller told the 9-1-1 operator that a male, later identified as Mr. Leontae Kirk, was a known drug user and on felony probation. The caller provided information to the 9-1-1 operator as he followed Mr. Kirk from his front yard to the corner liquor store at 3702 West McDowell Road.

The Air Unit arrived overhead approximately one minute after the call was dispatched to patrol units. About two and a half minutes after the Air Unit's arrival, Officers Ladines and Ravelo arrived while riding as a two-person patrol unit. Officer Ladines stood at the southwest corner of the strip mall's parking lot as Officer Ravelo ran eastbound. Within seconds of the ground unit's arrival, the Air Unit voiced over the radio that Mr. Kirk was pointing a gun and shooting at people in front of the store. Officer Garza arrived near Officer Ladines' position, and a few seconds later, Sergeant Roy arrived to the north on North 37th Drive, near the south side of the storefronts.

Officer Ladines and Officer Garza observed Mr. Kirk fire his handgun northbound at an occupied store, positioned just south of the parked cars in the parking lot. From the west side of the parking lot, Sergeant Roy observed Mr. Kirk point his gun at the occupied store. Officer Ladines reacted to Mr. Kirk firing his gun at the occupied store by firing four (4) rounds from her duty weapon at him.

Officer Garza moved to a position of cover behind a pony wall that separated the parking lot from West McDowell Road. Mr. Kirk moved north toward the occupied storefronts concealing himself between parked vehicles. Officer Ladines moved east in the parking lot north of the pony wall, and Officer Garza moved east, south of the pony wall. When she reached Officer Garza's location, Officer Ladines saw Mr. Kirk on the ground.

From his position on the west side of the parking lot, Sergeant Roy saw Mr. Kirk crouched between the parked cars and storefronts, facing the officers south of him. Sergeant Roy's body-worn camera (BWC) captured Mr. Kirk on his buttocks, propelling himself backward with his feet, toward the stores. Sergeant Roy interpreted Mr. Kirk's actions as a way to use the parked vehicles to his tactical advantage to engage the officers to the south of him in a gunfight.

After hearing the description of the original call for service, as well as the Air Unit's radio transmissions of Mr. Kirk shooting a gun at people, and after observing Mr. Kirk armed with a handgun, and his own belief that Mr. Kirk placed himself in a position to engage officers in a gunfight, Sergeant Roy fired his duty weapon seventeen (17) times at Mr. Kirk.

As Sergeant Roy engaged Mr. Kirk, Officer Garza observed Mr. Kirk between the vehicles and the storefront.

At this time, Officer Garza could neither see Mr. Kirk's hands nor a handgun; however, he did witness Mr. Kirk shooting toward perceived occupied businesses upon his arrival. Fearing Mr. Kirk remained armed with his gun while he ran away from officers towards the storefront entrances and may flee into an occupied store, Officer Garza fired his patrol rifle three (3) times at Mr. Kirk to stop the danger he presented towards the community.

After the shooting, Officer Ladines retrieved her Direct Impact Munitions (DIM) launcher and later deployed one (1) 40 mm round at Mr. Kirk to gauge a reaction. When Mr. Kirk did not respond to being struck with the DIM round, officers approached Mr. Kirk and rendered aid until the Phoenix Fire Department arrived and pronounced him deceased.

Criminal investigators identified eleven (11) adult and juvenile victims of this incident. Those victims did not sustain any injuries. The store's surveillance video captured the aggravated assault witnessed by the Air Unit; however, the officer-involved shooting was not.

Sergeant Roy's, Officer Ravelo's, and Officer Garza's BWCs captured their involvement in this incident. Officer Ladines activated her BWC after the shooting and before the DIM deployment.

## DETAILS OF INVESTIGATION

On November 2, 2022, the Professional Standards Bureau (PSB) and criminal investigators responded to an officer-involved shooting (OIS) scene at 3710 West McDowell Road. PSB investigators conducted an administrative investigation, while criminal investigators conducted a criminal investigation.

PSB investigators attended a briefing and crime scene walk-through with the criminal investigators, participated in the involved officers' weapons inspections and round counts, reviewed the involved police officers' body-worn camera (BWC) videos, reviewed the criminal investigation, and interviewed the involved police officers. PSB investigators determined the following, which occurred on November 2, 2022.

The strip mall has an address of 3702 West McDowell Road and 3710 West McDowell Road, located on West McDowell Road between West 37th Avenue and West 37th Drive. The strip mall storefronts face southbound towards West McDowell Road. The strip mall is home to Grand Stop Two Liquor Store (3702 West McDowell Road), Jorge's Barber (3710 West McDowell Road Suite #1), Jr's Cellular (3710 West McDowell Road Suite #2), and Regal Laundries (3710 West McDowell Road Suite #3).

At approximately 4:22 p.m., Mr. Pedro Hernandez Armenta called 9-1-1 to report the actions of Mr. Kirk. Mr. Hernandez Armenta told the 9-1-1 operator that Mr. Kirk walked into his front yard, pointed a handgun at him in the presence of his two (2) minor children, and then placed the gun in his back pocket. He described Mr. Kirk as a black male wearing an LA hat, a red hoodie sweatshirt, and dark-colored shorts. [1]

Mr. Hernandez Armenta followed up, telling the 9-1-1 operator that Mr. Kirk pulled the gun back out, told him his gun was loaded and he was not afraid to use it, and then he placed it back inside his pocket. Mr. Hernandez Armenta then reported that Mr. Kirk walked away and entered the Grand Stop Two liquor store. [2]

At approximately 4:25 p.m., Sergeant Eric Roy #9240, Officers Autumn Ladines #10262, Jaclyn Ravelo #10169, and Antonio Garza #10608 responded to an emergency call for service of a subject with a gun near North 37th Drive and West McDowell Road. [3]

At approximately 4:27 p.m., the Air Unit arrived overhead before the responding patrol officers and sergeant. [4] [5] At approximately 4:29:27 p.m., the Air Unit voiced over the radio that Mr. Kirk was shooting his gun toward victims in front of the strip mall. [6] [7] In later interviews with criminal investigators, the Air Unit's pilot and observer collectively witnessed Mr. Kirk exit the store and walk across the parking lot toward West McDowell Road. He then stopped behind the parked cars, took a shooting stance, and appeared to exchange gunfire with someone they could not see. [8] Mr. Kirk then swept his body back and forth (upper body only), aiming the gun at the strip mall. [9] [10]

At approximately 4:29:42 p.m., Officers Ladines and Ravelo arrived first on the scene. [11] Officer Ladines told PSB investigators numerous stores occupied the strip mall, which appeared active with community members. Those stores shared a parking lot filled with personally owned vehicles. She described heavy east and westbound traffic on West McDowell Road and an apartment complex to the south. [12]

Officer Garza arrived soon after at approximately 4:29:46 p.m., [13] and Sergeant Roy arrived at approximately 4:29:50 p.m. [14] When Officers Ladines and Ravelo arrived, Officer Ladines stood at the southwest corner [15] of the strip mall's parking lot as Officer Ravelo ran eastbound on the north sidewalk and then north at the strip mall's south driveway. [16] Officer Ladines then witnessed Mr. Kirk fire his handgun from the parking lot into a perceived occupied storefront. Officer Ladines saw Mr. Kirk firing his gun and the gun moving up and down, thus indicating recoil from his weapon that he was firing. [17]

When Officer Garza arrived on the scene, he parked his Tahoe near the northeast corner of North 37th Drive and West McDowell Road and saw Mr. Kirk standing in the parking lot through his front windshield. He retrieved his patrol rifle, exited his patrol Tahoe, and witnessed Mr. Kirk standing in the middle of the parking lot holding his gun in one hand, pointing and shooting his weapon toward the occupied businesses. [18]

When Sergeant Roy arrived on the scene, he stood at the west end of the strip mall [19] and watched Mr. Kirk point his handgun toward the stores and take cover between the parked cars in the strip mall parking lot. He did not witness Mr. Kirk fire his weapon. Sergeant Roy believed the officers located south [20] of Mr. Kirk confronted him, which caused him to run north between parked cars towards the strip mall. Sergeant Roy paralleled Mr. Kirk and ran north to the east and west sidewalk in front of the business complex.

At approximately 4:29:50 p.m., believing Mr. Kirk actively fired his gun at community members shopping at the strip mall, [21] Officer Ladines fired four (4) rounds from her duty weapon at him. Officer Ladines was approximately sixty-two (62) feet away from Mr. Kirk at the time of her OIS. Officer Ladines utilized an unoccupied gray hatchback car as her backdrop. [22][23][24][25] Officer Ladines believed Mr. Kirk pointed his gun at her during her initial contact with him, and she also believed he started shooting at the officers. [26]

Officer Garza was behind and to the left of Officer Ladines while she engaged Mr. Kirk. After Officer Ladines fired her duty weapon at Mr. Kirk, he ran northbound in the parking lot between the parked cars. [27] At this time, Officer Ladines moved east in the parking lot north of the pony wall, and Officer Garza moved east south of the pony wall (the pony wall divided the strip mall with West McDowell Road). [28] Officer Garza remained behind the pony wall until Mr. Kirk emerged from behind the parked cars. [29]

While Sergeant Roy stood at the west end of the strip mall, he watched Mr. Kirk crouch [30] between the parked cars and the storefronts, facing south toward the officers. [31] Mr. Kirk's movement, pattern, and posture convinced him that his behaviors were consistent with a person moving towards cover. Sergeant Roy said he believed Mr. Kirk intended to use the parked cars to create a tactical advantage and engage the officers south of him in a gunfight. [32]

Sergeant Roy's BWC captured Mr. Kirk sliding backward on his buttocks towards the storefront exterior wall while extending his arm to the south towards Officers Ladines, Ravelo, and Garza. [33] As Mr. Kirk slid backward, Sergeant Roy did not see Mr. Kirk's gun; however, his body language and positioning made him believe he was still armed with the weapon. [34]

Based on the totality of the information he knew at the time, which included the information provided by the Air Unit and personally witnessing Mr. Kirk pointing a handgun at the storefronts, Sergeant Roy believed Mr. Kirk remained armed and did shoot his gun.

Sergeant Roy's belief that Mr. Kirk's behavior created a threat to the community members at the strip mall businesses caused him to take action directed towards Mr. Kirk. At approximately 4:30:01 p.m., Sergeant Roy fired seventeen (17) rounds, at a downward angle, from his service weapon at Mr. Kirk from an approximate distance of seventy-nine (79) feet. Sergeant Roy said of his backstop, "I had a clear line of sight down that sidewalk. There was only him in that sidewalk…my backdrop was the business across the street of 37th Avenue, which was like a car lot." [35] [36] [37] [38] [39]

At the same time Sergeant Roy engaged Mr. Kirk, Officer Garza witnessed Mr. Kirk surface between the cars and the storefronts with his gun in hand. Officer Garza said, "My main concern was that we needed to stop him from getting inside the stores because he was just shooting at people." [40] The totality of the circumstances known to him, which included Mr. Kirk shooting at community members, running away from police officers, fearing Mr. Kirk was armed with his handgun and would flee into an occupied store, caused Officer Garza to react to Mr. Kirk's actions. Officer Garza fired three (3) rounds from his patrol rifle at Mr. Kirk from an approximate distance of forty-eight (48) feet at approximately 4:30:04 p.m. He utilized the storefront's brick wall and the concrete sidewalk as his backdrop. [41] [42] [43] [44]

After Officer Garza engaged Mr. Kirk, both Officers Ladines and Ravelo joined him behind the pony wall. There, Officer Ladines recalled Officer Ravelo telling her and Officer Garza that Mr. Kirk's gun was underneath him as he laid down on the ground. [45] [46]

After the shooting, Officer Ladines retrieved her 40 mm Direct Impact Munitions (DIM) weapon system and later deployed one (1) round at Mr. Kirk to test for compliance. When he did not respond to the DIM, officers approached Mr. Kirk and rendered medical aid until the Phoenix Fire Department arrived and pronounced him deceased.

While the scene remained active with witnesses exiting the strip mall businesses and officers rendering medical aid to Mr. Kirk, Officer Ladines located Mr. Kirk's gun underneath a vehicle very close to where Mr. Kirk fell. [47]

Criminal scene investigators located the handgun Officer Ladines found. Investigators recovered one (1) black semi-automatic loaded pistol in the parking lot under the driver's side of a gray Volkswagen Jetta near where Mr. Kirk fell to the ground. [48]

Criminal investigators recovered four (4) 9MM shell casings in the general area where Officer Ladines stood at the time of the police shooting. Three (3) casings were found in the number three (3) westbound lane near West McDowell Road and North 37th Drive, while one (1) was located north of the three (3) casings in the rocks between the sidewalk and the pony wall. [49] [50]

Investigators also recovered seventeen (17) 9MM casings in the general area where Sergeant Roy stood at the time of the shooting. [51] [52]

Criminal scene investigators located three (3) brass .223 casings with headstamp FC 223 REM in the southern parking lot, north of the pony wall near where Officer Garza was located at the time of the shooting. [53] [54] Criminal investigators recovered one (1) gray .223 casing with headstamp EXT SH 223 REM casing on the west side of the property in the rock area between the pony wall and the sidewalk along North 37th Drive. [55] [56] This casing was found approximately ninety-nine (99) feet northwest of Officer Garza's position from where he fired his rifle. Officer Garza's BWC captured him firing only three (3) rounds from his duty rifle. [57] [58]

During the criminal investigation, investigators determined Mr. Kirk pointed his gun at eleven community members, including eight (8) adults and three (3) juveniles during this incident. [59]

Criminal investigators also learned Mr. Humberto Gonzalez-Rios interacted with Mr. Kirk before the OIS. They learned Mr. Gonzalez-Rios rode by on his motorcycle southbound on North 37th Avenue toward West McDowell Road. As he passed the alley, he witnessed Mr. Kirk emerge from the alley, placing a gun in his pocket. [60] [61] The two ended up in the liquor store together. [62] [63] While in the liquor store, Mr. Kirk insulted Mr. Gonzalez-Rios. Mr. Gonzalez-Rios walked out of the store, retrieved a gun, stowed inside a compartment on the motorcycle, then saddled his motorcycle. [64] When Mr. Kirk exited the store, Mr. Kirk pulled out his gun and pointed it at him. Mr. Gonzalez-Rios pulled his gun out of his pocket, pulled the slide back, and pointed his gun at Mr. Kirk. Mr. Gonzalez-Rios ultimately fled the scene when police arrived but was later located by police officers. [65] [66] [67] Criminal investigators located surveillance footage, which supported Mr. Gonzalez-Rios's recollection of events.

Sergeant Roy and Officers Ladines and Garza fired their duty weapons twenty-four (24) times at Mr. Kirk. They struck him numerous times on his upper and lower torso, back, and upper and lower extremities. [68]

*Weapon Inspections and Round Counts:*

Criminal investigators completed round counts and weapon inspections of each involved employee's duty weapon. PSB investigators were present during the round counts.

Officer Ladines' Glock model 45, 9MM semi-automatic pistol (serial number BUEU237) was determined to be missing four (4) rounds of ammunition. [69] Criminal investigators determined Officer Ladines' duty weapon to be operational. [70]

Sergeant Roy's Glock model 17C, 9MM semi-automatic pistol (serial number AAGP798) was determined to be missing seventeen (17) rounds of ammunition. [71] Criminal investigators determined Sergeant Roy's duty weapon to be operational. [72]

Officer Garza's Daniel Defense patrol rifle (serial number DDM4461150) was determined to be missing three (3) rounds of ammunition. [73] Criminal investigators determined Officer Garza's patrol rifle weapon to be operational. [74]

*PSB interview of Officer Autumn Ladines #10262:*

On November 2, 2022, PSB investigators conducted an interview with Officer Autumn Ladines, at which time she stated the following:

Officer Ladines and Officer Ravelo operated as a two-person patrol unit identified as 821O. Officer Ladines drove while Officer Ravelo was the passenger. While on routine patrol near 5100 West McDowell Road, Officer Ladines heard the dispatcher report emergency radio traffic of a subject with a gun at 1612 North 37th Avenue. As Officer Ladines drove towards North 37th Avenue and West McDowell Road, she learned from the dispatcher the suspect "was actively shooting." [75]

The Air Unit arrived on the scene before their arrival. Officer Ladines recalled the Air Unit reported the male suspect was wearing an orange shirt, entered a business, and had not yet exited. [76] As Officers Ladines and Ravelo arrived on the scene, she heard the Air Unit say, "A male matching the description with an orange sweatshirt just exited the store. Now, he's pointing a gun at people. Now he's shooting in the parking lot." [77]

Officer Ladines and Officer Ravelo were the first ground units to arrive. Officer Ladines stopped and parked her fully marked police Tahoe facing northbound on West McDowell Road to the southwest of Mr. Kirk's position in the parking lot near North 37th Drive and West McDowell Road. [78]

When Officer Ladines exited the Tahoe, she witnessed Mr. Kirk, wearing an orange shirt, pointing and firing his handgun towards occupied storefronts while pedestrians walked along the nearby sidewalk. [79] [80]

Officer Ladines said of Mr. Kirk shooting at the storefront, "I see the male…firing off his weapon. I can see his hand moving up and down…indicating recoil from his weapon that he's firing. I can see him…he's facing away from me, but he was moving the gun around in such a way that…I could see the handgun as he pointed further east." [81]

She watched Mr. Kirk commit violent felonies, including aggravated assault with a deadly weapon, which made Officer Ladines concerned for community members at and near the strip mall, drivers on West McDowell Road, and fellow responding police officers. [82]

Officer Ladines ran towards Mr. Kirk to close the distance between her and him; however, he remained actively shooting his firearm.  When she reached approximately fifteen (15) to twenty (20) yards behind Mr. Kirk, Officer Ladines stopped running and took a "shooter's stance." [83] [84]  Officer Ladines aimed her "red dot" [85] Modular Optic System (MOS) at the center mass of Mr. Kirk's back and fired her weapon approximately five (5) times, striking Mr. Kirk, while utilizing an unoccupied vehicle as her backdrop. [86] [87] [88]  When asked why she aimed for Mr. Kirk's back Officer Ladines answered, "He was facing away from me and shooting" at community members. [89]

After Officer Ladines discharged her weapon, Mr. Kirk held onto his gun and ducked behind the hatchback parked in the parking lot.  Mr. Kirk ran from the rear to the front of the hatchback after Officer Ladines shot at him, thus causing the officer to lose visual sight of Mr. Kirk briefly.  Officer Ladines believed Mr. Kirk ran from the middle of the parking lot near the rear of the hatchback to the front to find cover from the officers.  [90] [91]

After she lost sight of Mr. Kirk, Officer Ladines started to follow him towards the storefront, and that's when she heard a volley of gunshots and believed Mr. Kirk was shooting at the officers. [92]  Officer Ladines recalled, "I start hearing shots going off…several shots, and now I think he's shooting back at us now, and I see him under a car moving around, so I dropped down to try to reacquire him, but he moves up closer to the storefront." [93] [94]  Officer Ladines believed Mr. Kirk pointed his gun at her during her initial contact with him just before she heard the gunshots.  At this point, she believed Mr. Kirk was shooting at the officers. [95]

Officer Ladines heard Officers Garza, say, "Hey! I got him here…I got eyes on him." [96] Officer Ladines found Officer Garza, with his patrol rifle, crouched behind the pony wall that separates West McDowell Road from the strip mall parking lot.

When she reached Officer Garza's location, she saw Mr. Kirk lying on the ground. He was looking at the officers while simultaneously raising his hands up and down. Officer Ravelo told Officers Garza and Ladines that Mr. Kirk's gun was underneath him. [97]

Officer Garza told Officer Ladines that he would hold his position with Mr. Kirk in view, which allowed Officer Ladines to run back to her vehicle and retrieve her Department-issued 40mm DIM weapon system. When Officer Ladines returned to Officer Garza's position with the 40mm DIM, the officers verbally commanded Mr. Kirk to raise his hands; however, Mr. Kirk kept his hands near his waistband. Due to Mr. Kirk's non-compliance, Officer Ladines deployed one (1) 40mm round at Mr. Kirk to separate him from his gun. After she deployed the 40mm round, she saw that Mr. Kirk was not responsive to the less lethal deployment even though his eyes remained open. [98] [99]

At this time, numerous officers and resources arrived on the scene, and the officers established an arrest team to approach Mr. Kirk. When the officers approached Mr. Kirk, the officers did not immediately find Mr. Kirk's gun. While the scene remained active with witnesses exiting the strip mall businesses, officers rendering medical aid to Mr. Kirk and the fire department's arrival, Officer Ladines located Mr. Kirk's gun [100] underneath a silver sedan very close to where Mr. Kirk fell. [101] [102] [103]

Officers initiated life-saving measures until the arrival of the Phoenix Fire Department. Once the Phoenix Fire Department arrived, they continued providing medical aid; however, Mr. Kirk was pronounced deceased on the scene.

*PSB interview of Officer Antonio Garza #10608:*

On November 3, 2022, PSB investigators conducted an interview with Officer Antonio Garza, at which time he stated the following:

While in the area of North 59th Avenue and West Thomas Road, [104] assigned to an unrelated camera detail, Officer Garza heard the tone of an emergency radio call for service of a subject with a gun at 3710 West McDowell Road. [105]

Officer Garza recalled the call indicated, "There was a… there was a male that was pointing a gun and… shooting it at people and that the… one of the victims was with his two (2) kids." [106] The Air Unit was overhead before he or the other officers arrived on the scene. While en route, he heard the Air Unit say, "The suspect was in the parking lot shooting at people." [107]

When Officer Garza arrived, he parked his patrol Tahoe in the westbound curb lane of West McDowell Road near North 37th Drive facing eastbound. When he arrived, he saw Mr. Kirk in the parking lot through his front windshield. [108] [109] He retrieved his patrol rifle, exited his patrol Tahoe, and witnessed Mr. Kirk standing in the middle of the parking lot holding his gun in one hand, pointing and shooting his weapon toward the occupied businesses. [110] [111] Officer Garza recalled Mr. Kirk walking in the parking lot holding his gun sideways in his right hand while shooting towards the northeast, targeting the laundry mat or the cell phone store. [112]

When asked how he knew Mr. Kirk was shooting his gun, Officer Garza answered, "I heard gunshots from inside of my Tahoe and…the motion of the recoil of the gun was…the motion of his hands…of his hand…was consistent to, as if the gun was cycling and recoiling while he was walking." [113]

Officer Garza stood near the northeast corner of North 37th Drive and West McDowell Road with his patrol rifle pointed at Mr. Kirk. Mr. Kirk ran eastbound while holding his gun and ducked behind the parked cars near the occupied businesses, which caused him to briefly lose sight of Mr. Kirk. Officer Garza believed the businesses were occupied due to the time of day and the number of vehicles in the parking lot. [114] Officer Garza followed and ran eastbound along the sidewalk to intercept Mr. Kirk and prevent him from entering one of the many businesses. [115] [116] While running along the sidewalk, Officer Garza heard more gunfire. Officer Garza stopped running and took a position behind an approximately three (3) to four (4) foot tall pony wall that separates the parking lot from the city sidewalk.

When Officer Garza stopped running, he watched Mr. Kirk emerge from behind the parked cars and crouch down on the concrete sidewalk in front the brick wall storefront. Officer Garza said he believed Mr. Kirk intended to continue to flee from officers, which caused him to discharge three (3) rounds from his patrol rifle at Mr. Kirk. [117] [118] [119] Officer Garza estimated his distance from Mr. Kirk was approximately twenty (20) yards. Officer Garza's line of sight was at a downward angle. Officer Garza described his backdrop consisted of the brick wall and concrete sidewalk, and his point of aim consisted of Mr. Kirk's center mass of his upper torso. [120]

When asked about what he perceived during his portion of the shooting, Officer Garza answered, "My main concern was…any uninvolved or innocent people that were in the stores…my main concern was that we needed to stop him from getting inside the stores because he was just shooting at people…couldn't see his hands and he was still running away from us…that's why I shot at him." [121]

Based on the circumstances, Officer Garza discharged his patrol rifle at Mr. Kirk due to shooting at innocent community members, running away from police officers, and being armed with a handgun. [122]

After the shooting, while Mr. Kirk was down, the officers formulated a plan to receive and apprehend Mr. Kirk. Officer Garza told Officer Ladines to retrieve her 40mm DIM. [123] Officer Ladines deployed her 40mm at Mr. Kirk to test his compliance with their commands. Mr. Kirk did not respond to the 40mm deployment. [124] After the 40mm deployment, the officers established an arrest team and walked up to Mr. Kirk. [125] Upon their contact with Mr. Kirk, they searched for his gun, called for the fire department, and started life-saving measures. [126]

As Officer Garza returned to his patrol car to secure his patrol rifle, a male Spanish-speaking community member contacted him and told him that Mr. Kirk had shot at him and another elderly female community member. Officer Garza was the only Spanish-speaking officer on the scene and took a brief statement from them until he handed them off to another officer. [127] [128]

<u>PSB interview of Sergeant Eric Roy #9240</u>:

On November 3, 2022, PSB investigators conducted an interview with Sergeant Eric Roy, at which time he stated the following:

On November 2, 2023, at approximately 2:05 p.m., [129] Sergeant Roy responded to an unrelated homicide at 4141 West McDowell Road. [130] While on the scene of the homicide, at approximately 4:29 p.m., [131] he heard the emergency radio traffic broadcast of a subject with a gun at 3710 West McDowell Road. [132] Sergeant Roy left the homicide scene and responded to the emergency traffic. He drove eastbound on West McDowell Road.

The Air Unit was already overhead while Sergeant Roy was en route to the scene. The Air Unit relayed to the dispatcher that they had made visual contact with Mr. Kirk, who was carrying a gun. As Sergeant Roy arrived on the scene, the Air Unit reported that Mr. Kirk was shooting his gun. [133]

Sergeant Roy parked his patrol car on the corner of North 37th Drive and West McDowell Road [134] and ran toward Mr. Kirk in the parking lot. He witnessed Mr. Kirk pointing his gun in a northeast direction at the front entrances of the barber shop and liquor store. Sergeant Roy "clearly saw the gun pointing in that direction towards the stores." [135] [136] Sergeant Roy believed patrons and community members occupied the strip mall businesses and that Mr. Kirk's actions jeopardized their safety. [137]

Sergeant Roy said he believed the other officers on the scene gave Mr. Kirk verbal commands and challenged him, which resulted in Mr. Kirk running between two cars parked in front of the cellular store. [138] As Mr. Kirk ran northbound towards the cellular store in the middle of the parking lot, Sergeant Roy ran parallel with him on the west end. Sergeant Roy stopped and stood on the west end of the strip mall walkway that connects with North 37th Drive. He had a clear "line-of-sight" [139] toward the east, which included a view of the storefronts and the connecting sidewalk that connects the multiple stores. Sergeant Roy estimated the distance between him, and Mr. Kirk was approximately forty (40) to fifty (50) yards. [140] At this time, he recalled seeing marked patrol units near the parking lot; however, he did not see any officers running after Mr. Kirk. He believed the officers remained near the south pony wall that separated the parking lot from West McDowell Road. [141]

While Sergeant Roy stood on the west end of the strip mall, near North 37th Drive, Mr. Kirk emerged between the parked cars near the storefront. Mr. Kirk "crouched down" [142] and appeared to take cover between the parked cars. Sergeant Roy interpreted Mr. Kirk's positioning to use the parked vehicles to his tactical advantage to engage the officers to the south. [143] [144] [145] Mr. Kirk's actions caused Sergeant Roy to discharge his service weapon.

When Sergeant Roy engaged Mr. Kirk, he utilized his Red Dot MOS affixed to his service weapon. Sergeant Roy stood approximately forty (40) to fifty (50) yards [146] to the west of Mr. Kirk when he fired his service weapon eastbound at a downward angle toward Mr. Kirk. [147] His point of aim consisted of Mr. Kirk's right flank (torso area) and he discharged seventeen (17) rounds from his service weapon at him. [148] [149] [150] He utilized the car dealership across the street east of North 37th Avenue as his backdrop. [151] Sergeant Roy was confident his discharged rounds struck Mr. Kirk. [152] Sergeant Roy did not see any other community members near Mr. Kirk at the time of the shooting. [153]

Sergeant Roy said of Mr. Kirk's actions by taking cover behind the parked cars, "It appeared to me that he was trying to get into a position where he could engage the officers without being shot at by using the vehicles as cover and when I saw that I shot at him." [154]

Based on Sergeant Roy's sixteen-year (16) career with the Phoenix Police Department, his training and experience led him to believe Mr. Kirk's movement, pattern, and posture was consistent with a person moving towards cover to engage officers in a gunfight. [155]

When asked if he could see Mr. Kirk holding his gun when he made visual contact with him near the storefront, Sergeant Roy told PSB investigators, "I can't see that…he is, but the way his body language is I assumed that he was still armed." [156] Sergeant Roy continued to say that when he arrived on the scene, he witnessed Mr. Kirk with a gun in his hand; however, he did not see Mr. Kirk discharge his firearm. The factors that caused Sergeant Roy to fire his duty weapon at Mr. Kirk included the information provided by the Air Unit and witnessing Mr. Kirk posturing for a gunfight with the officers south of him. [157] Sergeant Roy said Mr. Kirk's actions rose to aggravated assault, shooting at an occupied structure, and Shannon's law. [158]

Medical Examiner Report and Toxicology Summary:

The Medical Examiner determined Mr. Kirk's cause of death was due to multiple gunshot wounds. Mr. Kirk sustained numerous gunshot wounds to his upper and lower torso, back, and upper and lower extremities.

The Medical Examiner's report also contained a postmortem toxicology screening, which stated Mr. Kirk tested positive for 11-Hydroxy Delta-9 THC (10 ng/mL), Delta-9 Carboxy THC (230 ng/mL), Delta-9 THC (7.3 ng/mL), Ethanol (264 ng/dL), and a Blood Alcohol Concentration (BAC) of (.234 g/100 mL). [159]

Maricopa County Attorney's Office Findings:

The Maricopa County Attorney's Office (MCAO) reviewed this incident, and in a letter dated June 20, 2023, the Public Safety Liaison, Mr. Tom Van Dorn, stated it was the opinion of the County Attorney the officers did not commit any act that warrants criminal prosecution.[160]

**CLOSING**

This investigation is complete and was reviewed and approved by the involved employee/s. This investigation will be forwarded to the Critical Incident Review Board for review. The investigation will be retained in the Professional Standards Bureau in accordance with record retention policies and laws.

## Endnotes

[1] Attachment: CFS 22001649049 (OIS) [Page 1 & 2 of 31]
[2] Attachment: CFS 22001649049 (OIS) [Page 1 & 2 of 31]
[3] Attachment: CFS 22001649049 (OIS) [Page 1 of 31]
[4] Attachment: CFS 22001649049 (OIS) [Page 2 of 31]
[5] Audio file: Radio Transmissions 202201649049_11022022_1625_1655_EOP01 [3:25-3:27]
[6] Attachment: CFS 22001649049 (OIS) [Page 3 of 31]
[7] Audio file: Radio Transmissions 202201649049_11022022_1625_1655_EOP01 [4:25-4:29]
[8] Video file: Ring.com 47bc869d-9081-4714-a391-0f5f85d3aa60 (1) [00:50-1:06]
[9] Attachment: Incident Report 2022-1649049 [Supplement 8, Page 2 & 3]
[10] Attachment: Incident Report 2022-1649049 [Supplement 8, Page 1 & 2]
[11] Video file: Officer Ravelo BWC footage [00:01-00:13]
[12] Audio file: Officer Ladines Interview with PSB [11:18-11:38]
[13] Video file: Officer Garza BWC footage [00:01-00:45]
[14] Video file: Officer Garza BWC footage [00:01-00:23]
[15] Video file: Officer Garza BWC footage [00:46-00:48]
[16] Video file: Officer Ravelo BWC footage [00:16-00:38]
[17] Audio file: Officer Ladines Interview with PSB [10:54-11:14]
[18] Audio file: Officer Garza interview with PSB [8:20-8:36]
[19] Video file: Sergeant Roy BWC footage [00:26-00:31]
[20] Video file: Sergeant Roy BWC footage [00:30-00:31]
[21] Audio file: Officer Ladines Interview with PSB [11:40-12:07]
[22] Audio file: Officer Ladines Interview with PSB [12:37-12:40]
[23] Attachment: Incident Report 2022-1649049 [Supplement 17, Page 1 & 2]
[24] Attachment: Incident Report 2022-1649049 [Supplement 34, Page 3]
[25] Video file: Officer Garza BWC footage [00:45-00:48]
[26] Audio file: Officer Ladines Interview with PSB [28:11-28:19]
[27] Video file: Officer Ravelo BWC footage [00:18-00:22]
[28] Video file: Officer Garza BWC footage [00:48-00:59]
[29] Video file: Officer Garza BWC footage [00:48-00:59]
[30] Audio file: Sergeant Roy interview with PSB [15:27-15:34]
[31] Video file: Sergeant Roy BWC footage [00:30-00:31]
[32] Audio file: Sergeant Roy interview with PSB [27:33-27:58]
[33] Video file: Sergeant Roy BWC footage [0:32-0:34]
[34] Audio: Sergeant Roy interview with PSB [24:24-24:38]
[35] Audio: Sergeant Roy interview with PSB [16:43-17:01]
[36] Attachment: Incident Report 2022-1649049 [Supplement 39, Page 3]
[37] Attachment: Incident Report 2022-1649049 [Supplement 34, Page 4]
[38] Video file: Sergeant Roy BWC footage [0:24-1:27]
[39] Audio: Sergeant Roy interview with PSB [22:55-23:43]
[40] Audio file: Officer Garza interview with PSB [21:39-22:29]
[41] Audio file: Officer Garza interview with PSB [22:48-28:07]
[42] Attachment: Incident Report 2022-1649049 [Supplement 24, Page 1 & 2]
[43] Attachment: Incident Report 2022-1649049 [Supplement 34, Page 4]
[44] Audio file: Officer Garza interview with PSB [29:45-30:21]
[45] Audio file: Officer Ladines Interview with PSB [13:31-13:46]
[46] Video file: Officer Ravelo BWC footage [01:10-01:25]
[47] Video file: Officer Ladines BWC footage [02:39-02:54]
[48] Attachment: Incident Report 2022-1649049 [Supplement 34, Page 5]
[49] Attachment: Incident Report 2022-1649049 [Supplement 34, Page 4]
[50] Photograph: Scene Photos Items 1-4 [317-337]
[51] Attachment: Incident Report 2022-1649049 [Supplement 34, Page 4]
[52] Photograph: Scene Photos Items 5-21 [341-376]
[53] Attachment: Incident Report 2022-1649049 [Supplement 34, Page 4 & 5]

54 Photograph: Scene Photos Items 36-38 [431-440]
55 Attachment: Incident Report 2022-1649049 [Supplement 34, Page 4 & 5]
56 Photograph: Scene Photos Item 22 [377-381]
57 Attachment: Maricopa County Assessor's Office Parcel Map
58 Video file: Officer Garza BWC footage [1:00-1:02]
59 Attachment: Incident Report 2022-1649049 [Original Report, Page 32]
60 Video file: LNR616_ch13_main_20221102161805_20221102162305.dav [0:01-0:18]
61 Video file: LNR616_ch14_main_20221102162251_20221102162338 [0:22-0:42]
62 Video file: Ring.com 5910ff3d-5509-4ddc-898a-beb847769931 [00:40-1:00]
63 Video file: Ring.com 0ca71516-2690-45ee-a3aa-c67d28ccd034 [00:00-00:14]
64 Video file: Ring.com ce1bc1d8-708f-405c-82b3-6ee0c9b30954 [00:11-1:00]
65 Attachment: Incident Report 2022-1649049 [Supplement 32, Page 1 & 2]
66 Video file: Ring.com 200ecac6-3e1f-4fd9-b848-63ed143c11a6 [00:49-1:06]
67 Video file: Ring.com 47bc869d-9081-4714-a391-0f5f85d3aa60 (1) [00:50-1:06]
68 Attachment: OME Medical and Toxicology Report
69 Attachment: Incident Report 2022-1649049 [Supplement 17, Page 2]
70 Attachment: LSB Report # 202200001649049 0002 [Page 1]
71 Attachment: Incident Report 2022-1649049 [Supplement 39, Page 2]
72 Attachment: LSB Report # 202200001649049 0004 [Page 1]
73 Attachment: Incident Report 2022-1649049 [Supplement 24, Pages 1&2]
74 Attachment: LSB Report # 202200001649049 0003 [Page 1]
75 Audio file: Officer Ladines Interview with PSB [7:54-7:57]
76 Audio file: Officer Ladines Interview with PSB [16:43-16:55]
77 Audio file: Officer Ladines Interview with PSB [10:03-10:10]
78 Audio file: Officer Ladines Interview with PSB [18:02-18:17]
79 Audio file: Officer Ladines Interview with PSB [10:35-11:03]
80 Audio file: Officer Ladines Interview with PSB [19:49-20:08]
81 Audio file: Officer Ladines Interview with PSB [10:54-11:14]
82 Audio file: Officer Ladines Interview with PSB [11:40-12:07]
83 Audio file: Officer Ladines Interview with PSB [22:15-22:32]
84 Audio file: Officer Ladines Interview with PSB [12:20-12:21]
85 Audio file: Officer Ladines Interview with PSB [20:46-20:47]
86 Audio file: Officer Ladines Interview with PSB [12:20-12:36]
87 Audio file: Officer Ladines Interview with PSB [12:37-12:40]
88 Audio file: Officer Ladines Interview with PSB [20:51-21:06]
89 Audio file: Officer Ladines Interview with PSB [21:02-21:06]
90 Audio file: Officer Ladines Interview with PSB [23:18-23:34]
91 Audio file: Officer Ladines Interview with PSB [24:30-24:33]
92 Audio file: Officer Ladines Interview with PSB [23:50-23:57]
93 Audio file: Officer Ladines Interview with PSB [13:08-13:21]
94 Audio file: Officer Ladines Interview with PSB [23:50-23:57]
95 Audio file: Officer Ladines Interview with PSB [28:11-28:19]
96 Audio file: Officer Ladines Interview with PSB [13:27-13:29]
97 Audio file: Officer Ladines Interview with PSB [13:31-13:46]
98 Audio file: Officer Ladines Interview with PSB [14:04-14:48]
99 Video file: Officer Ladines BWC footage [0:01-0:40]
100 Photograph: Scene Photos Item 34 [421-426]
101 Video file: Officer Ladines BWC footage [2:39-2:47]
102 Audio file: Officer Ladines Interview with PSB [15:03-15:51]
103 Audio file: Officer Ladines Interview with PSB [13:52-15:51]
104 Audio file: Officer Garza interview with PSB [5:51-6:04]
105 Attachment: Calls for Service 22001649049
106 Audio file: Officer Garza interview with PSB [7:33-7:49]
107 Audio file: Officer Garza interview with PSB [8:05-8:13]
108 Video file: Officer Garza BWC footage [0:41-0:47]
109 Audio file: Officer Garza interview with PSB [12:49-13:06]

110 Audio file: Officer Garza interview with PSB [8:20-8:36]
111 Audio file: Officer Garza interview with PSB [14:42-15:05]
112 Audio file: Officer Garza interview with PSB [15:10-15:53]
113 Audio file: Officer Garza interview with PSB [15:58-16:18]
114 Audio file: Officer Garza interview with PSB [18:15-18:24]
115 Video file: Officer Garza BWC footage [0:41-0:47]
116 Audio file: Officer Garza interview with PSB [8:37-9:05]
117 Audio file: Officer Garza interview with PSB [9:05-9:31]
118 Audio file: Officer Garza interview with PSB [19:25-19:58]
119 Video file: Officer Garza BWC footage [0:47-1:11]
120 Audio file: Officer Garza interview with PSB [22:48-28:07]
121 Audio file: Officer Garza interview with PSB [21:39-22:29]
122 Audio file: Officer Garza interview with PSB [29:45-30:21]
123 Audio file: Officer Garza interview with PSB [9:54-10:12]
124 Audio file: Officer Garza interview with PSB [10:29-10:36]
125 Audio file: Officer Garza interview with PSB [10:39-10:45]
126 Audio file: Officer Garza interview with PSB [10:52-11:07]
127 Audio file: Officer Garza interview with PSB [11:07-11:46]
128 Video file: Officer Garza BWC footage [5:54-6:36]
129 Attachment: Sergeant Roy (82D) Unit History
130 Attachment: Calls for Service (CFS) 22001648235
131 Attachment: Sergeant Roy (82D) Unit History
132 Attachment: Calls for Service (CFS) 22001649049
133 Audio: Sergeant Roy interview with PSB [5:59-6:20]
134 Audio: Sergeant Roy interview with PSB [6:42-6:51]
135 Audio: Sergeant Roy interview with PSB [8:57-9:02]
136 Audio: Sergeant Roy interview with PSB [8:28-9:18]
137 Audio: Sergeant Roy interview with PSB [22:55-23:43]
138 Audio: Sergeant Roy interview with PSB [9:22-9:30]
139 Audio: Sergeant Roy interview with PSB [9:40-9:41]
140 Audio: Sergeant Roy interview with PSB [14:23-14:46]
141 Audio: Sergeant Roy interview with PSB [20:33-21:20]
142 Audio: Sergeant Roy interview with PSB [15:27-15:34]
143 Audio: Sergeant Roy interview with PSB [9:31-10:01]
144 Audio: Sergeant Roy interview with PSB [14:55-15:24]
145 Video file: Sergeant Roy BWC footage [0:24-1:27]
146 Audio: Sergeant Roy interview with PSB [16:21-16:25]
147 Audio: Sergeant Roy interview with PSB [16:26-16:33]
148 Audio: Sergeant Roy interview with PSB [18:18-18:42]
149 Audio: Sergeant Roy interview with PSB [19:00-19:20]
150 Audio: Sergeant Roy interview with PSB [19:28-19:45]
151 Audio: Sergeant Roy interview with PSB [16:43-17:01]
152 Audio: Sergeant Roy interview with PSB [25:28-25:31]
153 Audio: Sergeant Roy interview with PSB [25:05-25:17]
154 Audio: Sergeant Roy interview with PSB [16:09-16:21]
155 Audio: Sergeant Roy interview with PSB [27:33-27:58]
156 Audio: Sergeant Roy interview with PSB [24:24-24:38]
157 Audio: Sergeant Roy interview with PSB [25:41-26:06]
158 Audio: Sergeant Roy interview with PSB [23:23-23:42]
159 Attachment: OME Medical and Toxicology Report
160 Attachment: MCAO Clearance Letter