# EXHIBIT Y

# DECLARATION OF CUSTODIAN OF RECORDS

I, <u>Shayne Salazar</u>, declare the following under penalty of perjury:

1. I am employed by the City of Phoenix Police Department and:

    ☐ I am a duly authorized Custodian of Records for the Police Department.

    ☒ I am authorized by the Custodian of Records for the Police Department to maintain and disseminate these records.

2. I am employed by the City of Phoenix Police Department and:

    ☐ I am a duly authorized Custodian of Records for the Records for the Phoenix Regional Police Academy.

    ☒ I am authorized by the Custodian of Records for the Phoenix Regional Police Academy to maintain and disseminate these records.

3. On 4/25/2024, I provided the following documents regarding employee(s):

<u>Antonio Garza #10608</u>; Police Department Training file(s).


*Shayne Salazar*                                         4/25/2024
Signature                                                           Date


Shayne Salazar
Printed Name

1

PPD-GARZA000001

Rev. 9/10

**City of Phoenix Police Department**

**Training Bureau**

**Academy Training Record**

Selection: Serial:=10608

Employee Name: Garza, Antonio #10608

| Date | Course # | Course name | Hours | POST Prof/Cont | Status | Serial # at time course taken |
|---|---|---|---|---|---|---|
| 6/24/2024 | 15010 | Use of Force Policy Training - Academy | 20 | N/N | S | 10608 |
| 5/7/2024 | 15062 | Shotgun Quarterly 2024-Q2 | 2 | Y/N | S | 10608 |
| 5/6/2024 | 15061 | Quarterly 40MM Training - 2nd Quarter 2024 | 4 | Y/N | S | 10608 |
| 4/22/2024 | 15041 | Rifle Quarterly 2024-Q2 | 4 | Y/N | A | 10608 |
| 4/8/2024 | 15041 | Rifle Quarterly 2024-Q2 | 4 | Y/N | C | 10608 |
| 4/3/2024 | 15050 | Handgun Optic Tune-Up | 4 | Y/N | A | 10608 |
| 2/6/2024 | 15034 | Quarterly 40MM Training - 1st Quarter 2024 | 4 | Y/N | A | 10608 |
| 2/6/2024 | 14730 | Patrol 40MM Quarterly Training | 4 | N/N | S | 10608 |
| 2/5/2024 | 15013 | Shotgun Quarterly 2024-Q1 | 2 | Y/N | A | 10608 |
| 1/26/2024 | 14456 | Control Holds From Testing for Compliance | 1 | Y/N | A | 10608 |
| 1/26/2024 | 14471 | Compassionate Restraint Takedowns | 1 | Y/N | A | 10608 |
| 1/25/2024 | 14730 | Patrol 40MM Quarterly Training | 4 | N/N | C | 10608 |
| 1/25/2024 | 15013 | Shotgun Quarterly 2024-Q1 | 2 | Y/N | C | 10608 |
| 1/16/2024 | 14980 | Rifle Quarterly 2024-Q1 | 4 | Y/N | A | 10608 |
| 1/12/2024 | 14472 | Introduction to Search Warrant Writing | 10 | Y/N | A | 10608 |
| 1/12/2024 | 14810 | Action vs Reaction | 4 | Y/N | A | 10608 |
| **Subtotal of classes for year: 16** | | | | | | |
| 12/15/2023 | 14977 | Patrol 40MM 4th Quarter Training | 4 | Y/N | A | 10608 |
| 11/21/2023 | 14951 | Rifle Quarterly 2023-Q4 | 4 | Y/N | A | 10608 |
| 10/23/2023 | 14955 | Shotgun Quarterly 2023-4 | 2 | Y/N | A | 10608 |
| 9/6/2023 | 14730 | Patrol 40MM Quarterly Training | 4 | N/N | A | 10608 |
| 8/29/2023 | 14801 | Introduction to Ballistic Shield Live Fire | 4 | N/Y | A | 10608 |
| 7/7/2023 | 14890 | Rifle Quarterly 2023-Q3 | 4 | Y/N | A | 10608 |
| 6/30/2023 | 14455 | Control for Handcuffing | 1 | Y/N | A | 10608 |
| 6/30/2023 | 14471 | Compassionate Restraint Takedowns | 1 | Y/N | A | 10608 |
| 5/19/2023 | 14836 | Rifle Quarterly 2023-Q2 | 4 | Y/N | A | 10608 |
| 4/7/2023 | 14794 | Quarterly Handgun Training 2nd Quarter 2023 | 1 | Y/N | A | 10608 |
| 4/7/2023 | 14836 | Rifle Quarterly 2023-Q2 | 4 | Y/N | C | 10608 |
| 4/5/2023 | 14730 | Patrol 40MM Quarterly Training | 4 | N/N | A | 10608 |
| 3/20/2023 | 14833 | Semi-Automatic Shotgun Certification | 4 | Y/N | A | 10608 |
| 1/25/2023 | 14797 | Rifle Quarterly 2023-Q1 | 4 | Y/N | A | 10608 |
| 1/14/2023 | 14728 | Shotgun Biannual Training 2022-2 | 10 | Y/N | A | 10608 |

PPD-GARZA000002

| Date | Code | Class | Hours | | | |
|---|---|---|---|---|---|---|
| 1/11/2023 | 14783 | Quarterly Handgun Training 1st Quarter 2023 | 0.5 | Y/N | A | 10608 |
| 1/4/2023 | 14783 | Quarterly Handgun Training 1st Quarter 2023 | 0.5 | Y/N | A | 10608 |
| **Subtotal of classes for year: 17** | | | | | | |
| 12/19/2022 | 14787 | Patrol 40MM Less Lethal Instructor Certification | 20 | Y/N | A | 10608 |
| 11/29/2022 | 14172 | Critical Incident Return to Work | 2 | Y/N | A | 10608 |
| 11/5/2022 | 13783 | Tactics In And Around Vehicles During A Dangerous Encounter | 4 | Y/N | A | 10608 |
| 11/5/2022 | 13941 | Advanced High-Risk Stops | 2 | N/Y | A | 10608 |
| 11/3/2022 | 14730 | Patrol 40MM Quarterly Training | 4 | N/N | C | 10608 |
| 10/22/2022 | 14487 | Low Light Identification Quarterly Training | 1 | Y/N | A | 10608 |
| 10/19/2022 | 14570 | Close Quarter Positioning and Control | 4 | Y/N | A | 10608 |
| 10/1/2022 | 14691 | Pre-Attack Indicators | 4 | Y/N | A | 10608 |
| 10/1/2022 | 14394 | Small Team Tactics Utilizing Triangulation | 4 | Y/N | A | 10608 |
| 9/7/2022 | 13917 | 20-Hour Shotgun Operator Certification | 20 | Y/N | A | 10608 |
| 8/22/2022 | 14470 | Patrol 40MM Less Lethal System | 3 | Y/N | S | 10608 |
| 8/12/2022 | 14604 | Rifle Quarterly 2022-3 | 4 | Y/N | A | 10608 |
| 6/23/2022 | 14306 | Proactive Enforcement | 10 | Y/N | S | 10608 |
| 6/10/2022 | 14517 | Threat Identification Inside of Structures | 10 | Y/N | A | 10608 |
| 6/7/2022 | 14571 | Pre-Attack Indicators | 10 | Y/N | C | 10608 |
| 6/3/2022 | 14541 | Advanced Building Search | 5 | Y/N | A | 10608 |
| 5/27/2022 | 14306 | Proactive Enforcement | 10 | Y/N | S | 10608 |
| 5/26/2022 | 14571 | Pre-Attack Indicators | 10 | Y/N | C | 10608 |
| 5/6/2022 | 14541 | Advanced Building Search | 5 | Y/N | C | 10608 |
| 3/23/2022 | 14539 | Rifle Quarterly 2022-2 | 4 | Y/N | A | 10608 |
| 3/4/2022 | 14517 | Threat Identification Inside of Structures | 10 | Y/N | A | 10608 |
| 2/17/2022 | 14512 | Low Light Handgun Shooting | 3 | Y/N | C | 10608 |
| 1/26/2022 | 14484 | Quarterly Handgun-1st Quarter 2022 | 1 | Y/N | A | 10608 |
| 1/20/2022 | 14306 | Proactive Enforcement | 10 | Y/N | C | 10608 |
| 1/19/2022 | 14167 | Immediate Threat Engagements | 3 | Y/N | C | 10608 |
| 1/18/2022 | 13279 | CPR/AED | 4 | N/Y | A | 10608 |
| 1/11/2022 | 14516 | Shooter Biomechanics Development | 2 | Y/N | A | 10608 |
| 1/11/2022 | 14502 | Drawing From Concealment | 4 | Y/N | A | 10608 |
| **Subtotal of classes for year: 28** | | | | | | |
| 12/27/2021 | 13359 | Advanced Basics on Steel | 3 | Y/N | A | 10608 |
| 12/16/2021 | 13956 | 40-Hour Rifle Operator Certification | 40 | Y/N | A | 10608 |
| 10/4/2021 | 8731 | AZ POST Catalog Firearms Instructor | 80 | Y/N | A | 10608 |

PPD-GARZA000003

**City of Phoenix Police Department**
**Training Bureau**
**Academy Training Record**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/29/2021 | 14153 | Low Light Handgun Training | 3 | Y/N | A | 10608 |
| 9/23/2021 | 13917 | 20-Hour Shotgun Operator Certification | 20 | Y/N | C | 10608 |
| 6/15/2021 | 13953 | SAU Handgun Speed vs. Accuracy | 2 | Y/N | A | 10608 |
| 6/5/2021 | 11389 | Accuracy Works 3 - Low Light | 0.33 | Y/N | A | 10608 |
| **Subtotal of classes for year: 7** | | | | | | |
| 6/18/2019 | 13626 | Special Assignments Unit - CQB/Team Movement | 2 | Y/N | A | 10608 |
| **Subtotal of classes for year: 1** | | | | | | |

PPD-GARZA000004

**City of Phoenix Police Department**
**Training Bureau**

**Phoenix Police Center For Higher Learning - Employee Training Record**

Selections: Begin and End Date= 1/1/2018 - 8/2/2019, Employee ID: 075458

| | |
|---|---|
| **Employee Name:** | **Garza, Antonio** |
| **Serial Number:** | **10608** |
| **Employee ID:** | **075458** |
| **Bureau/Precinct:** | **800** |

| Course Name | Course # | Course Hours | Date Started | Date Completed |
|---|---|---|---|---|
| Patrol Division Tactics and Force Options 2018 | 1807-13327C | 1.0 | 07/31/2019 | 07/31/2019 |
| Tactics and Communications 2018 | 1808-13344C | 1.0 | 07/31/2019 | 07/31/2019 |
| Patrol Negotiations 2018 | 1810-13445C | 1.0 | 07/31/2019 | 07/31/2019 |
| 2018-19 Fentanyl Safety Course | 1810-13468 | 0.5 | 06/26/2019 | 06/26/2019 |
| 2019 Hazard Communications | 1902-13278C | 0.5 | 06/27/2019 | 06/27/2019 |
| 2019 Respiratory Protection | 0319-13553C | 2.0 | 06/24/2019 | 06/24/2019 |
| 2019 Avon C50 Gas Mask Familiarization | 19-AvonC50 | 0.0 | 06/27/2019 | 06/27/2019 |
| 2019 - Communication in Volatile Incidents | 0619-13692C | 2.0 | 06/27/2019 | 06/27/2019 |
| **Total: 8 Course(s)** | | | | |

Created by ITB                                   Page 1 of 1                              Report run by PPSB\082685
MoodleTrainCourse                                                                         Report executed on 4/25/2024 1:11:46 PM
PPD-GARZA000005

City of Phoenix Police Department
**Training Bureau**
Phoenix Police Center For Higher Learning - Employee Training Record

Selections: Begin and End Date= 8/3/2019 - 4/25/2024, Employee ID: 075458; Course Type: All

|  |  |
|---|---|
| Employee Name: | Garza, Antonio |
| Serial Number: | 10608 |
| Employee ID: | 075458 |
| Bureau/Precinct: | 800 |
| Displaying Course Types | All Courses |

| Course Name | Course # | Course Hours | Mandatory | Date Enrolled | Date Started | Date Completed |
|---|---|---|---|---|---|---|
| 2019 - Taser Annual Recertification 2 part series | 0819-13754C/P (1C&1P) | 2.00 | Yes | 09/23/2019 | 10/11/2019 | 10/22/2019 |
| Patrol Division Tactics and Force Options 2018 | 2018-13327C | 1.00 | No | 08/22/2019 | 10/13/2019 | 10/13/2019 |
| Force Options - Afternoon Proficiency Training - 2018-2019 | 2018-13482P | 4.00 | Yes | | 08/21/2019 | 08/21/2019 |
| Force Options - Morning Proficiency Training - 2018-2019 | 2018-13483P | 6.00 | Yes | | 08/21/2019 | 08/21/2019 |
| 2018-Behavioral Health Intervention & Strategies for Law Enforcement - Mandatory | 2018-1851C | 4.50 | Yes | | 12/20/2019 | 12/22/2019 |
| 2019 Legal Unit Update on Title 28 - Mandatory | 2018-LU2019 | 0.50 | Yes | | 12/26/2019 | 12/26/2019 |
| 2019 Bloodborne Pathogen Training | 2019-13143C | 0.50 | Yes | | 12/26/2019 | 12/26/2019 |
| 2019 Transit Course - Mandatory | 2019-13435C | 1.00 | Yes | | 11/15/2019 | 11/15/2019 |
| 2018-2019 Crisis Support Training - Mandatory | 2019-13494C | 3.00 | Yes | | 12/26/2019 | 12/26/2019 |
| 2019 - Body Worn Camera Training Update - Mandatory | 2019-13702C | 1.00 | Yes | 08/15/2019 | 10/13/2019 | 10/13/2019 |
| 2019 - Driving Track Training - Mandatory | 2019-13719C | 2.00 | Yes | | 06/04/2020 | 06/04/2020 |
| 2019 - City of Phoenix Firearms - Order of Protection Plan - Mandatory | 2019-13753C | 0.50 | Yes | 09/13/2019 | 10/06/2019 | 10/06/2019 |
| 2019 - Taser Annual Recertification Training - Mandatory | 2019-13754C | 2.00 | Yes | | 06/03/2020 | 06/03/2020 |
| 2019 Leave and Attendance Policies Update - Mandatory | 2019-Fiscal | 0.00 | Yes | | 10/13/2019 | 10/13/2019 |
| CPTI & NPF - Pointed Gun at Person (PGP) - Mandatory | 2019-PGP-NPF | 0.50 | Yes | 08/05/2019 | 08/15/2019 | 08/15/2019 |
| Public Record Request System | 2019-PRRS | 0.00 | No | | 12/30/2022 | 12/30/2022 |
| 2020 Bloodborne Pathogens | 2020-13143C | 0.50 | Yes | | 06/17/2020 | 10/17/2020 |
| 2020 Hearing Conservation | 2020-13277C | 0.50 | Yes | | 07/22/2020 | 07/22/2020 |
| 2020 Hazard Communications | 2020-13278C | 0.50 | Yes | | 06/17/2020 | 06/17/2020 |
| 2020 Respiratory Protection | 2020-13553C | 2.00 | Yes | | 06/17/2020 | 06/17/2020 |
| 2020 - TASER 7 TILT SELECT | 2020-14051 | 0.00 | Yes | | 10/23/2020 | 10/23/2020 |

PPD-GARZA000006

Case 2:23-cv-00836-MTL-CDB   Document 104-10   Filed 01/28/26   Page 8 of 17

**City of Phoenix Police Department**
**Training Bureau**
**Phoenix Police Center For Higher Learning - Employee Training Record**

PPD-GARZA000007
Created by ITB                    Page 2 of 6                    Report run by PPSB\082685
MoodleTrainCourse                                Report executed on 4/25/2024 1:13:15 PM

| Course | Code | Hours | Completed | Start Date | End Date |
|---|---|---|---|---|---|
| 2020 - AZPOINT - Order of Protections ONLINE - Mandatory | 2020-AZPOINT | 0.00 | Yes | 12/20/2019 | 10/16/2020 |
| 2020 - COMPASSIONATE RESTRAINT | 2020-CompRestraint | 0.00 | Yes | | 10/16/2020 |
| 2020 FIU Evidence Upload Training | 2020-FIU-Upload | 0.00 | Yes | | 10/17/2020 |
| 2020 - HOMELESSNESS | 2020-HOMELESS | 0.00 | Yes | | 10/17/2020 |
| 2020 - Personal Protective Equipment-PPE | 2020-PPE:Safety | 0.00 | Yes | | 06/17/2020 |
| 2020 SPIT HOOD | 2020-SPITHOOD | 0.00 | Yes | | 10/16/2020 |
| 2020 - Tactical Advantage #14: OPS 1.5.4 - Deadly Force/Vehicles | 2020-TA#14:Deadly Force/Vehicles | 0.00 | Yes | | 10/17/2020 |
| 2020 - TERRY FRISK | 2020-TACFRISK | 0.00 | Yes | | 10/17/2020 |
| 2021 - AZPOINT Update - Mandatory | 2021-AZPOINT UPDATE | 0.00 | Yes | 03/29/2021 | 03/30/2021 |
| 2021 - IMPLICIT BIAS REFRESHER - Mandatory | 2021-IBT-REFRESHER | 0.00 | Yes | 06/03/2021 | 06/14/2021 |
| 2021 Mexican Consular ID - Mandatory | 2021-MXConsularID | 0.00 | Yes | 04/08/2021 | 06/14/2021 |
| 2021- Prop 207 Training - Mandatory | 2021-Prop207 | 0.00 | Yes | 01/04/2021 | 03/30/2021 |
| 2021 - TOURNIQUET - Mandatory | 2021-TOURNIQUET | 0.00 | Yes | 01/05/2021 | 03/30/2021 |
| 2021 - USING VEHICLES AS COVER - Mandatory | 2021-UVAC | 0.00 | Yes | 12/29/2020 | 03/30/2021 |
| FIB - ChildHelp CAP Council First Responder Training | 2023 - FIBChildHelpC | 0.75 | Yes | | 11/22/2023 |
| 2023 Bloodborne Pathogens | 2023-13143C | 0.50 | Yes | | 12/27/2023 |
| 2023 Hearing Conservation | 2023-13277C | 0.50 | Yes | | 12/27/2023 |
| 2023 Hazard Communication | 2023-13278C | 0.50 | Yes | | 12/28/2023 |
| 2023 - Emergency Evac | 2023-13907C | 2.00 | Yes | | 09/28/2023 |
| 2023 - Radiation Training | 2023-14347C | 1.00 | Yes | | 09/28/2023 |
| 2023 - IMPLICIT BIAS REFRESHER - Mandatory | 2023-IBT REFRESHERC | 1.00 | Yes | | 10/06/2023 |
| 2023 - TIME DISTANCE COVER PART 2 - Mandatory | 2023-TIME DISTANCE COVER PART 2 | 0.25 | Yes | | 10/07/2023 |
| 2023 - TIME DISTANCE COVER PART 3 - Mandatory | 2023-TIME DISTANCE COVER PART 3 | 0.25 | Yes | | 10/07/2023 |
| OBT Video 75-2023 - COB - DESIGNATION OF PROPERTY OWNERSHIP IN FBR | OBT75-2023C | 0.25 | No | | 11/22/2023 |

PPD-GARZA000008
Created by ITB          Page 3 of 6          Report run by PPSB\082685
MoodleTrainCourse                            Report executed on 4/25/2024 1:13:15 PM

**City of Phoenix Police Department**
**Training Bureau**
**Phoenix Police Center For Higher Learning - Employee Training Record**

| Date |
|---|
| 10/16/2020 |
| 10/17/2020 |
| 10/17/2020 |
| 10/17/2020 |
| 06/17/2020 |
| 10/16/2020 |
| 10/17/2020 |
| 10/17/2020 |
| 03/30/2021 |
| 06/14/2021 |
| 06/14/2021 |
| 03/30/2021 |
| 03/30/2021 |
| 03/30/2021 |
| 11/30/2023 |
| 12/27/2023 |
| 12/28/2023 |
| 12/28/2023 |
| 09/28/2023 |
| 09/28/2023 |
| 10/07/2023 |
| 10/07/2023 |
| 10/07/2023 |
| 11/22/2023 |

Created by ITB　　　Page 4 of 6　　　Report run by PPSB\082685
MoodleTrainCourse　　　　　　Report executed on 4/25/2024 1:13:15 PM
PPD-GARZA000009



**City of Phoenix Police Department**

**Training Bureau**

**Phoenix Police Center For Higher Learning - Employee Training Record**

| | | | | | |
|---|---|---|---|---|---|
| OBT Video 77-2023 - TRC9 | OBT77-2023C | 0.25 | No | | 11/22/2023 |
| OBT Video 79-2023 - HDB - Phoenix Intelligence Center PIC | OBT79-2023C | 0.25 | No | | 11/22/2023 |
| OBT Video 80-2023 - TRN - Yoga for First Responders | OBT80-2023C | 0.25 | No | | 09/28/2023 |
| OBT Video 82-2023 - TRN - Police1 Academy Introduction | OBT82-2023C | 0.25 | No | | 12/27/2023 |
| **Total:  49 Course(s)** | | | | | |

**City of Phoenix Police Department**

**Training Bureau**

**Phoenix Police Center For Higher Learning - Employee Training Record**

| |
|---|
| 11/22/2023 |
| 11/22/2023 |
| 09/28/2023 |
| 12/27/2023 |
| |

**City of Phoenix Police Department**
**Training Academy**
Academy Weapon Scores

Selection: Serial Number=10608 Employee Name=Garza, Antonio

| Serial Num | Date | Qual Type | Weapon | Weapon Serial Num | Caliber | Score A/B/Remedial | Day / Night | Primary/ Secondary | City/ Personal | RDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 10608 | 02/05/2024 | AQ2024 | Decision Making | N/A | N/A | 1 / 0 / 0 | D | P | C | N |
|  | 02/05/2024 | AQ2024 | Benelli M4 | Y192274413 | 12GA | 13 / 0 / 0 | D | S | P | N |
|  | 01/16/2024 | RIFLE ANNUAL 2024 | Daniel Defense | DDM4461150 | .223 | 140 / 0 / 0 | D | S | C | N |
|  | 01/16/2024 | AQ2024 | Glock 17 | CAGN697 | 9MM | 195 / 0 / 0 | D | P | P | N |
|  | 10/13/2023 | AQ2023 | Decision Making | N/A | N/A | 1 / 0 / 0 | D | P | C | N |
|  | 08/15/2023 | New Gun | WALTHER PDP | FDZ5189 | 9MM | 200 / 0 / 0 | D | S | P | N |
|  | 04/11/2023 | N/A | Decision Making | N/A | N/A | 1 / 0 / 0 | D | P | C | N |
|  | 04/05/2023 | Quarterly | 40mm L-140 | ASSIGNED | N/A | 1 / 0 / 0 | D | S | C | N |
|  | 03/20/2023 | Certify | Bennil M4 | Y192744B | 12GA | 90 / 0 / 0 | D | S | P | Y |
|  | 01/25/2023 | AQ2023 | Daniel Defense | DDM4461150 | .223 | 95 / 0 / 0 | D | S | C | N |
|  | 01/14/2023 | Bi-Annual | Remington 870P | D306432M | 12GA | 100 / 0 / 0 | D | S | C | N |
|  | 01/03/2023 | AQ2023 | Glock 19X MRDS | BVNX703 | 9MM | 250 / 0 / 0 | D | S | P | Y |
|  | 01/03/2023 | AQ2023 | CZ P10F MRDS | UB10901 | 9MM | 250 / 228 / 0 | D | P | P | Y |
|  | 11/21/2022 | AQ2022 | Decision Making | N/A | N/A | 1 / 0 / 0 | D | P | C | N |
|  | 10/20/2022 | New Gun | Daniel Defense | DDM4461150 | .223 | 100 / 0 / 0 | D | S | C | N |
|  | 09/08/2022 | Certify | Remington 870P | D306432M | 12GA | 100 / 0 / 0 | D | S | C | N |
|  | 08/12/2022 | Quarterly | Colt AR | LE087095 | .223 | 100 / 0 / 0 | D | S | C | N |
|  | 08/12/2022 | AQ2022 | Glock 19X MRDS | BVNX706 | 9MM | 250 / 0 / 0 | D | P | P | Y |
|  | 06/01/2022 | Bi-Annual | Glock 34 MRDS | bntn092 | 9MM | 225 / 0 / 0 | D | S | P | N |
|  | 06/01/2022 | AQ2022 | Glock 19C MRDS | ADAB783 | 9MM | 235 / 0 / 0 | D | S | P | Y |
|  | 05/02/2022 | AQ2022 | CZ P10F MRDS | UB10901 | 9MM | 250 / 210 / 0 | D | P | P | Y |
|  | 03/23/2022 | Quarterly | Colt AR | LE087095 | .223 | 95 / 0 / 0 | D | P | C | Y |
|  | 02/08/2022 | Quarterly | Colt AR | LE087095 | .223 | 10 / 100 / 0 | D | P | C | N |
|  | 12/16/2021 | Certify | Colt AR | LE087095 | .223 | 100 / 0 / 0 | D | P | C | N |
|  | 09/22/2021 | AQ2021 | Glock 34 MRDS | bntn092 | 9MM | 250 / 0 / 0 | D | P | C | N |

PPD-GARZA000012

Created by ITB Software Development Group   Page 1 of 2   Report run by PPSB\082685
Weapon Scores   Report executed on 4/25/2024 1:14:31 PM

**City of Phoenix Police Department**
Training Academy
Academy Weapon Scores

| Serial Num | Date | Qual Type | Weapon | Weapon Serial Num | Caliber | Score A/B/Remedial | Day / Night | Primary/ Secondary | City/ Personal | RDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 10608 | 01/30/2021 | AQ2021 | Glock 19C MRDS | ADAB783 | 9MM | 250 / 232 / 0 | D | P | P | Y |
| | 01/30/2021 | AQ2021 | Glock 17 | BKHF989 | 9MM | 250 / 0 / 0 | D | S | P | N |
| | 01/30/2021 | AQ2021 | Decision Making | N/A | N/A | 1 / 0 / 0 | D | P | C | N |
| | 01/11/2021 | AQ2022 | Decision Making | N/A | N/A | 1 / 0 / 0 | D | P | C | N |
| | 05/29/2020 | AQ2020 | Glock 19C MRDS | ADAB783 | 9MM | 250 / 0 / 0 | D | P | P | N |
| | 05/22/2020 | AQ2020 | Decision Making | N/A | N/A | 1 / 0 / 0 | D | S | C | N |
| | 03/24/2020 | AQ2020 | Glock 26 | BGHH929 | 9MM | 240 / 0 / 0 | D | P | P | N |
| | 03/24/2020 | AQ2020 | Glock 34 | BKCL822 | 9MM | 250 / 0 / 0 | D | P | P | N |
| | 02/25/2020 | AQ2020 | Glock 17 | BKHF989 | 9MM | 245 / 0 / 0 | D | P | C | N |
| | 01/10/2020 | AQ2020 | Glock 34 MRDS | BKCK936 | 9MM | 245 / 0 / 0 | D | P | P | Y |
| | 08/13/2019 | AQ2019 | Decision Making | N/A | N/A | 1 / 0 / 0 | D | S | C | |
| | 04/02/2019 | Certify | Stun Bag | armory | N/A | 100 / 0 / 0 | D | S | C | |
| | 02/06/2019 | Academy Final | Glock 17 | BGTT558 | 9mm | 250 / 250 / 0 | D | P | C | |
| | 01/30/2019 | Academy Final | Glock 17 | BKHF989 | 9MM | 250 / 250 / 0 | N | P | C | N |
| | 01/22/2019 | Academy Final | Decision Making | N/A | N/A | 1 / 0 / 0 | D | P | C | N |

PPD-GARZA000013

| Report Title: | PPD Employee Training Transcript |
|---|---|
| Report Generated Date/Time: | 04/25/2024 01:16 PM |
| Report Source: | phxyou.csod.com |
| User - User ID is equal to: 075458 | |

| Emp Name | Course Code | Course Title | Session ID | Sum Employee Transcript Hrs. | Course Completed Date | Transcript - Police Continuing Educ | Transcript - Police Proficiency |
|---|---|---|---|---|---|---|---|
| Garza, Antoni | | POL106-ONL- 2024 Hearing Conservation | | 1.00 | 04/10/2024 11:35 PM | | |
| Garza, Antoni | | POL100-ONL-Animal Control Pole | | 0.25 | 04/10/2024 11:14 PM | 0.25 | |
| Garza, Antoni | | 2023 Annual Security Awareness Training | | 1.00 | 10/14/2023 12:15 AM | | |
| Garza, Antoni | | HRS125-ONL-A.R. 1.60: Public Records Request F | | 0.17 | 02/10/2023 12:44 AM | | |
| Garza, Antoni | | 2022 Annual Security Awareness Training | | 1.00 | 10/08/2022 04:30 AM | | |
| Garza, Antoni | PF0177 | PF0177-Immediate Threat Engagement | 0008 | | 10/29/2021 03:00 PM | 0.00 | 3.00 |
| Garza, Antoni | | 2021 Annual Security Awareness Training | | 1.00 | 10/27/2021 08:48 PM | | |
| Garza, Antoni | PG0098 | PG0098-Law Enforcement Tactical Casua | 0134 | | 09/20/2021 03:00 PM | 0.00 | 8.00 |
| Garza, Antoni | PF0141 | PF0141-Advanced Basics on Steel | 0085 | | 08/31/2021 10:00 PM | 0.00 | 3.00 |
| Garza, Antoni | PF0177 | PF0177-Immediate Threat Engagement | 0004 | | 08/27/2021 10:00 PM | 0.00 | 3.00 |
| Garza, Antoni | PF0141 | PF0141-Advanced Basics on Steel | 0083 | | 08/19/2021 09:00 PM | 0.00 | 3.00 |
| Garza, Antoni | PF0169 | PF0169-Accuracy First | 0007 | | 08/18/2021 10:00 AM | 0.00 | 3.00 |
| Garza, Antoni | PF0177 | PF0177-Immediate Threat Engagement | 0002 | | 08/17/2021 10:00 PM | 0.00 | 3.00 |
| Garza, Antoni | PF0178 | PF0178-Performance Based Handgun Trng | 0003 | | 08/16/2021 10:00 AM | 0.00 | 3.00 |
| Garza, Antoni | PF0143 | PF0143-Combat Handgun Skills 2 | 0066 | | 07/27/2021 11:00 AM | 0.00 | 3.00 |
| Garza, Antoni | PF0141 | PF0141-Advanced Basics on Steel | 0078 | | 07/22/2021 11:00 AM | 0.00 | 3.00 |
| Garza, Antoni | PF0143 | PF0143-Combat Handgun Skills 2 | 0065 | | 05/25/2021 04:00 PM | 0.00 | 3.00 |
| Garza, Antoni | PT0164 | PT0164-2021 Module Tactical Patrol Sc | 0016 | | 05/22/2021 11:59 PM | 0.00 | 4.00 |
| Garza, Antoni | PT0163 | PT0163-2021 Module Defensive Tactics | 0018 | | 05/22/2021 07:00 PM | 0.00 | 2.00 |

| Name | Code | Course | Session | | Date | Hours1 | Hours2 |
|---|---|---|---|---|---|---|---|
| Garza, Antoni | PT0161 | PT0161-2021 Module Use of Force Revie | 0006 | | 05/22/2021 04:00 PM | 0.00 | 1.00 |
| Garza, Antoni | PF0171 | PF0171-Low Light Handgun Training | 0008 | | 04/15/2021 04:00 PM | 0.00 | 3.00 |
| Garza, Antoni | PG0093 | PG0093-School Safety Officer | 0036 | | 03/25/2021 03:00 PM | 5.00 | 0.00 |
| Garza, Antoni | PF0123 | PF0123-Stunbag Recertification | 0177 | | 01/30/2021 08:00 AM | 0.00 | 1.00 |
| Garza, Antoni | | 2020 Annual Security Awareness Training | | 1.00 | 10/23/2020 08:34 PM | | |
| Garza, Antoni | PF0143 | PF0143-Combat Handgun Skills 2 | 0060 | | 10/22/2020 09:00 PM | 0.00 | 3.00 |
| Garza, Antoni | PF0141 | PF0141-Advanced Basics on Steel | 0063 | | 10/14/2020 03:00 PM | 0.00 | 3.00 |
| Garza, Antoni | PT0011 | PT0011-RIPP Restraint Hobble | 0058 | | 10/10/2020 08:30 PM | 0.00 | 1.00 |
| Garza, Antoni | PT0153 | PT0153-Compassionate Restraint Update | 0015 | | 10/10/2020 07:30 PM | 0.00 | 4.00 |
| Garza, Antoni | PF0142 | PF0142-Combat Handgun Skills 1 | 0054 | | 10/06/2020 09:00 PM | 0.00 | 3.00 |
| Garza, Antoni | PG0282 | PG0282-Combat Application Tourniquet | 0017 | | 10/03/2020 03:30 PM | 0.50 | 0.00 |
| Garza, Antoni | PT0142 | PT0142-Tactics In And Around Vehicles | 0043 | | 10/02/2020 09:00 PM | 0.00 | 4.00 |
| Garza, Antoni | PF0143 | PF0143-Combat Handgun Skills 2 | 0057 | | 09/17/2020 03:00 PM | 0.00 | 3.00 |
| Garza, Antoni | PF0142 | PF0142-Combat Handgun Skills 1 | 0053 | | 09/03/2020 10:00 AM | 0.00 | 3.00 |
| Garza, Antoni | PF0141 | PF0141-Advanced Basics on Steel | 0059 | | 07/31/2020 10:00 AM | 0.00 | 3.00 |
| Garza, Antoni | PF0141 | PF0141-Advanced Basics on Steel | 0058 | | 07/14/2020 09:00 PM | 0.00 | 3.00 |
| Garza, Antoni | PF0143 | PF0143-Combat Handgun Skills 2 | 0053 | | 07/09/2020 10:00 PM | 0.00 | 3.00 |
| Garza, Antoni | PF0159 | PF0159-Low-Light Live Fire | 0002 | | 06/18/2020 11:00 PM | 0.00 | 4.00 |
| Garza, Antoni | PF0142 | PF0142-Combat Handgun Skills 1 | 0049 | | 05/29/2020 10:00 AM | 0.00 | 3.00 |
| Garza, Antoni | PT0148 | PT0148-Taser 7 Transition User Course | 0039 | | 05/18/2020 03:00 AM | 0.00 | 5.00 |
| Garza, Antoni | PF0141 | PF0141-Advanced Basics on Steel | 0055 | | 05/05/2020 10:00 AM | 0.00 | 3.00 |
| Garza, Antoni | PF0056 | PF0056-Stunbag Shotgun Recert | 0648 | | 03/24/2020 03:00 PM | 0.00 | 0.50 |
| Garza, Antoni | PF0160 | PF0160-Handgun Optic Training | 0014 | | 01/10/2020 10:00 PM | 4.00 | 10.00 |
| Garza, Antoni | PG0257 | PG0257-Naloxone Administration for LE | 0019 | | 07/11/2019 03:30 PM | 1.00 | 0.00 |
| Garza, Antoni | PG0098 | PG0098-Law Enforcement Tactical Casua | 0110 | | 04/16/2019 04:00 PM | 0.00 | 8.00 |
| Garza, Antoni | PG0208 | PG0208-Biological Evidence Collection | 0033 | | 04/15/2019 04:00 PM | 3.00 | 0.00 |
| Garza, Antoni | PM0045 | PM0045-Post Academy Stop Sticks-P-HRV | 0008 | | 04/11/2019 04:00 PM | 0.00 | 10.00 |
| Garza, Antoni | PG0102 | PG0102-RMS 102 Field Based Reporting | 0124 | | 04/11/2019 02:00 PM | 20.00 | 0.00 |
| Garza, Antoni | PG0191 | PG0191-Weapons of Mass Destruction | 0027 | | 04/08/2019 02:30 PM | 1.00 | 0.00 |
| Garza, Antoni | PG0220 | PG0220-Bloodborne Pathogen Training | 0014 | | 04/08/2019 11:30 AM | 0.50 | 0.00 |
| Garza, Antoni | PG0149 | PG0149-Operational Capabilities LSB | 0027 | | 04/08/2019 09:00 AM | 3.00 | 0.00 |
| Garza, Antoni | PG0122 | PG0122-2015 Module Crisis Communicati | | 3.00 | 04/04/2019 12:00 PM | 3.00 | 0.00 |
| Garza, Antoni | PF0140 | PF0140-Stunbag Certification | 0005 | | 04/02/2019 08:00 PM | 0.00 | 5.00 |
| Garza, Antoni | PC0246 | PC0246-Portable and Mobile Radios | 0043 | | 04/02/2019 03:00 PM | 0.00 | 0.00 |
| Garza, Antoni | PF0049 | PF0049-Handgun Tactical Light Cert | 0127 | | 04/02/2019 09:00 AM | 0.00 | 2.00 |
| Garza, Antoni | PG0467 | PG0467-Post Academy Decison Making Sc | 0023 | | 03/28/2019 04:00 PM | 0.00 | 4.00 |
| Garza, Antoni | PT0120 | PT0120-Carotid Control | 0013 | | 03/28/2019 04:00 PM | 0.00 | 2.00 |
| Garza, Antoni | PG0109 | PG0109-Career Survival | 0040 | | 03/27/2019 04:00 PM | 2.00 | 0.00 |
| Garza, Antoni | PT0107 | PT0107-Crisis Response | 0016 | | 03/27/2019 11:00 AM | 0.00 | 8.00 |
| Garza, Antoni | PT0029 | PT0029-Small Team Tactics (Post Acad) | 0043 | | 03/27/2019 08:00 AM | 0.00 | 2.50 |

PPD-GARZA000015

| | | | | | | |
|---|---|---|---|---|---|---|
| Garza, Antoni | PT0069 | PT0069-Ground Fighting | 0041 | | 03/26/2019 04:00 PM | 0.00 | 4.00 |
| Garza, Antoni | PT0011 | PT0011-RIPP Restraint Hobble | 0041 | | 03/26/2019 02:00 PM | 0.00 | 1.00 |
| Garza, Antoni | PT0073 | PT0073-Taser X2 Operator | 0139 | | 03/25/2019 04:00 PM | 0.00 | 5.00 |
| Garza, Antoni | PT0063 | PT0063-Patrol Ballistic Shield Operat | 0039 | | 03/25/2019 11:00 AM | 0.00 | 4.00 |