# EXHIBIT Z

## DECLARATION OF CUSTODIAN OF RECORDS

I, <u>Shayne Salazar</u>, declare the following under penalty of perjury:

1.      I am employed by the City of Phoenix Police Department and:

☐      I am a duly authorized Custodian of Records for the Police Department.

☒      I am authorized by the Custodian of Records for the Police Department to maintain and disseminate these records.

2.      I am employed by the City of Phoenix Police Department and:

☐      I am a duly authorized Custodian of Records for the Records for the Phoenix Regional Police Academy.

☒      I am authorized by the Custodian of Records for the Phoenix Regional Police Academy to maintain and disseminate these records.

3.      On 4/25/2024, I provided the following documents regarding employee(s):

<u>Autumn Ladines #10262</u>; Police Department Training file(s).


*Shayne Salazar*          4/25/2024
Signature                          Date

Shayne Salazar
Printed Name

1

PPD-LADINES000001

Rev. 9/10

**City of Phoenix Police Department**

**Training Bureau**

**Academy Training Record**

Selection: Serial:=10262

Employee Name:  Ladines, Autumn R #10262

| Date | Course # | Course name | Hours | POST Prof/Cont | Status | Serial # at time course taken |
|------|----------|-------------|-------|----------------|--------|-------------------------------|
| 5/20/2024 | 15061 | Quarterly 40MM Training - 2nd Quarter 2024 | 4 | Y/N | S | 10262 |
| 5/15/2024 | 15010 | Use of Force Policy Training - Academy | 20 | N/N | S | 10262 |
| 5/1/2024 | 14850 | ICAT Integrating Communication, Assessment, and Tactics | 10 | N/Y | S | 10262 |
| 4/29/2024 | 14579 | Active Bystandership for Law Enforcement (ABLE) | 8 | N/Y | S | 10262 |
| 4/23/2024 | 14726 | Downtown Operations Unit, Tactical Response Unit, Grenadier Training | 20 | Y/N | C | 10262 |
| 4/23/2024 | 14722 | Tactical Response Unit  - Mobile Field Force | 10 | N/Y | S | 10262 |
| 4/17/2024 | 14850 | ICAT Integrating Communication, Assessment, and Tactics | 10 | N/Y | C | 10262 |
| 3/8/2024 | 14730 | Patrol 40MM Quarterly Training | 4 | N/N | C | 10262 |
| 3/7/2024 | 14730 | Patrol 40MM Quarterly Training | 4 | N/N | S | 10262 |
| 3/7/2024 | 15034 | Quarterly 40MM Training - 1st Quarter 2024 | 4 | Y/N | A | 10262 |
| 2/29/2024 | 15012 | 10-Hour Intelligence Officer Program Mandatory Quarterly Training - First Quarter 2024 | 10 | N/Y | A | 10262 |
| 2/7/2024 | 14980 | Rifle Quarterly 2024-Q1 | 4 | Y/N | A | 10262 |
| **Subtotal of classes for year: 12** | | | | | | |
| 11/30/2023 | 14977 | Patrol 40MM 4th Quarter Training | 4 | Y/N | A | 10262 |
| 11/30/2023 | 14977 | Patrol 40MM 4th Quarter Training | 4 | Y/N | C | 10262 |
| 11/22/2023 | 14977 | Patrol 40MM 4th Quarter Training | 4 | Y/N | C | 10262 |
| 11/1/2023 | 14951 | Rifle Quarterly 2023-Q4 | 4 | Y/N | A | 10262 |
| 9/20/2023 | 14890 | Rifle Quarterly 2023-Q3 | 4 | Y/N | A | 10262 |
| 9/18/2023 | 14930 | 10- Hour Intelligence Officer Program Mandatory Quarterly Training | 10 | N/Y | A | 10262 |
| 9/6/2023 | 14730 | Patrol 40MM Quarterly Training | 4 | N/N | A | 10262 |
| 7/11/2023 | 14479 | Defensive Tactics - Impact Weapons Instructor | 80 | Y/N | A | 10262 |
| 6/3/2023 | 14836 | Rifle Quarterly 2023-Q2 | 4 | Y/N | A | 10262 |
| 4/5/2023 | 14730 | Patrol 40MM Quarterly Training | 4 | N/N | A | 10262 |
| 3/29/2023 | 14797 | Rifle Quarterly 2023-Q1 | 4 | Y/N | A | 10262 |
| 1/18/2023 | 14691 | Pre-Attack Indicators | 4 | Y/N | A | 10262 |
| 1/18/2023 | 14765 | Small Team Tactics Utilizing Triangulation | 4 | Y/N | A | 10262 |
| 1/4/2023 | 14783 | Quarterly Handgun Training 1st Quarter 2023 | 0.5 | Y/N | A | 10262 |
| **Subtotal of classes for year: 14** | | | | | | |
| 12/21/2022 | 14708 | Rifle Quarterly 2022-4 | 4 | Y/N | A | 10262 |
| 12/19/2022 | 14787 | Patrol 40MM Less Lethal Instructor Certification | 20 | Y/N | A | 10262 |
| 11/17/2022 | 13428 | Special Assignments Unit - Level II Search Warrant Service School | 20 | Y/N | A | 10262 |

PPD-LADINES000002

Advanced Training                                                                   Report executed on 4/25/2024 2:15:26 PM

**City of Phoenix Police Department**

**Training Bureau**

**Academy Training Record**

| Date | Class # | Class Name | Hours | Y/N | A | Code |
|---|---|---|---|---|---|---|
| 9/30/2022 | 14604 | Rifle Quarterly 2022-3 | 4 | Y/N | A | 10262 |
| 5/17/2022 | 13991 | Stunbag Shotgun Recertification | 0.5 | Y/N | A | 10262 |
| 5/4/2022 | 14485 | Quarterly Handgun-2nd Quarter 2022 | 1 | Y/N | A | 10262 |
| 4/20/2022 | 14539 | Rifle Quarterly 2022-2 | 4 | Y/N | A | 10262 |
| 2/28/2022 | 14344 | Handgun Optic Training (Red Dot) | 15 | Y/N | A | 10262 |
| 1/25/2022 | 14511 | Rifle Quarterly 2022-1 | 4 | Y/N | A | 10262 |
| 1/12/2022 | 14484 | Quarterly Handgun-1st Quarter 2022 | 1 | Y/N | A | 10262 |
| **Subtotal of classes for year: 10** | | | | | | |
| 12/6/2021 | 8737 | AZ POST Catalog Rifle Instructor School | 40 | Y/N | A | 10262 |
| 10/20/2021 | 14475 | Patrol PepperBall Operator Training | 10 | Y/N | A | 10262 |
| 10/19/2021 | 14135 | 2020 Patrol Supervisors - Tactical Considerations | 20 | N/Y | A | 10262 |
| 10/18/2021 | 14157 | Patrol Supervisor - Whiteboard | 5 | N/Y | A | 10262 |
| 10/14/2021 | 13378 | Fundamentals of Crisis Negotiation | 4 | N/Y | A | 10262 |
| 10/14/2021 | 14007 | SAU Less Lethal Review | 2 | N/Y | A | 10262 |
| 10/13/2021 | 14376 | Leadership Development | 9 | N/Y | A | 10262 |
| 10/12/2021 | 14470 | Patrol 40MM Less Lethal System | 3 | Y/N | A | 10262 |
| 10/12/2021 | 14475 | Patrol PepperBall Operator Training | 10 | Y/N | A | 10262 |
| 10/11/2021 | 14225 | Communication for Mental Health / Suicide / Crisis | 2 | N/Y | A | 10262 |
| 10/11/2021 | 14380 | 2021 Module Response to Resistance Review | 3 | Y/N | A | 10262 |
| 8/6/2021 | 11387 | Accuracy Works 2 | 0.33 | Y/N | A | 10262 |
| 6/9/2021 | 11389 | Accuracy Works 3 - Low Light | 0.33 | Y/N | A | 10262 |
| 5/17/2021 | 14149 | Investigator Training LET225 | 96 | N/Y | A | 10262 |
| 5/17/2021 | 14276 | Firearms Instructor | 80 | Y/N | A | 10262 |
| **Subtotal of classes for year: 15** | | | | | | |
| 12/21/2020 | 14151 | General Instructor | 40 | N/Y | A | 10262 |
| 1/22/2020 | 13888 | Sex Trafficking Investigations | 4 | N/Y | A | 10262 |
| **Subtotal of classes for year: 2** | | | | | | |
| 12/15/2019 | 11391 | Cover To Cover | 0.17 | Y/N | A | 10262 |
| 6/10/2019 | 11387 | Accuracy Works 2 | 0.33 | Y/N | A | 10262 |
| 3/25/2019 | 11387 | Accuracy Works 2 | 0.33 | Y/N | A | 10262 |
| **Subtotal of classes for year: 3** | | | | | | |
| 9/15/2018 | 13329 | Controlling & Handcuffing Subjects | 0.25 | N/Y | A | 10262 |
| 6/14/2018 | 11389 | Accuracy Works 3 - Low Light | 0.33 | Y/N | A | 10262 |
| 4/3/2018 | 13252 | Active Shooter Intervention | 2 | N/Y | A | 10262 |

PPD-LADINES000003

Advanced Training

**City of Phoenix Police Department**

**Training Bureau**

**Academy Training Record**

| 3/15/2018 | 13205 | Testing for Compliance | 0.25 | N/Y | A | 10262 |
|---|---|---|---|---|---|---|
| 2/1/2018 | 13169 | Tactial Advantage #10 - Recent Trends and Statistics of Critical Incidents | 0.25 | N/Y | A | 10262 |
| **Subtotal of classes for year: 5** | | | | | | |
| 12/18/2017 | 12876 | Special Investigations Detail | 1 | N/Y | A | 10262 |
| **Subtotal of classes for year: 1** | | | | | | |

PPD-LADINES000004

**City of Phoenix Police Department**

**Training Bureau**

**Phoenix Police Center For Higher Learning - Employee Training Record**

Selections:  Begin and End Date= 1/1/2018 - 8/2/2019, Employee ID: 072206

| | |
|---|---|
| **Employee Name:** | Ladines, Autumn |
| **Serial Number:** | 10262 |
| **Employee ID:** | 072206 |
| **Bureau/Precinct:** | 700 |

---------------------------------------------------------------------------------------------------------------------------------

| Course Name | Course # | Course Hours | Date Started | Date Completed |
|---|---|---|---|---|
| ATTC/RMS Update 2018 | 1804-13203C | 1.0 | 07/08/2018 | 07/08/2018 |
| Bloodborne Pathogen Training for 2018 | 1801-13143C | 0.5 | 06/14/2018 | 06/14/2018 |
| Decision Making 2018 | 2018-DM | 0.5 | 10/23/2018 | 10/23/2018 |
| Searching and Transporting Prisoners 2018 | 1803-13207C | 0.5 | 10/25/2018 | 10/26/2018 |
| Hearing Conservation 2018 | 1804-13277 | 0.5 | 10/25/2018 | 10/25/2018 |
| Patrol Division Tactics and Force Options 2018 | 1807-13327C | 1.0 | 10/25/2018 | 10/25/2018 |
| 2018 Hazard Communications | 1807-13278C | 0.5 | 11/15/2018 | 11/15/2018 |
| Tactics and Communications 2018 | 1808-13344C | 1.0 | 12/06/2018 | 12/06/2018 |
| Proficiency Training Day - Morning 2018-2019 | 1807-13483P | 6.0 | 01/08/2019 | 01/08/2019 |
| Patrol Negotiations 2018 | 1810-13445C | 1.0 | 12/06/2018 | 12/06/2018 |
| 2018-19 Fentanyl Safety Course | 1810-13468 | 0.5 | 10/24/2018 | 10/24/2018 |
| 2018-2019 Implicit Bias Training (Sworn) | 1812-13449C | 7.0 | 01/15/2019 | 01/15/2019 |
| Proficiency Training Day - Afternoon 2018-2019 | 1807-13482P | 4.0 | 01/08/2019 | 01/08/2019 |
| 2019 Legal Unit Update on Title 28 | 1812-LU2019 | 0.5 | 05/31/2019 | 05/31/2019 |
| 2019 Hazard Communications | 1902-13278C | 0.5 | 06/23/2019 | 06/23/2019 |
| 2019 Transit Course | 19-13435C | 1.0 | 05/31/2019 | 05/31/2019 |
| 2019 Leave and Attendance Policies Update | 0319-Fiscal | 0.0 | 05/31/2019 | 05/31/2019 |
| 2019 Respiratory Protection | 0319-13553C | 2.0 | 05/31/2019 | 05/31/2019 |
| 2019 Avon C50 Gas Mask Familiarization | 19-AvonC50 | 0.0 | 06/23/2019 | 06/23/2019 |
| 2019 - Communication in Volatile Incidents | 0619-13692C | 2.0 | 07/13/2019 | 07/13/2019 |
| **Total:  20 Course(s)** | | | | |

**City of Phoenix Police Department**

**Training Bureau**

**Phoenix Police Center For Higher Learning - Employee Training Record**

Selections:  Begin and End Date= 8/3/2019 - 4/25/2024, Employee ID: 072206;  Course Type: All

| Employee Name: | Ladines, Autumn |
|---|---|
| Serial Number: | 10262 |
| Employee ID: | 072206 |
| Bureau/Precinct: | 400 |
| Displaying Course Types | All Courses |

| Course Name | Course # | Course Hours | Mandatory | Date Enrolled | Date Started | Date Completed |
|---|---|---|---|---|---|---|
| Low-Light Engagements | 2018-10159C | 0.50 | No | | 11/02/2020 | 11/02/2020 |
| 2019 - Body Worn Camera Training Update - Mandatory | 2019-13702C | 1.00 | Yes | 08/15/2019 | 12/02/2019 | 12/02/2019 |
| 2019 - Driving Track Training - Mandatory | 2019-13719C | 2.00 | Yes | 09/24/2019 | 10/03/2019 | 10/03/2019 |
| 2019 - City of Phoenix Firearms - Order of Protection Plan - Mandatory | 2019-13753C | 0.50 | Yes | 09/13/2019 | 12/08/2019 | 12/24/2019 |
| 2019 - Taser Annual Recertification Training - Mandatory | 2019-13754C | 2.00 | Yes | | 06/03/2020 | 10/03/2020 |
| CPTI & NPF - Pointed Gun at Person (PGP) - Mandatory | 2019-PGP-NPF | 0.50 | Yes | 08/05/2019 | 08/14/2019 | 08/14/2019 |
| 2020 Bloodborne Pathogens | 2020-13143C | 0.50 | Yes | | 10/03/2020 | 10/03/2020 |
| 2020- E-WARRANT - Electronic Search Warrants | 2020-13150C | 1.00 | No | | 11/02/2020 | 12/26/2022 |
| 2020 Hazard Communications | 2020-13278C | 0.50 | Yes | | 11/02/2020 | 11/02/2020 |
| 2020 - TASER 7 TILT SELECT | 2020-14051 | 0.00 | Yes | | 11/02/2020 | 11/02/2020 |
| 2020 - AXON BWC 3 - Training Video | 2020-14074 | 0.00 | Yes | | 11/02/2020 | 11/02/2020 |
| 2020 - AZPOINT - Order of Protections ONLINE - Mandatory | 2020-AZPOINT | 0.00 | Yes | 12/20/2019 | 12/24/2019 | 12/24/2019 |
| 2020 - COMPASSIONATE RESTRAINT | 2020-CompRestraint | 0.00 | Yes | | 09/08/2020 | 09/09/2020 |
| 2020 FIU Evidence Upload Training | 2020-FIU-Upload | 0.00 | Yes | | 10/03/2020 | 10/03/2020 |
| 2020 - HOMELESSNESS | 2020-HOMELESS | 0.00 | Yes | | 11/02/2020 | 11/02/2020 |
| 2020 - Personal Protective Equipment-PPE | 2020-PPE:Safety | 0.00 | Yes | | 11/10/2020 | 11/10/2020 |
| 2020 SPIT HOOD | 2020-SPITHOOD | 0.00 | Yes | | 11/02/2020 | 11/02/2020 |
| 2020 - Tactical Advantage #14: OPS 1.5.4 - Deadly Force/Vehicles | 2020-TA#14:Deadly Force/Vehicles | 0.00 | Yes | | 10/03/2020 | 10/03/2020 |
| 2020 - TERRY FRISK | 2020-TACFRISK | 0.00 | Yes | | 10/03/2020 | 10/03/2020 |
| 2021 Bloodborne Pathogens | 2021-13143C | 0.50 | Yes | 08/31/2021 | 09/09/2021 | 09/09/2021 |

PPD-LADINES000006
Report run by PPSB\082685
Report executed on 4/25/2024 2:17:40 PM

**City of Phoenix Police Department**

**Training Bureau**

**Phoenix Police Center For Higher Learning - Employee Training Record**

PPD-LADINES000007



**City of Phoenix Police Department**

**Training Bureau**

**Phoenix Police Center For Higher Learning - Employee Training Record**

| | | | | | |
|---|---|---|---|---|---|
| 2021 Hearing Conservation | 2021-13277C | 0.50 | Yes | 08/31/2021 | 09/09/2021 |
| 2021 Hazard Communications | 2021-13278C | 0.50 | Yes | 08/31/2021 | 09/09/2021 |
| 2021 Respiratory Protection | 2021-13553C | 2.00 | Yes | 08/31/2021 | 09/09/2021 |
| 2021 Emergency Evac | 2021-13907C | 2.00 | Yes | 08/31/2021 | 09/08/2021 |
| 2021 - Radiation Training | 2021-14347C | 1.00 | Yes | 09/22/2021 | 12/15/2021 |
| 2021 - AZPOINT Update - Mandatory | 2021-AZPOINT UPDATE | 0.00 | Yes | 03/29/2021 | 09/09/2021 |
| 2021 COB- Compliance and Oversight Bureau- Mandatory | 2021-COB | 0.00 | Yes | 11/03/2021 | 11/05/2021 |
| 2021 CONTACT FORM - Mandatory | 2021-Contact Form | 0.00 | Yes | 09/15/2021 | 12/15/2021 |
| 2021 - IMPLICIT BIAS REFRESHER - Mandatory | 2021-IBT-REFRESHER | 0.00 | Yes | 06/03/2021 | 12/15/2021 |
| 2021 Mexican Consular ID - Mandatory | 2021-MXConsularID | 0.00 | Yes | 04/08/2021 | 09/09/2021 |
| 2021 Personal Protective Equipment-PPE | 2021-PPE:Safety | 0.00 | Yes | 08/31/2021 | 09/09/2021 |
| 2021- Prop 207 Training - Mandatory | 2021-Prop207 | 0.00 | Yes | 01/04/2021 | 09/09/2021 |
| 2021 - TOURNIQUET - Mandatory | 2021-TOURNIQUET | 0.00 | Yes | 01/05/2021 | 09/09/2021 |
| 2021 - USING VEHICLES AS COVER - Mandatory | 2021-UVAC | 0.00 | Yes | 12/29/2020 | 09/09/2021 |
| 2021 - Waymo Autonomous Driving Vehicle - Mandatory | 2021-Waymo | 0.00 | Yes | 09/13/2021 | 12/15/2021 |
| 2022- Booking Process for Patrol - Mandatory | 2022 - Patrol Booking | 0.25 | Yes | | 12/27/2022 |
| 2022 Bloodborne Pathogens | 2022-13143C | 0.50 | Yes | 11/28/2022 | 12/26/2022 |
| 2022 Hearing Conservation | 2022-13277C | 0.50 | Yes | 11/28/2022 | 12/26/2022 |
| 2022 Hazard Communication | 2022-13278C | 0.50 | Yes | 11/28/2022 | 12/26/2022 |
| 2022 - Respiratory Protection | 2022-13553C | 2.00 | Yes | 11/28/2022 | 12/26/2022 |
| 2022 - Emergency Evac | 2022-13907C | 2.00 | Yes | 11/28/2022 | 12/26/2022 |
| 2022 - Radiation Training | 2022-14347C | 1.00 | Yes | 11/28/2022 | 12/26/2022 |
| 2022 - ADA Course - Mandatory | 2022-ADA_2022 | 0.00 | Yes | 06/16/2022 | 06/21/2022 |
| 2022 - CONTACT FORM - Mandatory | 2022-Contact Form | 0.00 | Yes | 11/17/2022 | 12/25/2022 |
| 2022 - Narcan Usage Update and Refresher- Mandatory | 2022-NarcanC | 0.50 | Yes | 02/02/2022 | 12/26/2022 |
| 2022 Personal Protective Equipment PPE | 2022-PPE:Safety | 0.00 | Yes | 11/28/2022 | 12/27/2022 |
| 2022 - TIME DISTANCE COVER PART 1 - Mandatory | 2022-TIME DEISTANCE COVER PART 1 | 0.25 | Yes | 12/12/2022 | 12/26/2022 |
| FIB - ChildHelp CAP Council First Responder Training | 2023 - FIBChildHelpC | 0.75 | Yes | | 02/06/2023 |

PPD-LADINES000008

**City of Phoenix Police Department**

**Training Bureau**

**Phoenix Police Center For Higher Learning - Employee Training Record**

| |
|---|
| 09/09/2021 |
| 09/09/2021 |
| 09/09/2021 |
| 12/15/2021 |
| 12/15/2021 |
| 09/09/2021 |
| 12/15/2021 |
| 12/15/2021 |
| 12/15/2021 |
| 09/09/2021 |
| 09/09/2021 |
| 09/09/2021 |
| 09/09/2021 |
| 09/09/2021 |
| 12/15/2021 |
| 12/27/2022 |
| 12/26/2022 |
| 12/26/2022 |
| 12/26/2022 |
| 12/26/2022 |
| 12/26/2022 |
| 12/26/2022 |
| 06/21/2022 |
| 12/25/2022 |
| 12/26/2022 |
| 12/27/2022 |
| 12/26/2022 |
| 08/15/2023 |



**City of Phoenix Police Department**

**Training Bureau**

**Phoenix Police Center For Higher Learning - Employee Training Record**

| | | | | | |
|---|---|---|---|---|---|
| 2023 - Health & Safety Incident Reporting System EMPLOYEE - Mandatory | 2023-Emp IRSC | 1.00 | Yes | | 08/15/2023 |
| 2023 - IMPLICIT BIAS REFRESHER - Mandatory | 2023-IBT REFRESHERC | 1.00 | Yes | | 08/15/2023 |
| 2023 - TIME DISTANCE COVER PART 2 - Mandatory | 2023-TIME DISTANCE COVER PART 2 | 0.25 | Yes | | 08/21/2023 |
| 2023 - TIME DISTANCE COVER PART 3 - Mandatory | 2023-TIME DISTANCE COVER PART 3 | 0.25 | Yes | | 08/15/2023 |
| OBT Video 38-2021 - Homelessness Update | OBT 38-2021 | 0.25 | No | 12/06/2021 | 12/27/2022 |
| OBT Video 51-2022 - Emergency Traffic | OBT 51-2022C | 0.25 | No | 07/26/2022 | 12/27/2022 |
| OBT Video 30-2021 - TRC 1 | OBT30-2021 | 0.00 | No | 09/28/2021 | 12/15/2021 |
| OBT Video 32-2021 - Legal Unit | OBT32-2021 | 0.00 | No | 10/12/2021 | 12/27/2022 |
| OBT Video 33-2021 - TRC 2 | OBT33-2021 | 0.00 | No | 10/21/2021 | 12/27/2022 |
| OBT Video 35-2021 - PepperBall | OBT35-2021 | 0.00 | No | 11/04/2021 | 12/27/2022 |
| OBT Video 36-2021 - 40MM | OBT36-2021 | 0.00 | No | 11/04/2021 | 12/27/2022 |
| OBT Video 42-2022 - GEU - Response to Gang Incidents | OBT42-2022C | 0.25 | No | 02/02/2022 | 12/27/2022 |
| OBT Video 43-2022 - FTD-Drawing From Concealment | OBT43-2022C | 0.25 | No | 02/11/2022 | 12/27/2022 |
| OBT Video 44-2022 - SIB - Activation Rate Video | OBT44-2022C | 0.25 | No | 03/07/2022 | 12/27/2022 |
| OBT Video 45-2022 - COM - 10-33 - Emergency Alert Button Activation | OBT45-2022C | 0.25 | No | 03/14/2022 | 12/27/2022 |
| OBT Video 52-2022 - GANGS - GMIC | OBT52-2022C | 0.25 | No | 07/12/2022 | 12/27/2022 |
| OBT Video 53-2022- LAB- DRYING RM | OBT53-2022C | 0.25 | No | 07/20/2022 | 12/27/2022 |
| OBT Video 54-2022 - TRC5 | OBT54-2022C | 0.25 | No | 07/27/2022 | 12/27/2022 |
| OBT Video 55-2022 - 8 Foot Rule HB2319 - Mandatory | OBT55-2022C | 0.25 | Yes | 08/10/2022 | 09/29/2022 |
| OBT Video 56-2022 - TTD - Active Shooter Response | OBT56-2022C | 0.25 | No | 08/12/2022 | 12/27/2022 |
| OBT Video 57-2022 - TRC6 | OBT57-2022C | 0.25 | No | 08/12/2022 | 12/27/2022 |
| OBT Video 58-2022-COP-SRP-BOR Coordinated Response | OBT58-2022C | 0.25 | No | 09/01/2022 | 12/27/2022 |
| OBT Video 59-2022 - DTD - OC SPRAY UPDATE- Mandatory | OBT59-2022C | 0.25 | Yes | 10/06/2022 | 12/27/2022 |
| OBT Video 60-2022 - TRC7 | OBT60-2022C | 0.25 | No | | 12/27/2022 |
| OBT Video 67-2023 - TTD - New Ballistic Helmets | OBT67-2023C | 0.25 | No | | 10/27/2023 |

PPD-LADINES000010



City of Phoenix Police Department

**Training Bureau**

**Phoenix Police Center For Higher Learning - Employee Training Record**

| |
|---|
| 08/15/2023 |
| 08/15/2023 |
| 09/21/2023 |
| 08/15/2023 |
| 12/27/2022 |
| 12/27/2022 |
| 12/15/2021 |
| 12/27/2022 |
| 12/27/2022 |
| 12/27/2022 |
| 12/27/2022 |
| 12/27/2022 |
| 12/27/2022 |
| 12/27/2022 |
| 12/27/2022 |
| 12/27/2022 |
| 12/27/2022 |
| 12/27/2022 |
| 09/29/2022 |
| 12/27/2022 |
| 12/27/2022 |
| 12/27/2022 |
| 12/27/2022 |
| 12/27/2022 |
| 10/27/2023 |

PPD-LADINES000011

**City of Phoenix Police Department**

**Training Bureau**

**Phoenix Police Center For Higher Learning - Employee Training Record**

| | | | | | |
|---|---|---|---|---|---|
| OBT Video 68-2023 - PFD - STRETCHING IN PATROL | OBT68-2023C | 0.25 | No | | 10/27/2023 |
| OBT Video 69-2023 - TRC8 | OBT69-2023C | 0.25 | No | | 10/27/2023 |
| OBT Video 70-2023 - VCB - Bias Crimes RMS Update | OBT70-2023C | 0.25 | No | | 10/27/2023 |
| OBT Video 71-2023 - FTD - New AQ OBT | OBT71-2023C | 0.25 | No | | 06/01/2023 |
| OBT Video 72-2023 - RMS - DPS CJIS AUDIT PART 1 | OBT72-2023C | 0.25 | No | | 10/27/2023 |
| OBT Video 73-2023 - RMS - DPS CJIS AUDIT PART 2 | OBT73-2023C | 0.25 | No | | 10/27/2023 |
| OBT Video 74-2023 - VCB - FORENSIC ARTIST OBT | OBT74-2023C | 0.25 | No | | 10/27/2023 |
| OBT Video 75-2023 - COB - DESIGNATION OF PROPERTY OWNERSHIP IN FBR | OBT75-2023C | 0.25 | No | | 10/27/2023 |
| OBT Video 76-2023 - TTD - TASER TOPICS UPDATE | OBT76-2023C | 0.25 | No | | 10/27/2023 |
| OBT Video 77-2023 - TRC9 | OBT77-2023C | 0.25 | No | | 10/27/2023 |
| OBT Video 78-2023 - TRC10 | OBT78-2023C | 0.25 | No | | 09/26/2023 |
| OBT Video 79-2023 - HDB - Phoenix Intelligence Center PIC | OBT79-2023C | 0.25 | No | | 09/21/2023 |
| OBT Video 80-2023 - TRN - Yoga for First Responders | OBT80-2023C | 0.25 | No | | 10/27/2023 |
| OBT Video 81-2023 - PCB - Animal Crimes Update OBT | OBT81-2023C | 0.25 | No | | 10/27/2023 |
| **Total:  87 Course(s)** | | | | | |

**City of Phoenix Police Department**

**Training Bureau**

**Phoenix Police Center For Higher Learning - Employee Training Record**

| 10/27/2023 |
| 10/27/2023 |
| 10/27/2023 |
| 06/01/2023 |
| 10/27/2023 |
| 10/27/2023 |
| 10/27/2023 |
| 10/27/2023 |
| 10/27/2023 |
| 10/27/2023 |
| 09/26/2023 |
| 09/21/2023 |
| 10/27/2023 |
| 10/27/2023 |
| |

**City of Phoenix Police Department**

**Training Academy**

**Academy Weapon Scores**

Selection: Serial Number=10262 Employee Name=Ladines, Autumn R

| Serial Num | Date | Qual Type | Weapon | Weapon Serial Num | Caliber | Score A/B/Remedial | Day / Night | Primary/ Secondary | City/ Personal | RDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 10262 | 02/07/2024 | RIFLE ANNUAL 2024 | Daniel Defense | DDM4524861 | .223 | 135 / 0 / 0 | D | S | C | N |
| | 02/07/2024 | AQ2024 | Glock 45 MRDS | BUEU237 | 9MM | 195 / 0 / 0 | D | P | P | N |
| | 01/26/2024 | AQ2024 | Decision Making | N/A | N/A | 1 / 0 / 0 | D | P | C | N |
| | 07/21/2023 | New Gun | Daniel Defense | DDM4524861 | .223 | 100 / 0 / 0 | D | S | C | N |
| | 05/10/2023 | N/A | Decision Making | N/A | N/A | 2 / 1 / 0 | D | P | C | N |
| | 05/10/2023 | AQ2023 | Glock 45 MRDS | BUEU237 | 9MM | 250 / 0 / 0 | D | P | P | N |
| | 04/05/2023 | Quarterly | 40mm L-140 | ASSIGNED | N/A | 1 / 0 / 0 | D | S | C | N |
| | 03/29/2023 | AQ2023 | Colt AR | LE090380 | .223 | 100 / 0 / 0 | D | S | C | N |
| | 12/21/2022 | Quarterly | Colt AR | LE090380 | .223 | 100 / 0 / 0 | D | S | C | N |
| | 09/30/2022 | Quarterly | Colt AR | LE090380 | .223 | 95 / 0 / 0 | D | S | C | N |
| | 05/17/2022 | AQ2022 | Glock 17 | BERM685 | 9MM | 235 / 0 / 0 | D | P | C | N |
| | 05/17/2022 | AQ2022 | Decision Making | N/A | N/A | 2 / 1 / 0 | D | P | C | N |
| | 04/20/2022 | Quarterly | Colt AR | LE090380 | .223 | 100 / 0 / 0 | D | P | C | Y |
| | 03/04/2022 | AQ2022 | Glock 45 MRDS | BUEU237 | 9MM | 250 / 0 / 0 | D | P | C | Y |
| | 01/25/2022 | Quarterly | Colt AR | LE090380 | .223 | 10 / 100 / 0 | D | P | C | N |
| | 12/01/2021 | Quarterly | Colt AR | LE090380 | .223 | 100 / 0 / 0 | D | P | C | N |
| | 10/12/2021 | Qualify | 40mm L-140 | GSC2417 | N/A | 1 / 0 / 0 | D | S | C | Y |
| | 09/17/2021 | Quarterly | Colt AR | LE090380 | .223 | 0 / 0 / 100 | D | P | C | N |
| | 09/15/2021 | Quarterly | Colt AR | LE090380 | .223 | 85 / 85 / 0 | D | P | C | N |
| | 06/04/2021 | AQ2021 | Glock 17 | BERM685 | 9MM | 235 / 0 / 0 | D | P | C | N |
| | 06/04/2021 | AQ2021 | Decision Making | N/A | N/A | 1 / 0 / 0 | D | S | C | N |
| | 04/06/2021 | Quarterly | Colt AR | LE090380 | .223 | 100 / 0 / 0 | D | P | C | N |
| | 02/25/2021 | Certify | Colt AR | LE090380 | .223 | 100 / 0 / 0 | D | P | C | Y |
| | 10/13/2020 | AQ2020 | Decision Making | N/A | N/A | 1 / 0 / 0 | D | P | C | N |
| | 04/06/2020 | AQ2020 | Glock 17 | BERM685 | 9MM | 210 / 0 / 0 | D | P | C | N |

PPD-LADINES000014

**City of Phoenix Police Department**

**Training Academy**

**Academy Weapon Scores**

| Serial Num | Date | Qual Type | Weapon | Weapon Serial Num | Caliber | Score A/B/Remedial | Day / Night | Primary/ Secondary | City/ Personal | RDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 10262 | 09/24/2019 | AQ2019 | Decision Making | N/A | N/A | 1 / 0 / 0 | D | P | C | N |
| | 05/20/2019 | AQ2019 | Glock 17 | BERM685 | 9MM | 220 / 0 / 0 | D | P | C | |
| | 04/04/2018 | AQ2018 | Glock 17 | BERM685 | 9mm | 230 / 0 / 0 | D | P | C | |
| | 04/04/2018 | AQ2018 | Glock 43 | BFTN610 | 9mm | 215 / 0 / 0 | D | S | P | |
| | 12/18/2017 | AQ2017 | Glock 43 | BFTN610 | 9mm | 200 / 200 / 0 | D | S | P | |
| | 10/25/2017 | Academy Final | Glock 17 | BERM685 | 9mm | 240 / 245 / 0 | D | P | C | |
| | 10/18/2017 | Academy Final | Glock 17 | BERM685 | 9mm | 240 / 240 / 0 | N | P | C | |
| | 10/10/2017 | Academy Final | Decision Making | N/A | N/A | 1 / 0 / 0 | D | P | C | |

PPD-LADINES000015

Created by ITB Software Development Group          Page 2 of 2          Report run by PPSB\082685
Weapon Scores                                                           Report executed on 4/25/2024 2:18:14 PM

| Report Title: | PPD Employee Training Transcript |
|---|---|
| Report Created By | Reports, PHXYOU |
| Report Generated | 04/25/2024 02:20 PM |
| Report Source: | phxyou.csod.com |
| User - User ID is equal to: 072206 | |

| Emp Name | Course Code | Course Title | Session ID | Sum Employee Transcript Hrs. | Course Completed Date | Transcript - Police Continuing Educ | Transcript - Police Proficiency |
|---|---|---|---|---|---|---|---|
| Ladines, Autumn | | POL107-ONL-2024 Radiation | | 1.00 | 04/11/2024 02:39 PM | | |
| Ladines, Autumn | | POL106-ONL- 2024 Hearing Conservation | | 1.00 | 04/11/2024 02:19 PM | | |
| Ladines, Autumn | | POL101-ONL-Virtual Briefing Room-2024-PSB-The Brad | | 0.25 | 04/11/2024 09:17 AM | 0.25 | 0.00 |
| Ladines, Autumn | | POL105-ONL 2024 Emergency Evacuation | | 2.00 | 04/05/2024 05:25 PM | | |
| Ladines, Autumn | | POL104-ONL 2024 Personal Protective Equipment | | 1.00 | 04/04/2024 08:37 PM | | |
| Ladines, Autumn | | POL103-ONL 2024 Respiratory Protection | | 2.00 | 04/04/2024 03:36 PM | | |
| Ladines, Autumn | | POL102-ONL 2024 Hazard Communication | | 0.50 | 04/04/2024 01:50 PM | | |
| Ladines, Autumn | | POL100-ONL-Animal Control Pole | | 0.25 | 03/25/2024 01:56 PM | 0.25 | |
| Ladines, Autumn | | 2023 Annual Security Awareness Training | | 1.00 | 10/27/2023 08:06 AM | | |
| Ladines, Autumn | | HRS125-ONL-A.R. 1.60: Public Records Request Proces | | 0.17 | 12/30/2022 06:29 PM | | |
| Ladines, Autumn | | 2022 Annual Security Awareness Training | | 1.00 | 10/26/2022 01:02 AM | | |
| Ladines, Autumn | RQ0048 | RQ0048-Rifle Quarterly 2021-4 | 0021 | | 12/01/2021 11:00 AM | 0.00 | 4.00 |
| Ladines, Autumn | | 2021 Annual Security Awareness Training | | 1.00 | 10/27/2021 11:28 PM | | |
| Ladines, Autumn | RQ0047 | RQ0047-Rifle Quarterly 2021-3 | 0022 | | 09/15/2021 11:00 AM | 0.00 | 4.00 |
| Ladines, Autumn | PT0164 | PT0164-2021 Module Tactical Patrol Sc | 0058 | | 09/04/2021 06:00 AM | 0.00 | 4.00 |
| Ladines, Autumn | PT0163 | PT0163-2021 Module Defensive Tactics | 0042 | | 09/04/2021 02:00 AM | 0.00 | 2.00 |
| Ladines, Autumn | PF0123 | PF0123-Stunbag Recertification | 0249 | | 06/04/2021 05:00 PM | 0.00 | 1.00 |
| Ladines, Autumn | PF0174 | PF0174-2021 Module Firearms Review | 0070 | | 06/04/2021 04:00 PM | 0.00 | 2.00 |
| Ladines, Autumn | RQ0046 | RQ0046-Rifle Quarterly 2021-2 | 0012 | | 04/06/2021 04:00 PM | 0.00 | 4.00 |
| Ladines, Autumn | PF0091 | PF0091-Practice the POST Qual Course1 | 0503 | | 03/23/2021 11:00 AM | 0.00 | 0.50 |
| Ladines, Autumn | PF0163 | PF0163-40-Hour Rifle Operator Certifi | 0003 | | 02/25/2021 05:00 PM | 0.00 | 40.00 |
| Ladines, Autumn | PT0154 | PT0154-Into to Patrol Manual Breachin | 0063 | | 02/19/2021 10:30 PM | 0.00 | 2.00 |
| Ladines, Autumn | PG0282 | PG0282-Combat Application Tourniquet | 0053 | | 11/13/2020 08:30 PM | 0.50 | 0.00 |
| Ladines, Autumn | | 2020 Annual Security Awareness Training | | 1.00 | 10/26/2020 10:55 PM | | |
| Ladines, Autumn | PF0165 | PF0165-Indoor 3rd Quarter 2020 | 0087 | | 10/08/2020 08:00 PM | 0.00 | 0.50 |
| Ladines, Autumn | PT0011 | PT0011-RIPP Restraint Hobble | 0047 | | 10/03/2020 02:30 AM | 0.00 | 1.00 |
| Ladines, Autumn | PT0153 | PT0153-Compassionate Restraint Update | 0004 | | 10/03/2020 01:30 AM | 0.00 | 4.00 |
| Ladines, Autumn | PT0148 | PT0148-Taser 7 Transition User Course | 0113 | | 09/19/2020 02:00 AM | 0.00 | 5.00 |

PPD-LADINES000016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ladines, Autumn | PF0112 | PF0112-Low Light Speed and Accuracy | 0260 | | 05/29/2020 11:30 PM | 0.00 | 0.50 |
| Ladines, Autumn | PF0056 | PF0056-Stunbag Shotgun Recert | 0656 | | 04/06/2020 07:00 PM | 0.00 | 0.50 |
| Ladines, Autumn | PF0142 | PF0142-Combat Handgun Skills 1 | 0040 | | 12/03/2019 09:00 PM | 0.00 | 3.00 |
| Ladines, Autumn | PG0257 | PG0257-Naloxone Administration for LE | 0063 | | 08/10/2019 02:00 PM | 1.00 | 0.00 |
| Ladines, Autumn | PF0123 | PF0123-Stunbag Recertification | 0139 | | 05/20/2019 01:00 PM | 0.00 | 1.00 |
| Ladines, Autumn | PF0152 | PF0152-Indoor Range Move-Move to Cove | 0035 | | 12/06/2018 03:00 AM | 0.00 | 0.50 |
| Ladines, Autumn | PF0065 | PF0065-Accuracy Works 1 | 0103 | | 09/20/2018 03:00 PM | 0.00 | 0.50 |
| Ladines, Autumn | AV0035 | AV0035-School Threats | | 0.00 | 09/13/2018 12:00 PM | 0.00 | 0.00 |
| Ladines, Autumn | PG0228 | PG0228-DUI Update Training | 0003 | | 08/21/2018 04:00 PM | 10.00 | 0.00 |
| Ladines, Autumn | AV0036 | AV0036-APRAIS VIDEO | | 0.00 | 04/27/2018 12:00 PM | 0.00 | 0.00 |
| Ladines, Autumn | AV0037 | AV0037-PPD/HDB Drone Enforcement 2018 | | 0.00 | 04/27/2018 12:00 PM | 0.00 | 0.00 |
| Ladines, Autumn | PF0056 | PF0056-Stunbag Shotgun Recert | 0533 | | 04/04/2018 03:30 PM | 0.00 | 0.50 |
| Ladines, Autumn | PF0091 | PF0091-Practice the POST Qual Course1 | 0210 | | 03/09/2018 01:00 AM | 0.00 | 0.50 |
| Ladines, Autumn | PG0229 | PG0229-TEU Abilities and the S.T.O.P. | 0017 | | 01/26/2018 03:00 PM | 1.00 | 0.00 |
| Ladines, Autumn | AV0033 | AV0033-CGIC: Prohibited Possessor Trn | | 0.00 | 01/24/2018 12:00 PM | 0.00 | 0.00 |
| Ladines, Autumn | PG0211 | PG0211-Courtroom Testimony | 0002 | | 01/05/2018 04:00 PM | 2.00 | 0.00 |
| Ladines, Autumn | PG0224 | PG0224-Emotional Intelligence (EI - E | 0003 | | 01/03/2018 04:00 PM | 2.00 | 0.00 |
| Ladines, Autumn | PG0216 | PG0216-Traumatic Brain Injury / Vulne | 0003 | | 01/03/2018 02:00 PM | 2.00 | 0.00 |
| Ladines, Autumn | PG0223 | PG0223-Intro to Developmental Disabil | 0003 | | 01/03/2018 11:00 AM | 1.50 | 0.00 |
| Ladines, Autumn | PG0222 | PG0222-Trauma Informed Justice | 0003 | | 01/03/2018 09:30 AM | 2.00 | 0.00 |
| Ladines, Autumn | PG0227 | PG0227-Common Mental Health Legal Iss | 0003 | | 01/03/2018 08:30 AM | 1.00 | 0.00 |
| Ladines, Autumn | PG0218 | PG0218-MROP / Assisting Those in Chro | 0003 | | 01/03/2018 07:30 AM | 1.00 | 0.00 |
| Ladines, Autumn | PG0194 | PG0194-Mangement Philosophy | 0004 | | 01/03/2018 06:30 AM | 1.00 | 0.00 |
| Ladines, Autumn | PG0208 | PG0208-Biological Evidence Collection | 0002 | | 01/02/2018 03:00 PM | 3.00 | 0.00 |
| Ladines, Autumn | PG0017 | PG0017-Digital Imaging Class | 0072 | | 01/02/2018 11:00 AM | 4.00 | 0.00 |
| Ladines, Autumn | PG0194 | PG0194-Mangement Philosophy | 0003 | | 12/29/2017 02:00 PM | 0.00 | 0.00 |
| Ladines, Autumn | PG0070 | PG0070-Interpersonal Comm/Cultural Co | 0182 | | 12/29/2017 01:00 PM | 4.00 | 0.00 |
| Ladines, Autumn | PG0193 | PG0193-Legal and Liability Issues | 0006 | | 12/28/2017 02:00 PM | 3.00 | 0.00 |
| Ladines, Autumn | PC0277 | PC0277-Reserve & Recruit: Communicati | 0009 | | 12/28/2017 12:30 PM | 1.50 | 0.00 |
| Ladines, Autumn | PG0184 | PG0184-De-Escalation Suicidal Subject | 0007 | | 12/28/2017 11:00 AM | 2.00 | 0.00 |
| Ladines, Autumn | PG0215 | PG0215-Resolving Crisis Calls | 0003 | | 12/28/2017 08:00 AM | 2.00 | 0.00 |
| Ladines, Autumn | PT0069 | PT0069-Ground Fighting | 0026 | | 12/27/2017 04:00 PM | 0.00 | 4.00 |
| Ladines, Autumn | PG0122 | PG0122-2015 Module Crisis Communicati | | 3.00 | 12/27/2017 12:00 PM | 3.00 | 0.00 |
| Ladines, Autumn | PM0020 | PM0020-Ten Hour Driver In-Service Trn | 0039 | | 12/26/2017 04:00 PM | 0.00 | 10.00 |
| Ladines, Autumn | PM0018 | PM0018-Stop Sticks | 0020 | | 12/26/2017 09:00 AM | 2.00 | 0.00 |
| Ladines, Autumn | PT0021 | PT0021-Low Light Engagements Post Aca | 0030 | | 12/21/2017 04:00 PM | 4.00 | 0.00 |
| Ladines, Autumn | PT0084 | PT0084-Active Shooter Intervention | 0057 | | 12/21/2017 04:00 PM | 0.00 | 5.00 |
| Ladines, Autumn | PG0166 | PG0166-Emotional Survival for the New | 0023 | | 12/20/2017 04:00 PM | 2.00 | 0.00 |
| Ladines, Autumn | PT0058 | PT0058-Arrest Team Tactics | 0099 | | 12/20/2017 11:00 AM | 0.00 | 2.50 |
| Ladines, Autumn | PT0097 | PT0097-Carotid Control | 0066 | | 12/19/2017 04:00 PM | 0.00 | 2.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ladines, Autumn | PT0011 | PT0011-RIPP Restraint Hobble | 0027 | | 12/19/2017 01:00 PM | 0.00 | 1.00 |
| Ladines, Autumn | PG0217 | PG0217-Civil Treatment for Employees | 0003 | | 12/19/2017 12:00 PM | 4.00 | 0.00 |
| Ladines, Autumn | PY0001 | PY0001-PMB Impounding Procedures | 0024 | | 12/19/2017 10:00 AM | 1.50 | 0.00 |
| Ladines, Autumn | PG0198 | PG0198-Post Academy PSB Presentation | 0004 | | 12/19/2017 07:00 AM | 1.00 | 0.00 |
| Ladines, Autumn | PF0037 | PF0037-Stun Bag Certification | 0033 | | 12/18/2017 07:00 PM | 0.00 | 4.00 |
| Ladines, Autumn | PT0029 | PT0029-Small Team Tactics (Post Acad) | 0029 | | 12/18/2017 02:00 PM | 0.00 | 2.50 |
| Ladines, Autumn | PF0123 | PF0123-Stunbag Recertification | 0089 | | 12/18/2017 11:00 AM | 0.00 | 1.00 |
| Ladines, Autumn | PG0090 | PG0090-Precinct Liaison Animal Cruelt | 0011 | | 12/14/2017 04:00 PM | 2.00 | 0.00 |
| Ladines, Autumn | PG0102 | PG0102-RMS 102 Field Based Reporting | 0109 | | 12/14/2017 02:00 PM | 20.00 | 0.00 |
| Ladines, Autumn | PT0107 | PT0107-Crisis Response | 0002 | | 12/12/2017 02:30 PM | 0.00 | 8.00 |
| Ladines, Autumn | PT0063 | PT0063-Patrol Ballistic Shield Operat | 0025 | | 12/12/2017 12:00 PM | 0.00 | 4.00 |
| Ladines, Autumn | PG0207 | PG0207-Ofc. Involved Shooting/Investi | 0004 | | 12/11/2017 04:00 PM | 2.00 | 0.00 |
| Ladines, Autumn | PG0467 | PG0467-Post Academy Decison Making Sc | 0009 | | 12/11/2017 12:00 PM | 0.00 | 4.00 |
| Ladines, Autumn | PG0109 | PG0109-Career Survival | 0026 | | 12/07/2017 03:00 PM | 2.00 | 0.00 |
| Ladines, Autumn | PG0149 | PG0149-Operational Capabilities LSB | 0013 | | 12/07/2017 09:00 AM | 3.00 | 0.00 |
| Ladines, Autumn | PG0098 | PG0098-Law Enforcement Tactical Casua | 0078 | | 12/06/2017 02:00 PM | 0.00 | 8.00 |
| Ladines, Autumn | PC0278 | PC0278-Motorola MCC 7500 Radio Panel | 0015 | | 12/05/2017 04:00 PM | 0.00 | 0.00 |
| Ladines, Autumn | PT0091 | PT0091-Decision Making Matrix De-Esca | 0081 | | 12/05/2017 01:30 PM | 4.00 | 0.00 |
| Ladines, Autumn | OS0007 | OS0007-Mask Fitting | | 0.00 | 12/05/2017 12:00 PM | 0.00 | 0.00 |
| Ladines, Autumn | OS0008 | OS0008-N95 Mask Fitting | | 0.00 | 12/05/2017 12:00 PM | 0.00 | 0.00 |
| Ladines, Autumn | PT0078 | PT0078-2015 Module Use of Force Revie | | 1.00 | 12/05/2017 12:00 PM | 1.00 | 0.00 |
| Ladines, Autumn | PG0191 | PG0191-Weapons of Mass Destruction | 0012 | | 12/05/2017 11:00 AM | 1.00 | 0.00 |
| Ladines, Autumn | PT0073 | PT0073-Taser X2 Operator | 0123 | | 12/04/2017 04:00 PM | 0.00 | 5.00 |
| Ladines, Autumn | PC0246 | PC0246-Portable and Mobile Radios | 0027 | | 12/04/2017 11:00 AM | 0.00 | 0.00 |

PPD-LADINES000018