LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan/Bar No. 038569
E-mail: slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
jms@bowwlaw.com
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, and Roy*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*, | Case No.: CV 23-00836-MTL (CDB) |
| Plaintiffs, | |
| vs. | **DEFENDANTS' MOTION FOR LEAVE TO FILE EXHIBITS S, T, U, AND V OF DEFENDANTS' STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |
| City of Phoenix, *et al.*, | |
| Defendants. | |

Defendants City of Phoenix, Phoenix Police Department, Chief Michael Sullivan, Autumn Ladines, Officer Antonio Garza, Sergeant Eric Roy, Jaclyn Ravelo, Steven Ramirez and Jonathan Howard (collectively referred to hereinafter as "Defendants"), by and through undersigned counsel, hereby submit their Motion for Leave to File Exhibits S, T, U, and V to Defendants' Statement of Facts in Support of its Motion for Summary Judgment Under Seal.

Good cause exists to file Exhibits S, T, U, and V. These contain confidential records, which were produced as confidential pursuant to a protective order, involve prior incidents were officers used force. Furthermore, filing these exhibits under seal is appropriate because the records contain names of other individuals and suspects who are not parties to this

lawsuit. Moreover, the records are marked as not being permitted to disseminate to non-criminal justice agencies, and thus, filing the exhibits under seal is necessary to avoid any improper disclosure to the public at large.

For the foregoing reasons, Defendants request that the Court permit them to file Exhibits S, T, U, and V to their Statement of Facts in support of Defendants' Motion for Summary Judgment under seal.  Defendants shall separately serve Plaintiff with copies of Exhibits S, T, U, and V.

A proposed order is filed simultaneously herewith.

RESPECTFULLY SUBMITTED this 28th day of January, 2026.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Jeremiah M. Sullivan*
    Sarah L. Barnes
    Kelley M. Jancaitis
    Jeremiah M. Sullivan
    *Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, and Roy*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2026, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods<br>
Robert T. Mills<br>
MILLS + WOODS LAW, PLLC<br>
5055 North 12th Street, Suite 101<br>
Phoenix, Arizona 85014<br>
*Attorneys for Plaintiffs*

/s/ *Kathy Lake*