# IN THE UNITED STATES DISTICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>City of Phoenix, *et al.*,<br><br>　　　　Defendants. | Case No. CV 23-00836-MTL (CDB)<br><br>**[PROPOSED] ORDER** |

　　　The Court has considered Defendants' Motion for Leave to File Exhibits S, T, U, and V of Defendants' Statement of Facts in Support of its Motion for Summary Judgment Under Seal (Doc. _____).  Good cause appearing,

　　　**IT IS ORDERED** granting Defendants' Motion for Leave to File Exhibits S, T, U, and V of Defendants' Statement of Facts in Support of its Motion for Summary Judgment Under Seal (Doc. _____).  The Clerk of Court is directed to file Exhibits S, T, U, and V under seal.

　　　DATED this _____ day of January, 2026.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge