LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan/Bar No. 038569
E-mail:slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
jms@bowwlaw.com
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, and Roy*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*, | Case No.: CV 23-00836-MTL (CDB) |
| Plaintiffs, | |
| vs. | **DEFENDANTS' MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| City of Phoenix, *et al.*, | |
| Defendants. | |

Defendants City of Phoenix, Chief Michael Sullivan, Autumn Ladines, Officer Antonio Garza, and Sergeant Eric Roy (collectively referred to hereinafter as "Defendants"), by and through counsel, and pursuant to LRCiv 5.5(c) and the Electronic Case Filing Administrative Policies and Procedures Manual for the District of Arizona, move the Court for leave to file a non-electronic exhibits in support of Defendants Motion for Summary Judgment against Plaintiffs Kashane Kirk and Sharon Roberts, which Defendants will file on this date, January 28, 2026.

This Motion is sought for good cause. The non-electronic exhibits include: 9-1-1 call audio, dispatch audio, video footage from storefronts, and police officer worn body cam footage that relate to the November 2, 2022, incident involving Leontae Kirk. These

audio/video files have already been disclosed in the present litigation, and should already be in Plaintiffs' possession. Nonetheless, Defendants will mail Plaintiffs a hard copy of the audio/video exhibits that Defendants rely upon in their Motion for Summary Judgment tomorrow morning, on January 29, 2026. Defendants will also mail a hard copy of the video/audio exhibits to the Court once the Court grants the present Motion.

A proposed form of order is submitted herewith.

RESPECTFULLY SUBMITTED this 28th day of January, 2026.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Jeremiah M. Sullivan*
Sarah L. Barnes
Kelley M. Jancaitis
Jeremiah M. Sullivan
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, and Roy*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2026, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

/s/ *Kathy Lake*