# IN THE UNITED STATES DISTICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>City of Phoenix, *et al.*,<br><br>    Defendants. | Case No. CV 23-00836-MTL (CDB)<br><br>**[PROPOSED] ORDER** |

The Court has before it the Defendants' Motion for Leave to File Non-Electronic Exhibits in Support of Motion for Summary Judgment, Doc. _____.

**IT IS ORDERED** that the Defendants' Motion for Leave to File Non-Electronic Exhibits in Support of Motion for Summary Judgment (Doc. \_\_\_\_) is granted;

**IT IS FURTHER ORDERED** that Defendants shall mail the audio/video exhibits cited in their Statement of Facts in support of Defendants' Motion for Summary Judgment as soon as possible upon entry of this Order.

DATED this _____ day of January, 2026.

_____
United States Magistrate Judge