# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, et al., <br><br> Defendants. | No. CV 23-00836 PHX MTL (CDB) <br><br> **ORDER** |

**IT IS ORDERED that** Defendants' motion at ECF No. 102, seeking leave to exceed the page limit with regard to Defendants' motion for summary judgment, is **granted** and the pleading lodged at ECF No. 103 shall be docketed as Defendants' motion for summary judgment.

**IT IS FURTHER ORDERED that** Defendants' motion at ECF No. 105 is **granted** and Exhibits S, T, U, and V to Defendants' statement of facts (ECF No. 104), lodged under seal at ECF No. 106, shall be docketed and kept under seal.

**IT IS FINALLY ORDERED that** Defendants' motion at ECF No. 107 is **granted** and Defendants are given leave to file with the Court and serve on Plaintiffs audio and video exhibits to their statement of facts.

Dated this 29th day of January, 2026.

Camille D. Bibles
United States Magistrate Judge