1  Robert T. Mills (Arizona Bar #018853)
2  Sean A. Woods (Arizona Bar #028930)
   **MILLS + WOODS LAW, PLLC**
3  5055 North 12th Street, Suite 101
   Phoenix, Arizona 85014
4  Telephone 480.999.4556
   docket@millsandwoods.com
5  swoods@millsandwoods.com
   rmills@millsandwoods.com
   *Attorneys for Plaintiffs*
6

7              **UNITED STATES DISTRICT COURT**

8                   **DISTRICT OF ARIZONA**

9   Kashane Kirk, as Personal Representative      No.: CV-23-00836-PHX-MTL (CDB)
    and on behalf of the Estate of Leontae
10  Kirk; Sharon Roberts, individually;           **STIPULATION FOR EXTENSION
    Brittnie Turner, on behalf of and as legal    OF TIME TO RESPOND TO
11  guardian and parent of her minor child,       MOTION FOR SUMMARY
    MC,                                            JUDGMENT**
12
                                                   (First Request)
13              Plaintiffs,
                                                   (Assigned to the Honorable Michael T.
14        vs.                                       Liburdi and referred to the Honorable
                                                    Camille D. Bibles)
15  City of Phoenix, a governmental entity;
    Michael Sullivan, Chief of the Phoenix
16  Police Department; Autumn Ladines and
    John Doe Ladines, husband and wife;
17  Officer Antonio Garza and Jane Doe
    Garza, husband and wife; Sergeant Eric
18  Roy and Jane Doe Roy, husband and wife;
    Jaclyn Ravelo and John Doe Ravelo,
19  husband and wife; Steven Ramirez and
    Jane Doe Ramirez, husband and wife, and;
20  Jonathan Howard and Jane Doe Howard,
    husband and wife,
21
22              Defendants.

23

24

25        Through counsel undersigned and pursuant to Rule 7.3 of the Local Rules of Civil

26  Procedure, the parties hereby stipulate and agree to, and accordingly hereby respectfully

27  request, an extension of the time within which Plaintiffs shall file a Response to

28  Defendants' Motion for Summary Judgment, ECF No. 109 (the "MSJ"), until up to and

*MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix., AZ 85014
480.999.4556

including March 30, 2026.  No previous extension of this deadline has been granted or sought. All parties consent to the requested relief.

Moreover, good cause exists for such an extension, as discovery is still proceeding in this matter.  In fact, a representative or representatives of Defendant City of Phoenix is/are being deposed this same day.  Accordingly, much of the relevant factual evidence in support of, or in opposition to, the MSJ has yet to be disclosed, but largely will be over the next thirty days.

In light of the foregoing, the parties respectfully stipulate to, and request, an extension of the time within which Plaintiffs shall file their Response to the MSJ, until up to and including March 30, 2026, in accordance with the [Proposed] Order attached hereto.

**RESPECTFULLY SUBMITTED** this 27th day of February 2026.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
　　Robert T. Mills
　　Sean A. Woods
　　5055 North 12th Street, Suite 101
　　Phoenix, AZ 85014
　　*Attorneys for Plaintiffs*

2

1

2

**BROENING OBERG WOODS & WILSON, P.C.**

3

By ___ */s/ Sarah L. Barnes (w/ permission)*
Sarah L. Barnes

4

Jeremiah M. Sullivan
2800 N Central, 16th Floor

5

Phoenix, AZ 85004
*Attorney for Defendants City of Phoenix,*

6

*Sullivan, Ladines, Garza, Roy, Makic,*
*Ravelo, Ramirez, Howard, Traylor, and*

7

*Reddy*

8

9

**CERTIFICATE OF SERVICE**

10

I hereby certify that on February 27, 2026, I electronically transmitted the foregoing

11

document to the Clerk's Office using the ECF System for filing and transmittal of a Notice

12

of Electronic Filing to the following ECF registrants:

13

Sarah L. Barnes
slb@bowwlaw.com

14

Jeremiah M. Sullivan
jms@bowwlaw.com

15

**BROENING OBERG WOODS & WILSON, P.C.**

16

kel@bowwlaw.com
szb@bowwlaw.com

17

rla@bowwlaw.com

18

2800 N Central, 16th Floor
Phoenix, AZ 85004

19

*Attorney for Defendants City of Phoenix, Sullivan,*
*Ladines, Garza, Roy, Makic, Ravelo, Ramirez,*

20

*Howard, Traylor, and Reddy*

21

22

___ */s/ Ben Dangerfield* ___

23

24

25

26

27

28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix., AZ 85014
480.999.4556