# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., | No. CV 23-00836 PHX MTL (CDB) |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties at ECF No. 114,

**IT IS ORDERED that** Plaintiff shall have until **March 30, 2026**, to respond to the motion for summary judgment at ECF No. 109.

Dated this 5th day of March, 2026.

_____
Camille D. Bibles
United States Magistrate Judge