**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, et al., <br><br> Defendants. | No. CV 23-00836 PHX MTL (CDB) <br><br> **ORDER** |

Pursuant to the stipulation of the parties at ECF No. 117,

**IT IS ORDERED that** Plaintiff shall have until **April 6, 2026**, to respond to the motion for summary judgment at ECF No. 109.

Dated this 30th day of March, 2026.


_____

Camille D. Bibles
United States Magistrate Judge