# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, et al., <br><br> Defendants. | No. CV 23-00836 PHX MTL (CDB) <br><br> **ORDER** |

**IT IS ORDERED that** the stipulated motion at ECF No. 119 is **granted**. Accordingly, Plaintiffs shall have until **April 13, 2026,** to file a response to the motion for summary judgment at ECF No. 109. This deadline will not be further extended regardless of any stipulation of the parties.

Dated this 6th day of April, 2026.

_____
Camille D. Bibles
United States Magistrate Judge