# EXHIBIT 5

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Kashane Kirk, as Personal          )
Representative and on behalf of    )
the Estate of Leontae Kirk;        )
et al.,                            )
                                   )  No.:
          Plaintiffs,              )  CV-23-00836-PHX-MTL
                                   )  (CBD)
     vs.                           )
                                   )
City of Phoenix, a governmental    )
entity; et al.,                    )
                                   )
          Defendants.              )
_____)

DEPOSITION OF FLIGHT OFFICER STEVEN RAMIREZ

Phoenix, Arizona
February 25, 2025

Prepared by:

Jody L. Lenschow, RMR, CRR
Certified Court Reporter
Certification No. 50192

**CERTIFIED TRANSCRIPT**

Kashane Kirk vs. City of Phoenix                    CV-23-00836-PHX-MTL
Flight Officer Steven Ramirez          February 25, 2025               2..5

**Page 2**

INDEX TO EXAMINATIONS

WITNESS                                                PAGE

FLIGHT OFFICER STEVEN RAMIREZ

     EXAMINATION BY MR. WOODS              4
     EXAMINATION BY MS. BARNES            46

INDEX TO EXHIBITS

NO.          DESCRIPTION              IDENTIFIED

Exhibit 1    Incident Report Excerpts      19
             KIRK 90-92

**Page 3**

DEPOSITION OF FLIGHT OFFICER STEVEN RAMIREZ was taken on February 25, 2025, commencing at 11:28 a.m., at the offices of Coash Court Reporting & Video, 1802 N. 7th Street, Phoenix, Arizona, before Jody L. Lenschow, RMR, CRR, Certified Reporter No. 50192 for the State of Arizona.

*   *   *

APPEARANCES:

     For the Plaintiffs:
          MILLS + WOODS LAW, P.L.L.C.
          By:  Mr. Sean A. Woods
               5055 N. 12th Street
               Suite 101
               Phoenix, Arizona  85014
               480-999-4556
               swoods@millsandwoods.com

     For the Defendant:
          BROENING, OBERG, WOODS & WILSON, P.C.
          By:  Ms. Sarah L. Barnes
               2800 N. Central Avenue
               Suite 1600
               Phoenix, Arizona  85004
               602-271-7700
               slb@bowwlaw.com

**Page 4**

FLIGHT OFFICER STEVEN RAMIREZ, called as a witness herein, having been first duly sworn by the Certified Court Reporter to speak the truth and nothing but the truth, was examined and testified as follows:

EXAMINATION

BY MR. WOODS:

Q.   Morning.

A.   Morning.

Q.   Almost afternoon.

Can you state your full name for the record?

A.   Steven Michael Ramirez.

Q.   Have you ever had your deposition taken before?

A.   I don't recall when this -- in this detail, no.

Q.   Yeah, not in this case, but any other time in your life?

A.   I don't believe so.  I'm trying to remember. Been on for almost 20 years.  Not like this, that I recall.  I mean as far as defense interviews, I don't know if you count that.

Q.   No, just anytime it's under oath.  Anything? It's okay if you don't.

A.   I can't recall a specific one.  I probably have.  I'm just maybe confusing the two.

**Page 5**

Q.   It's all good.

So I'll just lay out some ground rules real quick.  Let's just not -- let's try not to talk over each other.  It's for her benefit.

Uhm.  And I just said uhm.  Let's not use those types of noises either.  We want to be able to have a clear record, so when you answer questions, try not to just nod your head or say uh-huh.  Like I said, I'm guilty of it.  And if you ever hear me say is that a yes, it's not because I'm trying to be mean.  It's just we're trying to have a clean record.

If you want to take a break at any time, let me know.  If there's a question pending, just answer the question and then we'll go on break.  Okay?

A.   Okay.

Q.   Where are you from?

A.   I'm from here in the valley.

Q.   You were born in Phoenix?

A.   Yes.  Well, in the area, yeah.

Q.   In Arizona?

A.   Yeah.

Q.   Okay.  Where did you go to high school?

A.   Cactus High School.

Q.   You went to Cactus?  Did you go to college?

A.   No.

Kashane Kirk vs. City of Phoenix
Flight Officer Steven Ramirez   February 25, 2025

CV-23-00836-PHX-MTL
42..45

**Page 42**

Q.   Like an AR-15?
A.   Correct.
Q.   Any other?
A.   No.
Q.   What about the shotguns?
A.   Remington shotguns.
Q.   Okay.  Any others; just Remingtons?
A.   Just Remingtons when I was there.
Q.   What kind of revolvers?
A.   Various types.  Smith & Wesson, Ruger.
Q.   Any others?
A.   Those are the two that are authorized by us, so yeah.
Q.   Do you own any other personal weapons?
A.   Yes.
Q.   What do you own?
A.   Rifles, pistols, shotguns.
Q.   About how many weapons do you own?
          MS. BARNES:  Form.
          THE WITNESS:  I don't know off the top of my head.
BY MR. WOODS:
Q.   You have rifles, you said?
A.   Yes.
Q.   What kind of rifles?

**Page 43**

A.   ARs, hunting rifles.
Q.   So like an AR-15?
A.   Correct.
Q.   And by hunting rifles, what do you mean?
A.   Like a bolt action style rifle.
Q.   Brand?
A.   Ruger.
Q.   Do you own just one bolt action rifle?
          MS. BARNES:  Form.
          THE WITNESS:  No.
BY MR. WOODS:
Q.   How many bolt action rifles do you own?
          MS. BARNES:  Same objection.
          THE WITNESS:  Three or four.
BY MR. WOODS:
Q.   How many AR rifles do you own?
          MS. BARNES:  Same objection.
          THE WITNESS:  Six or seven.
BY MR. WOODS:
Q.   How many shotguns do you have?
          MS. BARNES:  Same objection.
          THE WITNESS:  Four or five.
BY MR. WOODS:
Q.   Are they all the same brand?
A.   No.

**Page 44**

Q.   What brands are they?
          MS. BARNES:  Form.
          THE WITNESS:  Which ones?
BY MR. WOODS:
Q.   Your shotguns.
A.   Mossberg, Remington.
Q.   How many pistols do you own?
          MS. BARNES:  Same objection.
          THE WITNESS:  I don't know the exact number.  I don't know.
BY MR. WOODS:
Q.   Less than 10?
A.   No.
Q.   More than 10?
A.   Yes.
Q.   Less than 20?
A.   No.
Q.   Less than 30?
A.   Yes.
Q.   Are they various brands?
A.   Yes.
Q.   To the best of your knowledge right now, what brands do you own of pistols?
          MS. BARNES:  Form.
          THE WITNESS:  Glocks, Ruger, Walther, SIG.

**Page 45**

BY MR. WOODS:
Q.   Are they different munition sizes?
A.   Yes.
Q.   What munition sizes do you use?
A.   .9, .40, .45.
Q.   In the incident, did you actually see any of the officers fire their weapons?
A.   No.
Q.   Do you know what duty to intervene means?
          MS. BARNES:  Form.
          THE WITNESS:  Yes.
BY MR. WOODS:
Q.   What does it mean?
          MS. BARNES:  Same objection.
          THE WITNESS:  To my interpretation, the way I can describe it is that if an officer is observing illegal or improper conduct, that they intervene to stop it.
BY MR. WOODS:
Q.   Have you received constitutional law training as part of your career?
A.   Yes.
Q.   Do you get updates on constitutional law when constitutional law changes?
A.   Yes.

Kashane Kirk vs. City of Phoenix
Flight Officer Steven Ramirez                  February 25, 2025

CV-23-00836-PHX-MTL
46..49

**Page 46**

Q.   How do you get those updates?

A.   Through department bulletins.

Q.   Is that the ENS system?

A.   Yes.

MR. WOODS:  Okay.  I don't have anything further.

MS. BARNES:  Just a couple follow-up.

EXAMINATION

BY MS. BARNES:

Q.   The time, the amount of time that you had, who was later determined to be Mr. Kirk, in your sights while you were spotting, how long a period of time?

A.   Less than a minute.

Q.   30 seconds or --

A.   Probably.

Q.   -- less than that?

A.   Probably 30 seconds or less.

Q.   Okay.  And did you communicate everything to dispatch as accurately as you could based on what you saw?

A.   Yes.

MS. BARNES:  That's all I have.

MR. WOODS:  No follow-up.

MS. BARNES:  Read and sign.

**Page 47**

(Deposition Exhibit 1 was marked for identification.)

(The deposition concluded at 12:22 p.m.)

_____

FLIGHT OFFICER STEVEN RAMIREZ

**Page 48**

STATE OF ARIZONA    )

COUNTY OF MARICOPA  )

BE IT KNOWN that the foregoing proceedings were taken before me; that the witness before testifying was duly sworn by me to testify to the whole truth; that the foregoing pages are a full, true, and accurate record of the proceedings, all done to the best of my skill and ability; that the proceedings were taken down by me in shorthand and thereafter reduced to print under my direction.

I CERTIFY that I am in no way related to any of the parties hereto, nor am I in any way interested in the outcome hereof.

[X] Review and signature was requested.

[ ] Review and signature was waived.

[ ] Review and signature was not requested.

I CERTIFY that I have complied with the ethical obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206 (J)(1)(g)(1) and (2).  Dated at Phoenix, Arizona, this 4th day of March, 2025.

_____
JODY L. LENSCHOW, RMR, CRR
Certified Reporter
Arizona CR No. 50192

**Page 49**

I CERTIFY that COASH COURT REPORTING & VIDEO, LLC has complied with the ethical obligations set forth in ACJA 7-206 (J)(1)(g)(1) through (6).

_____
COASH COURT REPORTING & VIDEO, LLC
Registered Reporting Firm
Arizona RRF No. R1228

Coash Court Reporting & Video, LLC
staff@coashcrv.com

602-258-1440
www.CoashCourtReportingandVideo.com