**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., | No. CV 23-00836 PHX MTL (CDB) |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

**IT IS ORDERED that** Plaintiffs' motion at ECF No. 123, seeking leave to exceed the page limit with regard to Plaintiff's response (ECF No. 121) to Defendants' motion for summary judgment at ECF No. 109 is **granted**. Accordingly, the response docketed at ECF No. 121 is deemed properly filed and the pleading lodged at ECF No. 124 is deemed superfluous and shall be stricken from the record.

Dated this 14th day of April, 2026.

_____

Camille D. Bibles
United States Magistrate Judge