LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan /Bar No. 038569
E-mail: slb@bowwlaw.com
         kel@bowwlaw.com
         kmj@bowwlaw.com
         szb@bowwlaw.com
*Attorneys for Defendants City of
Phoenix, Sullivan, Ladines, Garza, Roy,
Makic, Ravelo, Ramirez, Howard,
Traylor, and Reddy*

# IN THE UNITED STATES DISTICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, *et al.*,<br><br>Defendants. | Case No. CV 23-00836-MTL (CDB)<br><br>**DEFENDANTS' *UNOPPOSED* MOTION TO EXTEND REPLY DEADLINE**<br><br>**(Expedited Consideration Requested)**<br><br>**(First Request)** |

Defendants, by and through counsel undersigned respectfully stipulates and requests the Court extend the deadline for Defendants to file their Reply in support of their Motion for Summary Judgment by three (3) weeks from April 28, 2026, until May 19, 2026. This is Defendants first requested extension to the deadline to file a Reply in support of Defendants' Motion for Summary Judgment. This request is made in good faith and not for the purpose of delay. Pursuant to Local Rule of Civil Procedure 7.3(b), Plaintiffs' counsel was consulted, and he indicated Plaintiffs do not oppose the requested extension.

Despite due diligence, Defendants require additional time to complete their forthcoming Reply in support of Defendants' Motion for Summary Judgment. Plaintiffs

filed their Response on April 13, 2026, after obtaining three (3) extensions (to which Defendants did not oppose). Defendants require more time to fully review, analyze, and reply to the arguments raised in Plaintiffs' Response, which includes nine (9) separate sections of arguments, not including sub-paragraphs, and multiple factual assertions that will require review of the extensive discovery conducted in this case. Furthermore, good cause exists for the requested extension because counsel for Defendants have numerous deadlines in their other cases, including upcoming mediations and depositions, as well as prebooked out-of-state travel for another client this coming week, which have limited the time available to fully draft Defendants' forthcoming Reply, and then Defendants' representatives also need a little lead time to be able to review and confer regarding the draft Reply.

For the foregoing reasons, Defendants respectfully request the Court grant them an extension of the deadline to file their Reply in support of Defendants' Motion for Summary Judgment to May 19, 2026. A proposed order is filed simultaneously herewith.

RESPECTFULLY SUBMITTED this 24th day of April, 2026.

BROENING OBERG WOODS & WILSON, P.C.

By  /s/ *Jeremiah M. Sullivan*
Sarah L. Barnes
Kelley M. Jancaitis
Jeremiah M. Sullivan
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2026, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

/s/ *Suzanne Beard*