**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, as personal representative and on behalf of the estate of Leontae Kirk, Sharon Roberts, Brittnie Turner, as legal guardian and parent of her minor child on behalf of M.C., <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, et al., <br><br> Defendants. | No. CV 23-00836 PHX MTL (CDB) <br><br> **ORDER** |

**IT IS ORDERED that** the unopposed motion at ECF No. 126 is **granted.** Accordingly, Defendants shall have until **May 19, 2026,** to file a response to the motion for summary judgment at ECF No. 109.

Dated this 24th day of April, 2026.

Camille D. Bibles
United States Magistrate Judge