**IN THE UNITED STATES DISTICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, *et al.*, | Case No. CV 23-00836-MTL (CDB) |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| City of Phoenix, *et al.*, | |
| Defendants. | |

The Court having reviewed Defendants' Unopposed Motion to Extend Reply Deadline (Doc. _____) and upon good cause shown,

**IT IS ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** extending Defendants' deadline to file a Reply in support of Defendants' Motion for Summary Judgment from May 19, 2026, to May 22, 2026.

Dated this _____ day of _____, 2026.

_____
United States Magistrate Judge