LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ  85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan/Bar No. 038569
E-mail:slb@bowwlaw.com
          kel@bowwlaw.com
          kmj@bowwlaw.com
          jms@bowwlaw.com

*Attorneys for Defendants City of Phoenix,*
*Sullivan, Ladines, Garza, and Roy*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kashane Kirk, *et al.*,<br><br>            Plaintiffs,<br><br>vs.<br><br>City of Phoenix, *et al.*,<br><br>            Defendants. | Case No.: CV 23-00836-MTL (CDB)<br><br>**DEFENDANTS' MOTION FOR LEAVE TO EXCEED THE PRESUMPTIVE PAGE LIMIT FOR REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants City of Phoenix, Chief Michael Sullivan, Autumn Ladines, Officer Antonio Garza, and Sergeant Eric Roy (collectively referred to hereinafter as "Defendants"), by and through counsel and pursuant to LRCiv 7.2(e)(2), move the Court for an order permitting them to exceed the 11-page presumptive limit for their Reply in support of Defendants' Motion for Summary Judgment by twelve (12) pages. A true and correct copy of the Reply, which is approximately 23 pages (carving out the title/caption/signature block), is being lodged herewith.

Good cause exists to exceed the presumptive page limit. Plaintiffs' Response (Doc.

124) contains eight (8) separate legal arguments, some of which contain multiple sub-paragraphs, and Plaintiffs included 45 additional factual assertions, (*see* doc. 122, at 8-16), which Defendants addressed in their Reply as appropriate. Furthermore, Defendants require these additional pages to adequately address Plaintiffs' arguments, including the case law and evidentiary support Plaintiffs cite to support each argument. For example, for the qualified immunity argument, Plaintiffs reference three (3) legal principles from three (3) cases. To fully address whether these cases are controlling, Defendants had to engage in a detailed analysis of the individual cases, along with subsequent case law evaluating those cases. Lastly, as the Court is aware, Plaintiffs' Third Amended Complaint states five (5) claims based on both federal and state law against five (5) defendants, with multiple theories of liability. Defendants have attempted to remove any extraneous material from their Reply, however, they cannot remove any further portions without compromising the quality of the briefing.

For these reasons, Defendants respectfully request the Court grant their Motion for Leave to Exceed the Presumptive Page Limit for their Reply in support of Defendants' Motion for Summary Judgment and accept and direct the clerk of the Court to file the lodged proposed "Reply in Support of Defendants' Motion for Summary Judgment" filed herewith.

A proposed form of order accompanies this request.

RESPECTFULLY SUBMITTED this 22nd day of May, 2026.

BROENING OBERG WOODS & WILSON, P.C.

By  */s/ Jeremiah M. Sullivan*
Sarah L. Barnes
Kelley M. Jancaitis
Jeremiah M. Sullivan
*Attorneys for Defendants City of Phoenix,*
*Sullivan, Ladines, Garza, and Roy*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2026, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

/s/ *J. Sullivan*