**IN THE UNITED STATES DISTICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, *et al.*, | Case No. CV 23-00836-MTL (CDB) |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| City of Phoenix, *et al.*, | |
| Defendants. | |

Before the Court is Defendants' Motion for Leave to Exceed the Presumptive Page Limit for Reply in Support of Defendants' Motion for Summary Judgment, Doc. _____. Good cause appearing, the Court will grant the Motion.

**IT IS ORDERED** that the presumptive page limit for Defendants' Reply in Support of Defendants Motion for Summary Judgment is extended by 12 pages, from 11 pages to 23 and the lodged proposed Reply in Support of Defendants' Motion for Summary Judgment is to be filed by the Clerk of the Court.

DATED this _____ day of _____, 2026.

_____
United States Magistrate Judge