JL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Kashane Kirk,

Plaintiff,

v.

City of Phoenix, et al.,

Defendants.

No. CV-23-00386-PHX-MTL (CDB)

**ORDER**

Defendants' Motion for Summary Judgment (Doc. 109) is pending before the Court. On January 28, 2026, Defendants filed a Motion for Leave to File Non-Electronic Exhibits (Doc. 107), seeking leave to file non-electronic exhibits in support of their Motion for Summary Judgment, including 911 call audio, dispatch audio, video footage from storefronts, and police officer worn body cam footage related to the November 2, 2022 shooting that is the basis of this case. In a January 29, 2026 Order, the Magistrate Judge granted Defendants' Motion. Defendants never filed the non-electronic exhibits with the Court, but they rely on the exhibits throughout their summary judgment briefing.

The Court finds the non-electronic exhibits are necessary to the disposition of Defendants' Motion for Summary Judgment.

Accordingly,

**IT IS ORDERED** that Defendants **shall file** the non-electronic exhibits cited in their summary judgment materials with an appropriate notice to the Court **no later than close of business on Wednesday, August 26, 2026.**

Dated this 24th day of August, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge