LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700

Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan/Bar No. 038569
E-mail:slb@bowwlaw.com
kel@bowwlaw.com
kmj@bowwlaw.com
jms@bowwlaw.com
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Ravelo, Ramirez and Howard*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, *et al.*,<br><br>Defendants. | Case No.: CV 23-00836-MTL (CDB)<br><br>**NOTICE OF DELIVERY/FILING OF EXHIBITS** |

Pursuant to the Court's Notice [Dkt 133], Defendants hereby state that on January 30, 2026, Attorney Sullivan personally delivered the non-electronic exhibits cited in their Motion for Summary Judgment and supporting Statement of Facts on a flash drive to the Judge's clerk following instruction to provide them in that manner.

Defendants hereby further notify the Court that counsel is now "filing" herewith another flash drive containing those non-electronic files with the Clerk of the Court.

RESPECTFULLY SUBMITTED this 26th day of August, 2026.

BROENING OBERG WOODS & WILSON, P.C.

By /s/ Sarah L. Barnes
Sarah L. Barnes
Kelley M. Jancaitis
Jeremiah M. Sullivan
*Attorney for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Ravelo, Ramirez and Howard*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing and also hand-delivered to the clerk a copy of this notice and USB (2 sets), and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

/s/ *Kathy Lake*