**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Kashane Kirk, et al.,

Plaintiffs,

v.

City of Phoenix, et al.,

Defendants.

**NO. CV-23-00836-PHX-MTL (CDB)**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed September 14, 2026, which granted the Motion for Summary Judgment, judgment is entered and this matter is terminated with prejudice.

Daniel R. McAllister
District Court Executive/Clerk of Court

September 14, 2026

By s/ M. Bowman
Deputy Clerk