JL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Kashane Kirk, et al.,

Plaintiffs,

v.

City of Phoenix, et al.,

Defendants.

No. CV-23-00836-PHX-MTL (CDB)

**ORDER**

Plaintiffs have filed a Motion to Alter or Amend the Judgment (Doc. 137), seeking reconsideration of the Court's September 14, 2026 Order granting Defendants' Motion for Summary Judgment. Because Plaintiffs' Motion was filed within 14 days of the September 14, 2026 Order, pursuant to Rule 7.2(g)(2) of the Local Rules of Civil Procedure, Defendants shall have 14 days from the filing date of this Order to file a response to Plaintiffs' Motion. No reply is permitted.

**IT IS ORDERED** that Defendants have **14 days** from the filing date of this Order to file a response to Plaintiffs' Motion to Alter or Amend the Judgment (Doc. 137). No reply is permitted.

Dated this 5th day of October, 2026.

Michael T. Liburdi
United States District Judge