LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Sarah L. Barnes /Bar No. 020362
Kelley M. Jancaitis /Bar No. 025555
Jeremiah M. Sullivan /Bar No. 038569
E-mail:slb@bowwlaw.com
kel@bowwlaw.com
jms@bowwlaw.com
*Attorneys for Defendants City of Phoenix, Sullivan, Ladines, Garza, Roy, Makic, Ravelo, Ramirez, Howard, Traylor, and Reddy*

**IN THE UNITED STATES DISTICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, *et al.*,<br><br>Defendants. | Case No. CV 23-00836-MTL (CDB)<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT**<br><br>**(FIRST REQUEST)**<br><br>**EXPEDITED CONSIDERATION REQUESTED** |

Defendants, by and through counsel undersigned, hereby move for an extension of the deadline for them to Respond to Plaintiffs' Motion to Alter or Amend the Judgment (Dkt. 137) ("Motion") which Response is currently due October 19, 2026. (*See* Dkt. 138.) For the reasons set forth below, Defendants seek an extension of eighteen (18) days to Respond to November 6, 2026. This is the first requested extension of this deadline, is made for good cause and should not prejudice Plaintiffs. The undersigned represents that he has contacted Plaintiffs' attorney, Sean Woods, and Mr. Woods has agreed not to oppose this extension to respond on behalf of defendants.

This request is also made in good faith and not for the purpose of delay. Despite due

diligence, Defendants require some additional time to finalize their anticipated response to Plaintiff's Motion. Prior to the current deadline, undersigned counsel had numerous time sensitive projects and deadlines in other cases, including reviewing over 14,000 pages of material for a supplemental disclosure in one (1) case, reviewing approximately 10,000 pages of material for supplemental disclosures in other cases, attending multiple deposition preparation sessions and a deposition for a 30(b)(6) witness, and conducting multiple meetings with clients in other cases on time sensitive issues. Besides multiple work-related deadlines, undersigned counsel had other personal matters that limited his availability to finalize the draft response, including limited work capacity due to assisting his wife with childcare for their newborn and toddler and personal travel last Friday to attend a wedding in Colorado. Moreover, supervising counsel, Ms. Barnes, had a reduced work schedule and worked remotely last week to spend time with her children during their fall break. Lastly, counsel for Defendants seek an 18-day extension to account for personal travel for multiple weekdays over the last two (2) weeks of October.

Therefore, Defendants respectfully request an extension to Respond to Plaintiffs' Motion to Alter or Amend the Judgment (Dkt. 137) to November 6, 2026.

RESPECTFULLY SUBMITTED this 19th day of October, 2026.

BROENING OBERG WOODS & WILSON, P.C.

By /s/ *Jeremiah M. Sullivan*
Sarah L. Barnes
Kelley M. Jancaitis
Jeremiah M. Sullivan
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I electronically filed the foregoing with the Clerk's Office using the CM/ECF system for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

*/s/ E. Bailey*