**IN THE UNITED STATES DISTICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kashane Kirk, *et al.*,<br>Plaintiffs,<br>vs.<br>City of Phoenix, *et al.*,<br>Defendants. | Case No. CV 23-00836-MTL (CDB)<br>**[PROPOSED] ORDER** |

The Court having reviewed Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to Alter or Amend the Judgment (Doc. ____), and upon good cause shown,

**IT IS ORDERED** granting Defendants' Motion;

**IT IS FURTHER ORDERED** that Defendants have through November 6, 2026, to file their Response to Plaintiffs' Motion to Alter or Amend the Judgment (Dkt. 137).

DATED this _________ day of __________________, 2026.

United States District Judge